Date:    Fri Dec 12 05:19:44 CST 2008
Sender: "Dope Nuck"<dopenuke@gmail.com>
To:      <webmaster@removeyourcontent.com>
CC:
Subject:Hello Pussyman
Attach:

Dope is here man. I could see through your games dude.
We've decided to send you this email regarding your Christmas present, what's it gona be?

Internet is a serious business. Either quite bothering all these sites and blogs or will take the bet and nuke you with an early Christmas present.
If you need a little chat, you know where to find me pussy man. We have chicks with HIV too if that is your taste.

Dope Null

EXHIBIT 1

   

AskDamageX > General > Webmaster Business & Traffic Main Discussion
ATT: Eric Green "Removeyourcontent.com"

User Name [User Name]   ☐ Remember Me?
Password [    ]   Log in

| FAQ | Members List | Calendar | Search | Register |

Post Reply

Page 1 of 2  **1**  2  >

LinkBack   Thread Tools

#**1** (permalink)

February 15th, 2009, 05:42 PM

**Dopenull**
Banned

Join Date: Feb 2009
Posts: 1

⚠ ATT: Eric Green "Removeyourcontent.com"

Whadap dude. Dopenull is here from chroniccentral.net Remember me? We tried to pay a visit to you dude. Unfortunately you were not available, we had some chicks that would love to sperm her *** on you man. R these info correct man? [info removed] Stay tune buddy, keep angering as many adult webmasters as possible. If you're specialized in stalking adult sites, we are specialist in the DOPE and shit like you. Carma is a bitch man, remember. We love nuking people like you. Stay tune, DopeNull

*Last edited by JD; February 15th, 2009 at 06:36 PM.*

Quote

February 15th, 2009, 06:03 PM

#**2** (permalink)

**Crunch**
Stop looking at me!

Join Date: Apr 2006
Location: Australia
Posts: 1,973

What?

---Attached Images---
📎 please-dont-shit-and-urinate-everywhere.jpg (32.6 KB, 167 views)

---

Domain for sale: ScreamingHardcore.com
PM me to trade hardlinks with my lesbian sex video blog and others

Quote

February 15th, 2009, 06:22 PM

#**3** (permalink)

**bracey**
MPC1000

Join Date: Jun 2007
Posts: 210

Is this a threat? This sounds like a threat. Are you serious? Strong arming people is not a good idea. You can be tough as hell in real life but that's not gonna stop an overachieving twelve year old Russian youth from shutting down all your sites and fucking with your bank account. But I guess it's your call.

---

Trade Cumshot Movie Traffic

Quote

February 15th, 2009, 06:25 PM

#**4** (permalink)

**removeyourcontent**
Serious Contributor

©

Quote:
> Originally Posted by **bracey**
> *Is this a threat? This sounds like a threat. Are you serious? Strong arming people is not a good idea.*

That shit will hit you in the face soon nigga.
Watch the chroniccentral news bitch.

See you on a live video soon.

Dope Null
www.chroniccentral.net

On Fri, Dec 5, 2008 at 7:55 PM, Removeyourcontent, LLC <webmaster@removeyourcontent.com> wrote:
You're in deep shit

On Fri Dec 05 21:53:33 CST 2008, Dope Lord <dopenull@gmail.com>
wrote:

> Nigga stop acting like a pussy.
> We're the dope gangs, we live in the hood and prison.
>
> "I am filling a police report on Monday"
> Such a pussyman
>
> Dope
>
> On Fri, Dec 5, 2008 at 7:29 PM, Removeyourcontent, LLC <
> webmaster@removeyourcontent.com> wrote:
>
>> I sick of your threats. Filing a police report on this Monday.
>>
>> Regards,
>> Eric Green
>> Removeyourcontent, LLC
>> http://www.removeyourcontent.com
>>
>> On Fri Dec 05 20:07:56 CST 2008, Dope Lord <dopenull@gmail.com>
>> wrote:
>>
>> > Dope is here,
>> >
>> > I have received many bull shit games about u nigga.
>> > It seems that you're not a good listener. u'r messing with the
>> > fucking big
>> > boys nigga.
>> > So hear me out. This game is over.
>> >
>> > Enjoy
>> >
>> > Dope Null
>> >
>> > http://www.chroniccentral.net
>> >
>>
>