# eric green sucks

saturday, february 14, 2009

## Eric Green Sucks [Scare tactics]



As many of you know about Eric Green Take Down Notice. I am writing this to join the growing chorus of bloggers and sites who have received take down notice in the recent year from Eric Green.

### Who is Eric Green?

Eric Green started his business since 2004 I believe. He created a site called removeyourcontent.com to recieve money through it. He gets paid by other sites owners to take down pirated content. However he does it in a totally illegal matter. The pirated content he reported could be "Unlincensed material or contents that he doesn't own its copyright" However, he ignores all these facts and goes to sites and bloggers [specifically Porn and Hentai sites] to send them DMCA take down notice.

Eric Green, Owner
Destined Enterprises
391 E. Las Colinas Blvd
Ste 130-609
Irving, TX 75039-6225
(214) 272-╌╌╌╌
www.removeyourcontent.com

### about me

**Eric Green**

View my complete profile

### links

Google News
Edit-Me
Edit-Me

### previous posts

Eric Green Sucks [Scare tactics]

### archives

February 2009



Subscribe to
Posts [Atom]



webmaster@removeyourcontent.com
msn: it_mrktg1@hotmail.com

### The Eric Green Ways
**How does Eric Green starts this process of reporting media:**

**1-** If you own a site, then he will send DMCA take down notice to your server. If you own a blog, then google will delete that blog. Most of his DMCA are not legid because he would reported unlincesed material or matrial he doesn't even own its copyright.

**2-** Persay say if your site is hosted on a server in netherland where laws are different, a company like **ecatel.ne**t is the best place to host your content without worrying about any DMCA since they ignore these type of dmca take down notice.

**3-** If Eric finds that he can't send any more dmca take down notice. He will start sending you emails that would scare you. Make sure when u buy a domain to purchase the whois domain protection, that will hide your contact info from people like eric.

**Eric ways:** He will send u scare emails saying "He will sue you in court, you will pay fine, you will be put in jail" ela ela..

Do not fall for his cheap tricks. All he does is trying to scare you. He doesn't own the enough money $ to go in a court case with your site, that requires thousands of dollars to spend to get all your info and go into a court case with you. He is not even legid at all with his DMCA take down notice.

He knows he would be sued as well if any webmaster reported that Eric Green is always reporting contents that are unlicensed or he doesn't own its copyrigh.

**4-** If all these tactics failed, Eric would use his shaddy scrips that would crawl your links and images and he would mass report them to sites like (megaupload, rapidshare, imagevenue etc..) for deletion. He is totally not legide at all and he should be sued for all the damage he creates for other sites.

**Moreover, He should be sued and Jailed for relying on bots to scan random sites which then causes of sending false dmca as eric claims.**

> Oh well, everything was settled, or so I thought. I get a phone call from an Eric Green. I was a bit busy in a mini conference regarding servers and technology powering them so I was a bit delayed to speaking to him immediately and had to ask him to hold on for a moment. A few seconds later we have a nice little talk and he says that usually when he gets the counter DMCA, which is very unusual that he double checks and he saw that mine he didn't have the rights to. He told me then to disregard the notice. OK! GREAT! Now I can get back to work. Well, the call actually took about two minutes of my time, and during this period he explained how it's just bots scanning sites like Fakku for pirated material. That explains it, the bots are the problem. They are moronic!
>
> Imagine my site sending out DMCA requests because you used the word gelbooru in a paragraph linked to an image of a cat inside a box. Yes, you would get the notice, and it would be very annoying to have to send a proper counter notice back to make sure your server's internet isn't blocked. I think, the best way to handle this problem is to simply link to as many image hosts as possible using irrelevant pictures to the actual content you post on the site.

- http://gelbooru.blogspot.com/2009/01/dmca-woes.html

Moreover! Eric would violating this code if your links/pages he is reporting were only access by your members not by guests. If you want to go by the rules, simply don't make your links be accessed for guests rather accessed by your members.

