IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **REMOVE YOUR CONTENT, LLC** | § | |
| | § | |
|     **Plaintiff,** | § | |
| v. | § | |
| | § | **CIVIL ACTION NO. _____** |
| **JOHN DOES 1-20,** | § | |
| | § | |
|     **Defendants** | § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Local Rule 3.1, I certify that the following parties may be financially interested in the outcome of the case:

1) Remove Your Content, LLC

        Respectfully submitted,
        **Hulse ♦ Stucki, P.L.L.C.**


        */s/ Ellen Cook Sacco*
        **Jay R. Stucki**
        JStucki@AttorneysForBusiness.com
        Texas State Bar No:  00798531
        **Ellen Cook Sacco**
        ESacco@AttorneysForBusiness.com
        Texas State Bar No: 24029491
        2912 Story Road
        Irving, TX  75038
        Telephone:     (214) 441-3000
        Fax:              (214) 441-3001
        **ATTORNEYS FOR PLAINTIFF**