IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **REMOVE YOUR CONTENT, LLC** | δ | |
| | δ | |
| Plaintiff, | δ | |
| v. | δ | |
| | δ | **CIVIL ACTION NO. 3:09-cv-393** |
| **JOHN DOES 1-20,** | δ | |
| | δ | |
| Defendant | δ | |

**PLAINTIFF'S MOTION**
**FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

TO THE HONORABLE COURT:

Plaintiff, Remove Your Content, LLC, files this Motion for Leave to File its First Amended Complaint and in response shows the Court the following:

1.1   Plaintiff seeks to leave to amend Plaintiff's Original Complaint in order to clarify and correct factual allegations made in the pleadings and add a new Defendant, Mark Bochra, based uponly recently discovered information.  The amendment is not likely to cause any surprise or prejudice to the Defendant, as no Defendant has appeared in this case or been served with the Original Complaint.

1.2   There is no undue delay, bad faith, or dilatory motive in amending the Original Complaint.  There is no undue or substantial prejudice to the Defendant.

1.3   Attached hereto as Exhibit 1 is a true and correct copy of the proposed Plaintiff's First Amended Complaint.

**Prayer**

For these reasons, Plaintiff respectfully requests that the Court grant Plaintiff's Motion for Leave to Amend the Original Complaint, file the pleading attached hereto as Exhibit 1, issue summons to Defendant Mark Bochra, and for such further relief as the Court deems appropriate.

        Respectfully submitted,
        **Hulse ♦ Stucki, P.L.L.C**

        By: /s/ Ellen Cook Sacco
        **Jay R. Stucki**
        Jstucki@AttorneysForBusiness.com
        Texas Bar No. 00798531
        **Ellen Cook Sacco**
        ESacco@AttorneysForBusiness.com
        Texas Bar No. 24029491
        2912 West Story Road
        Irving, Texas  75038
        Tel.    (214) 441-3000
        Fax    (214) 441-3001
        **ATTORNEYS FOR PLAINTIFF**