IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REMOVE YOUR CONTENT, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:09-CV-0393-O |
| | § | |
| JOHN DOES 1-20, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

Before the Court is Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 4) ("Plaintiff's Motion") filed August 10, 2009. The Court notes that Local Rule 7.1 requires a certificate of conference for a motion to amend; however, in this instance, no other parties have yet been brought into the lawsuit, leaving no one with which to confer. Additionally, amendment at such an early stage insures that no prejudice could be due to any defendant subsequently brought into the law suit.

Accordingly, the Court is of the opinion that Plaintiff's Motion should be **GRANTED**.

**SO ORDERED** on this 11th day of August, 2009.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**