ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 2 5 2009
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| **REMOVE YOUR CONTENT, LLC,** ( | |
| Plaintiff, ( | |
| ( | |
| v. ( | **CIVIL ACTION NO. 3:09-CV-393-O** |
| ( | |
| ( | |
| **MARK M. BOCHRA,** ( | |
| Defendant. ( | |

## Response to Plaintiff's First Amended Complaint

Now Comes the Defendant, Mark M. Bochra, and provides the following in response to Plaintiff's First Amended Complain:

1. Defendant neither admits nor denies the allegation contained in paragraph 1 of the Plaintiff's Complaint.

2. Defendant denies the allegations contained in paragraph 2 of the plaintiff's Complaint.

3. Defendant neither admits nor denies the allegations contained in paragraph 3 of the plaintiff's Complaint. There is no proof that the matter in controversy exceeds $100,000.00.

4. Defendant neither admits nor denies the allegations contained in paragraph 4, 5, 6 and 7 of the Plaintiff's Complaint.

5. Defendant denies the allegation contained in paragraph 8 of the Plaintiff's Complaint. Defendant has not threatened Mr. Green and was previously unaware of who he is.

6. Defendant neither admits nor denies the allegation contained in paragraph 9 of the Plaintiff's Complaint.

7. Defendant denies the allegation contained in paragraph 10 of the Plaintiff's Complaint.

8. Defendant neither admits nor denies the allegation contained in paragraph 11 of the Plaintiff's Complaint. The Defendant denies being the 'blogger" and therefore can not admit these allegations nor comment on the remarks or posted content of these blogs.

9. Defendant denies the allegation contained in paragraph 12 of the Plaintiff's Complaint. There is no proof that I am the one that accessed the computer at UIC and I have not been contacted by UIC to verify my involvement in any criminal activity or legal matters, which would be a priority of the University considering it allegedly involves use of their computers. In regard to the subpoena to AT&T, although it identifies an address in Chicago is not specific to the Defendant and would not prove that I would have accessed the emails or blogs.

10. Defendant once again denies any involvement with creating, maintaining or commenting on any of the listed blogs. In addition, I have no objection to the removal of the blogs.

11. Defendant neither admits nor denies the allegation contained in paragraph 14 of the Plaintiff's Complaint.

12. Defendant denies the allegation contained in paragraph 15 of the Plaintiff's Complaint. Furthermore, the alleged damages caused to the Plaintiff's reputation have not been proven.

13. Defendant neither admits nor denies the allegation contained in paragraph 16 of the Plaintiff's Complaint. Once again the referenced acts that are being alleged to have caused defamation to the Plaintiff's reputation have not been proven to be the actions of the Defendant. In addition, the alleged damages caused have not been proven by the Plaintiff.

14. There has been no proof that the allegations have caused any damage to the plaintiff's business. The Defendant denies any involvement with any of the alleged acts that are being listed as causing said damage.

15. Defendant denies the allegation contained in paragraph 18 of the Plaintiff's Complaint. The defendant is a college student that is not aware of what constitutes defamation.

16. Defendant denies the allegation contained in paragraph 19 of the Plaintiff's Complaint.

17. Defendant denies the allegation contained in paragraph 20 of the Plaintiff's Complaint. The Defendant is a resident of Chicago and not of Texas and has never had any contact with the Plaintiff. There has been no proof submitted detailing any "bodily harm".

18. Defendant denies the allegations contained in paragraph 21 and 22 of the Plaintiff's Complaint. The Plaintiff did not prove the Defendant's interference with his existing business relationships. The Defendant was unaware of who Mr. Green was until his father received the subpoena from AT&T, he is unaware of who Mr. Green conducts his business with. The Defendant has not attempted to interfere in Mr. Green's business relationships. In fact, this entire process has proven to be a burden on the Defendant and has caused extreme emotional damage that subsequently has had a negative affect on my performance in college, which is even more substantial considering that I have a semester left to graduate. In addition, I now have to deal with serious health issues such as anxiety and depression that are a result of this situation *(See Exhibit A, Sealed)*.

