IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| **REMOVE YOUR CONTENT, LLC** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:09-cv-393 |
| **MARK BOCHRA,** | § | |
| | § | |
| Defendant | § | |

### Motion for Non-Jury Trial

Defendant, Mark Bochra respectfully submit the following motion and requests from the Honorable Court for possible modifying the Jury Trial to a Non Jury Trial for the following reasons:

1. Defendant, Mark Bochra is being diagnosed with medication related to anxiety, depression, and other serious health issues (A copy of the defendant's medical situation was mailed in a sealed envelope on November 13, 2009 from uic consoling center, in addition, to a different sealed medical record that was mailed on September 24, 2009). By having a Jury trial, will expose the defendant to further anxiety and depression and may worsen his health condition, especially when the Defendant is proceeding as a pro se in the following lawsuit.

2. Furthermore, by having a Jury trial, Defendant Mark Bochra will not be able to represent himself accurately with the evidence he obtained due to the burden process of the Jury trial and due to his medical conditions, limited finances, and limited understanding to a Jury Trial procedure which plays a huge disadvantage role to the defendant in the following legal matter. Defendant Mark Bochra in all good manners is wishing to show the evidence he obtained to the honorable court in order for the court to make its rightful decisions between the wrongdoer and the non wrongdoer in the proceeding legal matter without exposing the Defendant to further anxiety or burden which will distract the Defendant from representing himself accurately if Jury trial continues to be permitted. Moreover, in order to minimize the court's effort and time in the following trial, Defendant prays that his motion for Non Jury trial be considered.

WHEREFORE, PREMISES CONSIDERD, for these reasons, Defendant prays that this motion be considered

Respectfully Submitted,

*Mark Bochra*
Mark M Bochra
Defendant

Civil Action No. 3:09-cv-00393-O

## CERTIFICAT OF SERVICE

I, Mark M. Bochra, do hereby certify that on the __12__ th day of December, 2009, the foregoing document was mailed to the clerk of court for the U.S. District Court, Northern District of Texas, 110 Commerce Street, Room 1452, Dallas, TX 75242.

_MARK Bochra_
Mark M. Bochra
5757 N. Sheridan Rd, Apt. # 13B
Chicago, IL 60660

__12/12/09__
Date



**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE

Flat Rate Mailing Envelope
For Domestic and International Use
Visit us at usps.com



RECEIVED
DEC 15 2009
12 P.M.

From:/Expéditeur:

amount of mailable material may be enclosed, as long
e envelope is not modified, and the contents are
ly confined within the envelope with the adhesive
ded as the means of closure.

ERNATIONAL RESTRICTIONS APPLY:

OUND WEIGHT LIMIT ON
ERNATIONAL APPLIES

oms forms are required. Consult the
national Mail Manual (IMM) at pe.usps.gov
k a retail associate for details.


1006


75242


U.S. POSTAGE
PAID
CHICAGO, IL
60626
DEC 12, '09
AMOUNT
$5.65
00014634-05

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE

For Domestic and International Use



RECEIVED
DEC 15 2009
12 P.M.

From  MARK Bachra
5757 N SheriDAn Apt 13B
Chicago, IL, 60660

**TO** U.S District court, Northern
District of texas.
110 Commerce street, Room 1452,
Dallas, TX, 75242

United States Postal Service®
**DELIVERY CONFIRMATION**™

0309 1830 0001 6958 4685

Label 228, January 2008

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008; All rights reserved.