```
                                                    U.S. DISTRICT COURT
                                                  NORTHERN DISTRICT OF TEXAS
                                                          FILED

                                                        DEC 15 2009
                                                           svc

                                                  CLERK, U.S. DISTRICT COURT
                                                  By ____12:00pm_____
                                                              Deputy
```

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| REMOVE YOUR CONTENT, LLC § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | CIVIL ACTION NO. 3:09-cv-393 |
| MARK BOCHRA, § | |
| § | |
| Defendant § | |

## Motion For Legal Assistance

Defendant, Mark Bochra respectfully submit the following motion and requests from the Honorable Court for possible Legal Assistance for the following reasons:

1.  Defendant Mark Bochra is a college student who has attended 3 different Universities in the past 4 years (University of Illinois at Chicago, North Eastern University, and Wright college). The Defendant will graduate from the university of Illinois at Chicago in spring of 2010. Mark through his educational journey in his high school and college have proven to be an exemplary student who received multiple awards and accolades regarding his involvement in the community and his performance in school and college. His success in college and the passion to help the community continues to this day.

2.  Due to Defendant limited finances, defendant is unable to compact with a long term lawsuit by himself.

3.  Defendants was trying his best to compact with such ambiguous lawsuit sought by the Plaintiff and Plaintiff's attorneys and in the same time, tries to focus on his last courses toward graduation. However, the extreme burden of the legal matter has caused the defendant to fail one of his courses - Organic Chemistry II and took an incomplete in the course and will not be able to graduate unless he finishes the required course next semester. Furthermore, Defendant was receiving mostly A's and B's in spring of 2009 courses and is always a full time student, however, his grades started to drop when the defendant started to compact with the following lawsuit during fall of 2009. Defendant's grades changed from A's and B's to C's which will affect his overall GPA.

4.  Defendants is a College student who wishes to attend medical school in order to become a cardiac doctor. Moreover, Defendant was supposedly be focusing on studying for his graduate medical exam and be able to receive his Bachelor of Science Degree in Biology in fall of 2009 and attend the graduate ceremony with his family in spring of 2010 and concentrate on applying to medical school and its hectic procedure. However, the following lawsuit has deprived the Defendant's right from doing some or all of the followings and has caused extreme suffering, anxiety, and other serious health issues to the Defendant (A copy of the defendant's medical

situation was mailed in a sealed envelope on November 13, 2009 from uic consoling center, in addition, to a different sealed medical record that was mailed on September 24, 2009).

5. After Initial disclosure with the Plaintiff's attorney, Defendant now acquired evidence that proves that the Defendant Mark Bochra is not the one involve in creating the alleged blogs or emails. However, without legal assistance or the court's assistance, defendant Mark Bochra does not know how to proceed with such evidence in front of the court by himself. Moreover, Defendant is a resident of Chicago and not of Texas, which puts excessive burden on Mark's condition due to limited finances, time, and the expensive costs of travel.

6. Furthermore, Defendant requests the court's assistance in order to file a subpoena identifying the user name "removeyourcontent" who has verbally harassed the Defendant and was intentionally defaming and inflicting emotional distress on the Defendant prior to the original complain filed on August 14, 2009. Specifically, after the response to the UIC-Subpoena was received and stamped by Plaintiff's attorney on June 9, 2009. On this same day, Plaintiff used such information and posted information related to the Defendant online, on an adult website; ignoring the court's rules or procedure. Plaintiff has wrongfully misused the subpoena's information in such a wrongfully manners.

7. Does the court require more evidence identifying the username "removeyourcontent" or is the matching date June 9, 2009 is enough evidence in proving that it is indeed the plaintiff who verbally harassed the Defendant on an adult website (please see attached documents).

8. In addition, the same user name "removeyourcontent" has posted other individuals' names, home addresses, telephone numbers, and other private information on purpose on the web in the past year. This is a clear violation of PII "Personal identifying information" law, which prevents people from releasing an individual's private information. PII can be exploited by criminals to stalk or steal the identity of a person, or to plan a person's murder or robbery, among other crimes.

