# UIC HONORS COLLEGE
UNIVERSITY OF ILLINOIS AT CHICAGO

search | go

- HOME
- LATEST NEWS
- ABOUT US
- HONORS ACTIVITIES & COURSES
- STUDENT LIFE
- RESEARCH
- ADMISSIONS
  - why honors
  - freshman
  - transfer applicant
  - continuing student
  - continuing student scholarships
- SCHOLARSHIPS
- FELLOWS & FACULTY
- ALUMNI & DONORS
- DONATE
- FORMS

Brilliant Futures: The Campaign for the University of Illinois at Chicago



## Phi Eta Sigma

The **2006** Phi Eta Sigma Induction Ceremony took place on Tuesday, March 28th in the Illinois Room of the Student Center East. 139 new members were inducted this year.

Chemistry Professor **Sharon Fetzer-Gislason** gave the keynote address. Professor Fetzer-Gislason encouraged the new inductees to continue to strive for excellence, and to take advantage of all of the technological resources that UIC has to offer them.

Scholarships were presented to **Mosmi Surati** and **Elzbieta Starzycka.** Later, new Phi Eta Sigma members and their guests enjoyed a reception in the adjoining room. Additionally, music by the Honors College String Ensemble was enjoyed by all.



Congratulations to all 2006 new Phi Eta Sigma inductees. Keep up the good work!

Daniel L. Allen
Arash Amini
Nicole B. Asavalertpanich
Aisha T. Awan
Timothy E. Ayalin
Nicholas M. Bacos
Daniel I. Ban
Robert J. Bennett
Mark Berardi
Mark M. Bochra
Tania Boisson
Elizabeth A. Boyle

EXHIBIT 1