# UNIVERSITY OF ILLINOIS
# MEDICAL CENTER

Blood Bank (MC 750)
1740 W. Taylor 1611
Chicago, Illinois, 60612
giveblood@uic.edu

Letter of Recommendation

January 12, 2010

To Whom It May Concern:

Emergencies happen and we want our medical center to be prepared with blood on hand, to help serve any patient in need. All blood collected by our team is only used for patients at the medical center.

Mark Bochra is one of many generous UIC students who previously donated his blood to help needed patients at UIC Medical Center. Thank you very much for donating blood or platelets at the University of Illinois Medical Center. Your donation is evidence of your generosity and willingness to help people.

Sincerely,

*Jose V. Gonzalez*

Jose V. Gonzalez
Pathology Lab

Chicago • Phone (312) 996-6970 • Fax (312) 355-4044

EXHIBIT 2