# chicago park district

# 2005 JUNIOR CITIZEN PROGRAM

presents this certificate of recognition to

*Mark Bochra*

for attaining the distinction of being selected an outstanding

## JUNIOR CITIZEN

Awarded by the Chicago Park District for academic performance, moral character, and service to the park and community.

February 17, 2005



*Timothy J. Mitchell*
Timothy J. Mitchell
Chicago Park District
General Superintendent & CEO

*Matt Marino*
Matt Marino
North Region Manager
Chicago Park District

EXHIBIT 3