# President's Education Awards Program

## Outstanding Academic Excellence

presented to

**Mark Bochra**

in recognition of

2004

Rod Paige
U.S. Secretary of Education

[signature]
President of the United States

Debra D. Shuree
Principal

Nicholas Senn High School



PRESIDENT'S AWARD FOR EDUCATIONAL EXCELLENCE

EXHIBIT 4