# NICHOLAS SENN HIGH SCHOOL

## SENIOR AWARD

IS PRESENTED TO

### MARK BOCHRA

FOR OUTSTANDING LEADERSHIP AND SERVICE

THE TWENTY-FIFTH DAY OF MAY 2005

*[signature]*

PRINCIPAL

EXHIBIT 5