# Certificate of Achievement

## Awarded To

**Mark Bochett**

In recognition of outstanding accomplishments in the Coaching & Officiating apprenticeship

☑ Cycle I
☐ Cycle II
☐ Cycle III

Instructor(s): _Richardson_
Date: 12/08/04

_Laura "Lau" O'Neil_
Date: 12/08/04

Program Specialist: _Maggie Daley_
Date: 12/08/04

**after school matters**
CHICAGO

*Find Your Future*

EXHIBIT 6