Case 3:09-cv-00393-O    Document 16-8    Filed 01/20/10    Page 1 of 1    PageID 142

**removeyourcontent**
Serious Contributor



Took awhile but we can now officially clear chroniccentral.net's name, on this post, as it was not them. Mr. Bochra, our attorneys will be in touch.

Join Date: Nov 2007
Posts: 537





#26 (permalink)

June 9th, 2009, 10:22 AM

**Head Boy**
Guest



Can we get back to the food Toker was offering to us? :)
_____

**I apologise to ADX members for my constant reminders that Lord Aga and Netpond are scammers**

Join Date: Oct 2005
Location: England
Posts: 7,270

Money Bookers - now with ATM withdrawals via MasterCard





#27 (permalink)

June 9th, 2009, 10:40 AM

**silicuda**
Serious Contributor



Quote:
> Originally Posted by **Dopenull**
> *Carma is a bitch manl*

Join Date: Nov 2008
Posts: 972

I thought it's spelled Karma ...
_____

Handwritten & Exclusive: **Adult Copy Writing** -Blog Updates, Gallery Descriptions more info at www.contentpimp.info

**Thunder-Ball.net - Member**



June 9th, 2009, 11:06 AM

#28 (permalink)

**biztem**
New User



check mate

Join Date: Jun 2009
Posts: 10





#29 (permalink)

June 9th, 2009, 01:52 PM



EXHIBIT 7