If you are affiliated with any government, police, anti-piracy group or other related group or working for Adidas, Manolo Blahnik, Converse, Louis Vuitton, Chanel, Burberry, Hermes, Prada, Air Jordan, Nike, Timberland, Gucci, Cartier, Oakley either directly or indirectly, or any other related group, or were formally a worker, you CANNOT enter these web pages, links, nor access any of its files and you cannot view any of the HTML files. If in fact you are affiliated or were affiliated with the above said companies, by entering this site you are not agreeing to these terms and you are violating code 431.322.12 of the Internet Privacy Act signed by Bill Clinton in 1995 and that means that you CANNOT threaten our ISP(s) or any person(s) or company storing these files, and cannot prosecute any person(s) affiliated with this website.

# How to totally prevent Eric Green Abusive reports?

1- When registerting a domain, make sure to buy the whois protection plan, that would hide your info from people like eric green. It is usually as low as 10 usd for a year!

2- If you can affort a server, I recommend to host your site with ecatel.net where dmca are totally ignored!

3- Do not lisent to Eric Green scary emails. He is trying to scare you. A legid person would not send mass emails to you one after the other with the same exact topics. Simply block eric green email and don't read his emails if you easily get scared from people like

him.

**Some Sites that was abused by Eric Green:**

- http://daiphyer.com/forum/index.php?showtopic=95574  → = pirates
- http://gelbooru.blogspot.com/2009/01/dmca-woes.html
- http://forum.lu.scio.us/showthread.php?p=34757
- http://www.512kbps.com/2008/09/11/removeyourcontentcom-destined-enterprises-untrained-monkeys/
- http://beatdiaspora.blogspot.com/2008/11/turkey-day-takedown.html

I believe it is time for this person to leave this shady business, since he is fake and not legit. He does all this to gain money from other sites, legit business owners, do not send 100's of abusive emails, do not create scrips to mass report links, do not curse and send inappropriate emails.

I think we now have a pretty good background about this Eric Green.

# Why does Eric Green proceed with these fake DMCA?

Well if you send a counter dmca to prove that Eric is wrong, and that he doesn't own the content copyright. In your counter dmca, u would need to send your real contact info but who would want to do that now days? Who would want to give someone like eric their real contact info? He could abuse it in many ways, thus most webmaster that file a counter dmca but don't fully put the contact info, most likely their server shut their site because they didn't follow the correct rules in sending a counter dmca but regardless to this cheap trick, That is eric green's intention out of this whole dmca take down notice. Money, Abuse, real info that he would love to get his hands on.

**Host your server with site like ecatel.net, then u won't have to worry about eirc dmca!**



Such person should totally be sued and jailed for causing so many damage for other sites. He is a scam that works lurks porn forums and sites for money. He is such a hypocrite, the reason he opened this business is to grow his porno site which he asks members to pay to watch porn he doesn't own its copyright.

Does he sound like a professional-legit person ? I mean look at his attitude, it is even worst then this screen shot i took? Who would want to make business with such person, that would bring a bad reputation to your company. He is just another porn webmaster that steals porn and can't find a way to gain enough money through it. I call that competition, and he hates competition!



Find out more about Eric attitudes: [Search his threads/posts]

- http://www.askdamagex.com/members/removeyourcontent/

**Mini example:**

- http://www.askdamagex.com/f2/attn-removeyourcontent-34339/
- http://www.askdamagex.com/337698-post10.html



**Eric does not own any copyrights of any content on the inter web, he steals them! The reason he went on creating removeyourcontent.com is to make money from it. He creates a couple of scrips that would scan your whole site links and later he fake send dmca saying that he owns the copyrights of these contents, or he would use legit sites that actually owns these contents and pretent he is still working for them.**

**I mean there plenty of facts out there. He is trying to grow his little removeyourcontent.com site to get as many customers as he can so he would have the right to do these dmca and regardless to this, the owner of the contents needs to send the dmca himself not someone like Eric.**

**He is slandering your company if you pay him to do these dmca job for you and link deletion. You want to know how?**

**With an attitude like that ^ and from a person that originally found stealing contents, not only share them for free but actually selling them! Moreover, the scrips he uses, he reports unlincensed contents to be deleted? You're company would be in danger and legal action would be brough on you as well for allowing such person to do this mess.**

**All the angry webmasters that were effacted but this scam Eric Green are forming an affiliating organization to bring legal action against Eric little site and the scrips he uses.**

Labels: eric green, removeyourcontent, sucks

posted by eric green at 10:32 am | 4 comments links to this post