19. Defendant denies the allegation contained in paragraph 23 of the Plaintiff's Complaint.

20. The complaint does not properly and effectively demonstrate that the Defendant is the individual responsible or liable for the alleged claims. The sum in excess of $100,000.00 plus potential attorney fees that is being sought by the Plaintiff is completely unjustifiable

and has no merit. I would like to reiterate that I never knew who Eric Green was prior to these claims being made and only know him by name. I was unaware of the blogs and comments being made.

Furthermore, I would like to bring it to the Court's attention that my name was intentionally posted on an adult website by a user name "removeyourcontent" on June 9, 2009 prior to the complaint being filed on August 14, 2009. In addition, the same user name has posted other individual's names and private information on the web. This is a clear violation of PII laws, which prevent people from releasing an individual's private information (*See exhibit A*). It should also be noted that the Defendant has no criminal background and in fact as been an exemplary student to this point and also received numerous awards and accolades regarding his involvement in the community and his performance in school (*See Exhibit B*).

WHEREFORE, PREMISES CONSIDERED, for these reasons, Defendant prays that this complaint be dismissed on all counts.

Respectfully Submitted,

Mark M. Bochra
Defendant

*Civil Action No. 3:09-cv-00393-O*

## CERTIFICATE OF SERVICE

I, Mark M. Bochra, do hereby certify that on the 24th day of September, 2009, the foregoing document was mailed to the clerk of court for the U.S. District Court, Northern District of Texas, 1100 Commerce Street, Room 1452, Dallas, TX 75242 and a true and correct copy was also mailed to Ellen Sacco, the attorney for Remove Your Content, LLC at the address of 2912 W. Story Rd., Irving, TX 75038.


_____
Mark M. Bochra
5757 N. Sheridan Rd
Apt. # 13B
Chicago, IL 60660

September 24, 2009
Date

## SUPPLEMENT TO RESPONSE TO THE FIRST AMENDED
## COMPLAINT OF
## MARK M. BOCHRA

**Exhibit A**       Copy of forum/website where personal information is posted by
username; "removeyourcontent".

**Exhibit B**       Awards and accolades of Mark Bochra

# EXHIBIT A



Page 2 of 2 ≤ 1 2
Show 20 post(s) from this thread on one page

**Webmaster forum** (*http://www.askdamagex.com/*)
- **Webmaster Business & Traffic Main Discussion** (*http://www.askdamagex.com/f2/*)
- - **ATT: Eric Green "Removeyourcontent.com"** (*http://www.askdamagex.com/f2/att-eric-green-removeyourcontent-com-34817/*)

---

## Crunch                                                February 16th, 2009 08:29 PM

Quote:

> Originally Posted by **SteveHardeman** (Post 342406)
> *Please also note that Fling seems to be allowing him to promote them on this stolen content site. Make your affiliate decisions accordingly.*

99% of webmasters know that already, the people who still promote AFF and Fling just do it because the money is good enough to not care that they're supporting content theft.

---

## CraK                                                   February 16th, 2009 09:05 PM

Quote:

> Originally Posted by **Crunch** (Post 342554)
> *99% of webmasters know that already, the people who still promote AFF and Fling just do it because the money is good enough to not care that they're supporting content theft.*

Most people operate under the "i only care about myself" rule and do not look at the bigger picture. That explains this type of thinking.

---

## LAJ                                                    February 17th, 2009 08:15 AM

Wow... the cut and run threat. Love it.

---

## GotBabe                                                February 17th, 2009 09:24 AM

Quote:

> Originally Posted by **Dopenull** (Post 342248)
> *Whadap dude. Dopenull is here from chroniccentral.net Remember me? We tried to pay a*

*visit to you dude. Unfortunately you were not available, **we** had some **chicks** that would **love** to **sperm** her \*\*\* on you man. R these info correct man? {info removed} Stay tune buddy, keep angering as many adult webmasters as possible. If you're specialized in stalking adult sites, we are specialist in the DOPE and shit like you. Carma is a bitch man, remember. We love nuking people like you. Stay tune, DopeNull*

This looks like a batman riddle, but ive solved it for ya

---

## removeyourcontent
June 9th, 2009 08:56 AM

Took awhile but we can now officially clear chroniccentral.net's name, on this post, as it was not them. Mr. Bochra, our attorneys will be in touch.