9. Although, Defendant's limited finances allows him to seek free legal aid in Chicago, however none of the free legal aid could consider providing legal advice or representing Mark in the following legal matter, due to the nature of the case (Litigation and Business Litigation) or due to the reason that the case is filed in Texas and no free attorney in Chicago could represent the defendant in a lawsuit in a state other than Chicago.

WHEREFORE, PREMISES CONSIDERD, for these reasons, Defendant prays that this motion be considered

Respectfully Submitted,

*MARK Bochra*

Mark M Bochra
Defendant

Civil Action No. 3:09-cv-00393-O

## CERTIFICAT OF SERVICE

I, Mark M. Bochra, do hereby certify that on the 12th day of December, 2009, the foregoing document was mailed to the clerk of court for the U.S. District Court, Northern District of Texas, 110 Commerce Street, Room 1452, Dallas, TX 75242.

_MARK Bochra_  
Mark M. Bochra  
5757 N. Sheridan Rd  
Apt. # 13B  
Chicago, IL 60660

12/12/09  
Date

Case 3:09-cv-00393-O   Document 15   Filed 12/15/09   Page 4 of 10   PageID 116

search

- HOME
- LATEST NEWS
- ABOUT US
- REQUIREMENTS & COURSE OPTIONS
- STUDENT LIFE
- ADMISSION INFORMATION
  - why honors
  - new freshman
  - transfer applicant
  - continuing student
- FELLOWS & FACULTY
- ALUMNI & DONORS
- DONATE
- FORMS

Brilliant Futures: The Campaign for the University of Illinois at Chicago



## Phi Eta Sigma

The **2006** Phi Eta Sigma Induction Ceremony took place on Tuesday, March 28th in the Illinois Room of the Student Center East. 139 new members were inducted this year.

Chemistry Professor **Sharon Fetzer-Gislason** gave the keynote address. Professor Fetzer-Gislason encouraged the new inductees to continue to strive for excellence, and to take advantage of all of the technological resources that UIC has to offer them.

Scholarships were presented to **Mosmi Surati** and **Elzbieta Starzycka**. Later, new Phi Eta Sigma members and their guests enjoyed a reception in the adjoining room. Additionally, music by the Honors College String Ensemble was enjoyed by all.



Congratulations to all 2006 new Phi Eta Sigma inductees. Keep up the good work!

Daniel L. Allen
Arash Amini
Nicole B. Asavalertpanich
Aisha T. Awan
Timothy E. Ayalin
Nicholas M. Bacos
Daniel I. Ban
Robert J. Bennett
Mark Berardi
**Mark M. Bochra** ←
Tania Boisson
Elizabeth A. Boyle
Riley E. Brannen
Kristy M. Breitbach
Meica T. Brown
Daniela Michelle Bustamante
Evan F. Caccioppoli
Omar A. Carbajal
Matthew C. Chan
Natalie Khouv Chhim
Yi Seul (Grace) Choi
Jesse S. Christ
Ashley D. Christensen
Caitlin Starr Cohn
Stephanie N. Crowley
Andrew Devine
Mark Samuel DiKopf

# UNIVERSITY OF ILLINOIS
Chicago • Springfield • Urbana-Champaign

Office of University Counsel (MC 225)
405 Administrative Office Building
1737 West Polk Street
Chicago, Illinois 60612-7228

RECEIVED
JUN 0 ? 2009
HULSE STUCKI

June 5, 2009

*Via First Class Mail*
Ellen Sacco, Esq.
Hulse Stucki PLLC
2912 West Story Road
Irving, Texas 75038

Re: *Remove Your Content, LLC v. John Does 1-20*
   **Subpoena Issued by the US District Court for the Northern District of Illinois**

Dear Ms. Sacco,

Attached please find copies of documents responsive to the subpoena you issued to The Board of Trustees of the University of Illinois in the above-referenced matter. One of the documents has been redacted, in part, to remove information which is beyond the scope of the request, pertains to other users and may be privileged from production pursuant to the Family Educational Rights and Privacy Act (FERPA) or other privacy laws.