---

## Head Boy
June 9th, 2009 09:22 AM

Can we get back to the food Toker was offering to us? :)

---

## silicuda
June 9th, 2009 09:40 AM

Quote:

Originally Posted by **Dopenull** (Post 342248)
***Carma** is a bitch man!*

I thought it's spelled Karma ...

---

## biztem
June 9th, 2009 10:06 AM

check mate

---

## removeyourcontent
June 9th, 2009 12:52 PM

Quote:

Originally Posted by **Head Boy** (Post 364607)
*Can we get back to the food Toker was offering to us? :)*

AskDx threads do sensationally well in google. Lol. Free food is always a plus as well :brow:

## Head Boy

June 9th, 2009 01:00 PM

Quote:

---

Originally Posted by **removeyourcontent** (Post 364681)
*AskDx threads do sensationally well in google. Lol. Free food is always a plus as well :brow:*

---

In that case I will give Somerfields - the supermarket - a plug. They've got £10 off the price of a 70cl bottle of 12 year old Glenfiddich malt. I'm just checking that it's the real thing. (not coke). :)

Page 2 of 2 ≤ 1 **2**

Show 20 post(s) from this thread on one page

Powered by vBulletin® Version 3.7.2
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.
SEO by vBSEO 3.2.0



How many
TIME? Plus



*Posting other people's private names.*

📁 Webmaster forum > General > The Public Shitlist
   📁 tru-dymez.com / fucktubetv.com

User Name [User Name]  ☐ Remember Me?
Password [          ]  [Log in]

FAQ          Members List          Calendar          Search          Register



LinkBack ▽   Thread Tools ▽
#1 (permalink)

November 26th, 2008, 11:52 PM

**removeyourcontent**
Serious Contributor



Join Date: Nov 2007
Posts: 535

📄 **tru-dymez.com / fucktubetv.com**

Operates thieving tube site fucktubetv.com. Over 100 videos sent for removal today.

Jones, Quincy
RR 3 Box 3639
Townsend, Georgia 31331
United States
9128326775

*PII information*





November 27th, 2008, 09:20 PM

**removeyourcontent**
Serious Contributor

#2 (permalink)



I love it when pirates threaten to sue. It's equatable to drug dealers threatening to sue the police for disrupting their operations. 200 calls my ass.
Also.. Quincy... your information is public.

Join Date: Nov 2007
Posts: 535

http://whois.domaintools.com/fucktubetv.com

Now.. with this little stunt, we're now forwarding every infringing video we find, in the future, directly to our client's attorneys.. over 60 at last count.

Have a nice day. ⚓💿⚓

"Hi
I am Quincy Jones.
Owner of Fuctubetv.com.
I have complied with all your requests to remove all the copyright materials.
I am currently going to all the videos to delete copyright contents.

I do have an issue.
That issue is I received over 200 calls today.
Regarding a post that was found on a forum "AskdamageX.com"
The post was from your Handle Name in affiliate with your site.
Implying my address, phone number, and name.
tru-dymez.com / fucktubetv.com
Being that after your request of removal of contents.
I find it very unprofessional to do such vindictive action on your part..
After the fact you contacted me very professionally.
To come down to releasing my personal info in this manner. In a public forum.

You and I know the law protects both ways.
The copyright way and human way.
I have contacted my lawyer .
He had informed me I fall under the DMCA Title II, the Online Copyright Infringement Liability Limitation Act Safe Harbour protection.
Also I have contacted local law enforcement to document the thread on the forum of unlawfully releasing my personal information.
The reason I had to go this route is to protect any jeapardization of my immediate family and damages that may or may not come upon in the future.

With respect to you and your business
www.removeyourcontent.com
I have the faith you will deal with this matter promptly

Thanks Quincy Jones
http://www.askdamagex.com/showthread.php?t=32424"






November 28th, 2008, 10:13 AM

#7 (permalink)

**Pornonada**
Serious Contributor



Join Date: Dec 2005
Location: Bulgaria
Posts: 10,742

Quote:

> Originally Posted by **JD**
> *haha what a god damn retard.*
>
> *WHOIS INFORMATION IS PUBLIC INFORMATION*

Whois Information might be public information at the Whois Site, posting it on a public forum might be a bit different in my opinion ....