Sincerely,

Gwen Geraghty
Associate University Counsel

CC: Donna Williamson

RYC 000023

> visit to you dude. Unfortunately you were not available, **we** had some **chicks** that would **love** to **sperm** her *** on you man. R these info correct man? {info removed} Stay tune buddy, keep angering as many adult webmasters as possible. If you're specialized in stalking adult sites, we are specialist in the DOPE and shit like you. Carma is a bitch man, remember. We love nuking people like you. Stay tune, DopeNull

This looks like a batman riddle, but ive solved it for ya

### removeyourcontent
June 9th, 2009 09:56 AM

Took awhile but we can now officially clear chroniccentral.net's name, on this post, as it was not them. Mr. Bochra, our attorneys will be in touch.

### Head Boy
June 9th, 2009 10:22 AM

Can we get back to the food Toker was offering to us? :)

### silicuda
June 9th, 2009 10:40 AM

Quote:

> Originally Posted by **Dopenull** (Post 342248)
> **Carma** is a bitch manl

I thought it's spelled Karma ...

### biztem
June 9th, 2009 11:06 AM

check mate

### removeyourcontent
June 9th, 2009 01:52 PM

Quote:

> Originally Posted by **Head Boy** (Post 364607)
> Can we get back to the food Toker was offering to us? :)

AskDx threads do sensationally well in google. Lol. Free food is always a plus as well :brow:



**AskDamageX.com Webmaster Forum** (http://www.askdamagex.com/)
- **The Public Shitlist & Cheaters** (http://www.askdamagex.com/f14/)
- - **tru-dymez.com / fucktubetv.com** (http://www.askdamagex.com/f14/tru-dymez-com-fucktubetv-com-32424/)

---

**removeyourcontent** — November 27th, 2008 12:52 AM

**tru-dymez.com / fucktubetv.com**

Operates thieving tube site fucktubetv.com. Over 100 videos sent for removal today.

Jones, Quincy
RR 3 Box 3639
Townsend, Georgia 31331
United States
9128326775

[PII Information]

---

**removeyourcontent** — November 27th, 2008 10:20 PM

I love it when pirates threaten to sue. It's equatable to drug dealers threatening to sue the police for disrupting their operations. 200 calls my ass.
Also.. Quincy... your information is public.
http://whois.domaintools.com/fucktubetv.com

Now.. with this little stunt, we're now forwarding every infringing video we find, in the future, directly to our client's attorneys.. over 60 at last count.

Have a nice day.:finger:

"Hi
I am Quincy Jones.
Owner of Fuctubetv.com.
I have complied with all your requests to remove all the copyright materials.
I am currently going to all the videos to delete copyright contents.

I do have an issue.
That issue is I received over 200 calls today.
Regarding a post that was found on a forum "AskdamageX.com"
The post was from your Handle Name in affiliate with your site.
Implying my address, phone number, and name.
http://www.askdamagex.com/f14/tru-dymez-com-fucktubetv-com-32424/
Being that after your request of removal of contents.
I find it very unprofessional to do such vindictive action on your part..
After the fact you contacted me very professionally.
To come down to releasing my personal info in this manner. In a public forum.

You and I know the law protects both ways.
The copyright way and human way.
I have contacted my lawyer .
He had informed me I fall under the DMCA Title II, the Online Copyright Infringement Liability Limitation Act Safe Harbour protection.
Also I have contacted local law enforcement to document the thread on the forum of unlawfully releasing my personal information.
The reason I had to go this route is to protect any jeapardization of my immediate family and damages that may or may not come upon in the future.

With respect to you and your business www.removeyourcontent.com
I have the faith you will deal with this matter promptly

Exhibit 2

> Quote:
>
> Originally Posted by **JD** (Post 317979)
> *haha what a god damn retard.*
>
> *WHOIS INFORMATION IS PUBLIC INFORMATION*
>
> Whois Information might be public information at the Whois Site, posting it on a public forum might be a bit different in my opinion ....
>
> I mean peoples names, adresses and phonenumbers are public information in phonebooks as well, but i doubt i can post them on porn forums or other places just like i wish. :2c:

### removeyourcontent → removeyourcontent.com   November 28th, 2008 12:13 PM

(snip)

> Quote:
>
> Originally Posted by **Pornonada** (Post 318075)
> *Whois Information might be public information at the Whois Site, posting it on a public forum might be a bit different in my opinion ....*
>
> *I mean peoples names, adresses and phonenumbers are public information in phonebooks as well, but i doubt i can post them on porn forums or other places just like i wish. :2c:*

Criminals have no privacy privileges :2c:

### Horny Joe   November 28th, 2008 02:14 PM

Don't know what the law say, but I do know that it works two ways. That being said, I doubt that you will get in any heat for that!