I mean peoples names, adresses and phonenumbers are public information in phonebooks as well, but i doubt i can post them on porn forums or other places just like i wish.

Biggest NOskim Network open for Trades/Linkexchanges
500+ Text, TGP, MGP and Link Sites for Trade!
All Linkexchanges are autoapproved!
Linkexchanges here - Small Traffic Trades - Thunder-Ball Profil




November 28th, 2008, 11:13 AM

#8 (permalink)

**removeyourcontent**
Serious Contributor



Join Date: Nov 2007
Posts: 535



Quote:

> Originally Posted by **Pornonada**
> *Whois Information might be public information at the Whois Site, posting it on a public forum might be a bit different in my opinion ....*
>
> *I mean peoples names, adresses and phonenumbers are public information in phonebooks as well, but i doubt i can post them on porn forums or other places just like i wish.*

Criminals have no privacy privileges



info privacy, BUT even IF i do NOT use any additionally features doesn't mean automaticly everybody could/should use personal information anyway he might think it's ok.

**Biggest NOskim Network open for Trades/Linkexchanges**
500+ Text, TGP, MGP and Link Sites for Trade!
All Linkexchanges are autoapproved!
**Linkexchanges here** - **Small Traffic Trades** - **Thunder-Ball Profil**

                                                    

December 6th, 2008, 10:37 AM                                    #12 (permalink)

**Pornonada**
Serious Contributor





Quote:

> Originally Posted by **removeyourcontent**
> *Criminals have no privacy privileges*

Join Date: Dec 2005
Location: Bulgaria
Posts: 10,742

My comment was more principal and generally, so is this one. Let me say it that way, just because someone did a crime doesn't mean automaticly you can do him something illegal as well. As i said, just generally and about privacy as i think that things are not as easy as some may think they are....

**Biggest NOskim Network open for Trades/Linkexchanges**
500+ Text, TGP, MGP and Link Sites for Trade!
All Linkexchanges are autoapproved!
**Linkexchanges here** - **Small Traffic Trades** - **Thunder-Ball Profil**

                                                    

December 6th, 2008, 12:47 PM                                    #13 (permalink)

**removeyourcontent**
Serious Contributor



Quote:

> Originally Posted by **Pornonada**
> *My comment was more principal and generally, so is this one. Let me say it that way, just because someone did a crime doesn't mean automaticly you can do him something illegal as well. As i said, just generally and about privacy as i think that things are not as easy as some may think they are....*

Join Date: Nov 2007
Posts: 535

**Bullshit.**

Design Thief: lostgirlonline.com
I'm sure Ben Silvas doesn't appreciate his name on a "porn board"

_____



Paysite Designs - TGP Designs - Blog Designs
Yellow Fiber 4 Life - Rule The SERPS - I'm On a Boat
icq: 265808340 | aim: mrsicks

Get Top 5 Google Rankings in Under 30 Days





December 7th, 2008, 05:03 PM                                          #17 (permalink)

**Pornonada**
Serious Contributor



Join Date: Dec 2005
Location: Bulgaria
Posts: 10,742



out of curiousity i readed a bit about privacy ....

here the most interesting things from wikipedia:

> Quote:
>
> Whilst the acronym PII is commonly used, there is no
> common or agreed use of the words from which it is
> created. Common variants are personal identifiable
> information, personally identifiable information, personal
> identifying information and personally identifying
> information.
>
> In privacy, PII is less restrictive than in Information
> security and one definition can be found in the EU
> directive 95/46/EC:[2]
>
> Article 2a: 'personal data' shall mean any information
> relating to an identified or identifiable natural person
> ('data subject'); an identifiable person is one who can be
> identified, directly or indirectly, in particular by
> reference to an identification number or to one or more
> factors specific to his physical, physiological, mental,
> economic, cultural or social identity;
>
> Although the concept of PII is ancient, it has become
> much more important as information technology and the
> Internet have made it easier to collect PII, leading to a
> profitable market in collecting and reselling PII. PII can
> also be exploited by criminals to stalk or steal the
> identity of a person, or to plan a person's murder or
> robbery, among other crimes. As a response to these
> threats, many web site privacy policies specifically
> address the collection of PII, and lawmakers have
> enacted a series of legislation to limit the distribution
> and accessibility of PII.