### JACOBKELL   November 28th, 2008 03:04 PM

> Quote:
>
> Originally Posted by **Pornonada** (Post 318075)
> *Whois Information might be public information at the Whois Site, posting it on a public forum might be a bit different in my opinion ....*
>
> *I mean peoples names, adresses and phonenumbers are public information in phonebooks as well, but i doubt i can post them on porn forums or other places just like i wish. :2c:*

You can make both your tel number and domain private(unless someone have whois history viewer)

### Pornonada   December 6th, 2008 11:34 AM

> Quote:
>
> Originally Posted by **JACOBKELL** (Post 318127)
> *You can make both your tel number and domain private(unless someone have whois history viewer)*

While i'am very advanced in many levels of the law i'am indeed not an expert when it comes to privacy laws so i follow just common logic and in that case i would say that i could indeed be against a law.

Look, it's one thing what i could do for whois privacy or personal info privacy, BUT even IF i do NOT use any additionally features doesn't mean automaticly everybody could/should use personal information anyway he might think it's ok.

---

**Pornonada**  December 6th, 2008 11:37 AM

Quote:

> Originally Posted by **removeyourcontent** (Post 318096)
> *Criminals have no privacy privileges :2c:*

My comment was more principal and generally, so is this one. Let me say it that way, just because someone did a crime doesn't mean automaticly you can do him something illegal as well. As i said, just generally and about privacy as i think that things are not as easy as some may think they are....

---

**removeyourcontent**  December 6th, 2008 01:47 PM

Quote:

> Originally Posted by **Pornonada** (Post 320351)
> *My comment was more principal and generally, so is this one. Let me say it that way, just because someone did a crime doesn't mean automaticly you can do him something illegal as well. As i said, just generally and about privacy as i think that things are not as easy as some may think they are....*

Bullshit.

(handwritten annotation: "suing" with bracket pointing to this section)

---

**JD**  December 6th, 2008 03:49 PM

Quote:

> Originally Posted by **Pornonada** (Post 318075)
> *Whois Information might be public information at the Whois Site, posting it on a public forum might be a bit different in my opinion ....*
>
> *I mean peoples names, adresses and phonenumbers are public information in phonebooks as well, but i doubt i can post them on porn forums or other places just like i wish. :2c:*

It is public information that is freely available for anyone to look up. Your opinion is wrong.

As for phone books, it's freely available information that can be looked up by anyone with working eyes. Same concept as whois.

---

**Pornonada**  December 7th, 2008 01:23 AM

Quote:

> Originally Posted by **JD** (Post 320416)
> *It is public information that is freely available for anyone to look up. Your opinion is wrong.*



Exibit 3

**AskDamageX.com Webmaster Forum** (http://www.askdamagex.com/)
- **The Public Shitlist & Cheaters** (http://www.askdamagex.com/f14/)
- - **Poshalim.tv** (http://www.askdamagex.com/f14/poshalim-tv-29419/)

---

**removeyourcontent**  August 14th, 2008 08:03 PM

**Poshalim.tv**

Stolen content galore but there's a catch... He's reselling it for profit.

**http://poshalim.tv**

Operating the following CJ sites:
http://dayana.in/ - Main Trade Site
http://bigporevo.com/
http://trampampam.com/
http://gdelegytporno.com
http://gdetutporno.com
http://tutestsex.com
http://dailyhomevids.com
http://sexyfatbooty.com
http://skladporno.com
http://fotosexa.com
http://poshalim.com

http://whois.domaintools.com/213.174.136.223

Administrative Contact:
Multimedia & Internet Exploitatie BV
Helg Gregorson (thexelg@gmail.com)      PII information
Walsoordensestraat 72
WALSOORDEN
null,4588KD
NL
Tel. +31.102821503

---

All times are GMT -7. The time now is 10:10 AM.

Powered by vBulletin® Version 3.7.2
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.
SEO by vBSEO 3.2.0