Quote:

> **Items which might be considered PII include, but are not limited to, a person's:**
>
> Full name (if not common)
> National identification number
> Telephone number
> Street address
> E-mail address
> IP address (in some cases)
> Vehicle registration plate number
> Driver's license number
> Face, fingerprints, or handwriting
> Credit card numbers
> Digital identity

*All of which Mr green have posted on page 1*

Quote:

> **Related laws**
> Below are examples of legal frameworks affecting data privacy in several jurisdictions.
>
> Canada
> Privacy Act (governs the Federal Government agencies)
> Personal Information Protection and Electronic Documents Act (PIPEDA) of (2001 government entities), (2004 All other entities)
>
> **United States of America**
> **Recently lawmakers have paid a great deal of attention to protecting a person's PII.**
> **The U.S. Senate has recently proposed the Privacy Act of 2005, which attempts to strictly limit the display, purchase, or sale of PII without the person's consent.**
>
> California has privacy written into the state constitution Article 1, Section 1.
> Online Privacy Protection Act (OPPA) of 2003
>
> Federal Laws
> Privacy Act of 2005
> Information Protection and Security Act
> Identity Theft Prevention Act of 2005
> Online Privacy Protection Act of 2005
> Consumer Privacy Protection Act of 2005
> Anti-phishing Act of 2005
> Social Security Number Protection Act of 2005
> Wireless 411 Privacy Act
> US 'Safe Harbor' Rules (EU Harmonisation)
> Title 18 of the United States Code, section 1028d(7)



**Webmaster forum** (*http://www.askdamagex.com/*)
- **The Public Shitlist** (*http://www.askdamagex.com/f14/*)
- - **Poshalim.tv** (*http://www.askdamagex.com/f14/poshalim-tv-29419/*)

---

**removeyourcontent**                                    August 14th, 2008 07:03 PM

---

**Poshalim.tv**

Stolen content galore but there's a catch... He's reselling it for profit.

**http://poshalim.tv**

Operating the following CJ sites:
http://dayana.in/ - Main Trade Site
http://bigporevo.com/
http://trampampam.com/
http://gdelegytporno.com
http://gdetutporno.com
http://tutestsex.com
http://dailyhomevids.com
http://sexyfatbooty.com
http://skladporno.com
http://fotosexa.com
http://poshalim.com

http://whois.domaintools.com/213.174.136.223

Administrative Contact:
Multimedia & Internet Exploitatie BV
Helg Gregorson (thexelg@gmail.com)          *PII information*
Walsoordensestraat 72
WALSOORDEN
null,4588KD
NL
Tel. +31.102821503

---

All times are GMT -7. The time now is 10:51 AM.

Powered by vBulletin® Version 3.7.2
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.
SEO by vBSEO 3.2.0

# EXHIBIT B

# President's Education Awards Program

## Outstanding Academic Excellence

in recognition of

presented to

# Mark Bochra

2004



Rod Paige
U.S. Secretary of Education

Robert F. Ferine
Principal

President of the United States

**Nicholas Senn High School**
School

**chicago park district**

# 2005 JUNIOR CITIZEN PROGRAM

presents this certificate of recognition to

## Mark Boehra

for attaining the distinction of being selected an outstanding

## JUNIOR CITIZEN

Awarded by the Chicago Park District for academic performance, moral character, and service to the park and community.

February 17, 2005



Timothy J. Mitchell
Chicago Park District
General Superintendent & CEO

Matt Marino
North Region Manager
Chicago Park District

## Certificate of Achievement

### Awarded To

*Mark Booker*

In recognition of outstanding accomplishments in the Coaching & Officiating apprenticeship

☑ Cycle I          ☐ Cycle II          ☐ Cycle III



*Richardson*
_____
Instructor(s)                                    12/08/04
                                                    Date

*Laura "Lou" O'Neil*
_____
Program Specialist                            12/08/04
                                                    Date

*Maggie Daley*
_____
                                                    12/08/04
                                                    Date

Find Your Future   Find Your Future   Find Your Future   Find Your Future





after school matters
C H I C A G O

# Mark M. Bochra
## 5757 N. Sheridan Rd.
## Apartment # 13B
## Chicago, IL 60660

September 24, 2009



United States District Court
Northern District of Texas
Dallas Division
1100 Commerce Street, Room 1452
Dallas, TX 75242

      **RE:    Response to First Amended Complaint**
             **CIVIL ACTION NO. 3:09-CV-393-O**

Dear Clerk of the Court:

Please process the enclosed response to the First Amended Complaint.  Should you have
any questions please contact me.

Sincerley,

Mark M. Bochra

***Attachments Enclosed***

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
#### Northern District of Texas

| | | |
|---|---|---|
| Remove Your Content, LLC | ) | |
| | ) | |
| V. | ) | Civil Action No. 3:09-cv-00393-O |
| | ) | |
| Mark Bochra | ) | |

### Summons in a Civil Action

**TO:** *(Defendant's name and address)*
Mark Bochra
5757 N. Sheridan Road
Apt. 1313
Chicago, IL 60660

A lawsuit has been filed against you.   Within 20 days after service of this summons on you
(not counting the day you received it), you must serve on the plaintiff an answer to the
attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Ellen Sacco
    2912 W Story Rd
    Irving , TX 75038

If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.

CLERK

08/14/2009
DATE

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United
States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

# Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ⎯⎯⎯⎯⎯⎯⎯
by:

(1) personally delivering a copy of each to the individual at this place, ⎯⎯⎯⎯⎯⎯⎯⎯⎯
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ⎯⎯⎯⎯⎯⎯⎯
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ; or

(4) returning the summons unexecuted to the court clerk on ⎯⎯⎯⎯⎯⎯⎯⎯ ; or

(5) other (specify) ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

My fees are $ ⎯⎯⎯⎯⎯   for travel and $ ⎯⎯⎯⎯⎯   for services, for a total of $ ⎯⎯⎯⎯⎯

Date: ⎯⎯⎯⎯⎯⎯

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Server's signature

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Printed name and title

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Server's address

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **REMOVE YOUR CONTENT, LLC** | δ | |
| | δ | |
| **Plaintiff,** | δ | |
| **v.** | δ | |
| | δ | **CIVIL ACTION NO. 3:09-cv-393** |
| **MARK M. BOCHRA,** | δ | |
| | δ | |
| **Defendant** | δ | **JURY TRIAL DEMANDED** |

### PLAINTIFF'S FIRST AMENDED COMPLAINT

**TO THE HONORABLE COURT:**

COMES NOW, REMOVE YOUR CONTENT, LLC, Plaintiff, and files this First Amended Complaint against MARK BOCHRA, and would show the Court as follows:

### I.
### PARTIES

1.    Plaintiff, Remove Your Content, LLC, is a Texas limited liability company with a principal place of business in Irving, Dallas County, Texas.

2.    Defendant, MARK M. BOCHRA, is a citizen of the State of Illinois and can be served at his home address at 5757 N. Sheridan Rd., Apt. 1313, Chicago, IL 60660.

### II.
### JURISDICTION AND VENUE

3.    Subject matter jurisdiction is conferred on this Court pursuant to 28 U.S.C. § 1332(a), as the matter in controversy exceeds $100,000.00 (excluding interest and costs), and there is a complete diversity of citizenship. Further, this Court has jurisdiction under 28 U.S.C. § 1338, as this matter involves trademark infringement. This Court has supplemental jurisdiction of any remaining claims set forth herein pursuant to 28 U.S.C. § 1367 as these claims for relief arise out of a common nucleus of operative facts and form part of the same case or controversy.

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

4.    Venue for all causes of action stated herein pursuant to 28 U.S.C. § 1391(b)(2) lies in the Northern District of Texas in that a substantial part of the events or omissions giving rise to the claim occurred in the Northern District of Texas and Defendant directed acts to Plaintiff in the Northern District of Texas.

### III.
### FACTS

5.    Plaintiff, Remove Your Content, LLC, was formed to help combat copyright infringement and piracy on the internet.  Plaintiff provides various services to its clients, such as searching for illegally uploaded content, sending Digital Millennium Copyright Act (DMCA) notices, and working with websites to remove the stolen content.  Plaintiff specializes in working with adult entertainment industry clients and protecting its clients' copyrighted adult content.

6.    Because of Plaintiff's specialization and success in getting copyright infringing material removed, Plaintiff and Plaintiff's owner, Eric Green, have attracted attention from individuals who target and consistently distribute illegal and pirated content on the internet. Plaintiff and Mr. Green have become the target of "hate blogs" on the internet, as well as threats.

7.    "Dope Nuck" or "Dope Lord" or "Dopenull" (dopenuke@gmail.com and dopenull@gmail.com) has posted messages and e-mailed Mr. Green directly with threats.

8.    For example, Defendaing, using the online persona "Dope Nuck," has physically threatened Mr. Green and Remove Your Content, LLC via e-mail.  The e-mail states that Plaintiff should "Either quite bothering all these sites and blogs or will take the bet and nuke you with an early Christmas present." (sic).  Defendant has also threatened Plaintiff, made several references to "nuking" Plaintiff, and stated that he is "messing with the f------- big boys n----a" and that the Defendant is with the "dope gangs, we live in the hood and prison."  Defendant also

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

2

claimed that he had tried to "pay a visit" to Mr. Green and that "Carma is a b-----." (sic). Defendant has also posted similar threats against Plaintiff in an online forum.

9.     Plaintiff is understandably concerned about these threats and has filed a police report with the Irving Police Department detailing the threats.

10.     Defendant also writes several identical hate blogs posted online at various places, including:

http://ericgreensuck.blogspot.com,

http://removeyourcontentsuck.blogspot.com

http://removeyourcontentfake.blogspot.com

http://removeyourcontentsucks.blogspot.com

http://removeyourcontenttruth.blogspot.com

11.     The blogs are replete with false and defamatory information.  The blog includes false statements that Plaintiff operates illegally, sends illegal DMCA notices, and is not a legitimate business.  The blog also states falsely that Plaintiff sends DMCA notices with no basis of copyright infringement and falsely states that Plaintiff runs its own pirated adult content sites. The Defendant blogger also writes that Plaintiff and Eric Green are in a "shady business...fake and not legit...a scam" and thieves and copyright infringers.  The blog also uses Plaintiff's own trademarked content, specifically Plaintiff's web page images, which include its registered trademark.  Plaintiff has requested that the trademarked images be removed, but, to date, they have not been removed.

12.     Through a subpoena University of Illinois at Chicago ("UIC"), Plaintiff has been able to ascertain that the e-mail dopenull@gmail.com was accessed from a UIC computer which logged the Defendant, who is a student at the UIC, at a time when the e-mail was accessed.

**PLAINTIFF'S FIRST AMENDED COMPLAINT**                                                    3

Furthermore, through a subpoena to AT&T, Plaintiff discovered that the same Defendant herein has also created all of the defamatory blogs about the Plaintiff. All were traced back to the same address in Chicago.

13.    Plaintiff sues in order to recover damages, which are continuing unless the blogs are removed.

## IV.

## CONDITIONS PRECEDENT

14.    All conditions precedent have been performed, have occurred, or have been waived.

## V.

## CAUSES OF ACTION

Plaintiff incorporates by reference Sections I-IV hereinabove.

### First Cause Of Action – Defamation and Slander

15.    The Defendant published and continues to publish false statements purporting to be facts about Plaintiff to third persons, via various websites. No privilege, absolute or conditional, attaches to these statements. Defendant's false and defamatory statements have caused damages to Plaintiff's reputation. The have not been prove

16.    Each of the above referenced acts constitutes defamation and has caused the damages suffered by Plaintiff.

### Second Cause Of Action – Defamation Per Se

17.    The Defendant's false statements negatively affected Plaintiff in its business.

18.    Each of the above referenced acts constitutes defamation and caused the damages suffered by Plaintiff.

### Third Cause of Action—Business Disparagement

**PLAINTIFF'S FIRST AMENDED COMPLAINT**                                    4

19.     The Defendant published disparaging and false words about the Plaintiff's economic interests. The words were false. The Defendant published the words with malice. The Defendant published the words without privilege, and the publication caused the Plaintiff special damages.

**Fourth Cause of Action—Assault by Threat of Bodily Injury**

20.     Defendant, via his online personas, "Dope Nuck" or "Dope Lord" or "Dopenull" (dopenuke@gmail.com and dopenull@gmail.com), has threatened Plaintiff with bodily harm. The Defendant is acting intentionally and knowingly and threatening the Plaintiff and Plaintiff's owner, Eric Green, with imminent bodily injury. The Defendant's threats have caused injury to the Plaintiff.

**Fifth Cause of Action-Tortious Interference with Contracts**

21.     Plaintiff has existing business relationships and contracts and potential business relationships that could result in new business for its operations. Defendant have tortiously interfered with these relationships in an attempt to harm Plaintiff and Plaintiff's business operations.

22.     Defendant was aware that current and/or prospective business relationships existed and acted intentionally. As a proximate result of the tortious interference, Plaintiff has suffered damages.

**Sixth Cause of Action-Trademark Infringement**

23.     Plaintiff is the owner of a valid trademark, serial number 77604591. The trademarked name "Remove Your Content," is being used by Defendant unlawfully. Defendant, via the site http://ericgreensuck.blogspot.com, has made an additional blog mirroring the original http://removeyourcontent.blogspot.com/ and is using Plaintiff's trademarked name without authorization or permission. Further, Defendant is wrongfully using Plaintiff's website content

**PLAINTIFF'S FIRST AMENDED COMPLAINT**                                                            5

on his blogs.

## VI.
## EXEMPLARY DAMAGES AND ATTORNEY'S FEES

Plaintiff incorporates by reference herein all of the allegations set forth in hereinabove in this Original Complaint.

24.    By reason of the acts and conduct described above, the Defendant is liable to Plaintiff for exemplary damages in an amount to be awarded by the jury after taking into consideration the nature of the wrongs, the character and conduct involved, the degree of culpability of the wrongdoer, and the situation and sensibilities of the parties concerned and the extent to which this conduct offends the public sense of justice and propriety.

25.    Plaintiff is entitled to attorney's fees. The fees for such services Plaintiff's counsel states is the sum of at least $75,000.00 should this matter require a trial in a court of law.

## VII.
## APPLICATION FOR PRELIMINARY AND PERMANENT INJUNCTIONS

Plaintiff incorporates by reference herein all of the allegations set forth in hereinabove in this Original Complaint.

26.    In order to preserve the status quo and the property rights of the Plaintiff during the pendency of this action, Defendant should be cited to appear and show cause why they should not be preliminarily restrained, during the pendency of this action from:

    1)    Contacting Plaintiff's place of business or any of Plaintiff's employees, directly or indirectly, in any manner;

    2)    Contacting any of Plaintiff's clients or customer, directly or indirectly, in any manner; and

3)    Continuing to make false and defamatory statements about

Plaintiff or Plaintiff's employees.

27.    For the reasons stated, Plaintiff requests that, after the hearing, this Court enjoin

Defendant for the relief requested.

28.    Plaintiff requests that after trial on the merits that a permanent injunction be

issued against the Defendant.

## <u>PRAYER</u>

WHEREFORE, PREMISES CONSIDERED, for these reasons, Plaintiff prays for the

following, and all other relief to which Plaintiff may show that it is justly entitled:

1.    After hearing, a preliminary injunction be issued to Defendant restraining

Defendant as requested above;

2.    After a trial on the merits, that a permanent injunction be issued to Defendant;

3.    Judgment against Defendant for actual and special damages in an amount within

the jurisdictional limits of the court;

4.    Judgment against Defendant for exemplary damages in an amount within the

jurisdictional limits of the Court;

5.    Pre and Postjudgment interest;

6    Attorneys' fees and costs of court;

7.    Such other and further relief to which Plaintiff may be justly entitled.

**PLAINTIFF'S FIRST AMENDED COMPLAINT**                                        7

Exhibit A, sealed

Please keep this private, only to the judge "medication history"

RECEIVED

SEP 2 5 2009

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Thank,
MARK Boehra

3:09cv393-0