**Case 3:09-cv-00393-O    Document 16-9    Filed 01/20/10    Page 1 of 1    PageID 143**

**removeyourcontent**
Serious Contributor

Join Date: Nov 2007
Posts: 537

June 9th, 2009, 02:00 PM

**Head Boy**
Guest

Join Date: Oct 2005
Location: England
Posts: 7,270

> Quote:
> Originally Posted by **Head Boy**
> Can we get back to the food Toker was offering to us? 🙂

AskDx threads do sensationally well in google. Lol. Free food is always a plus as well 😁

#30 (permalink)

> Quote:
> Originally Posted by **removeyourcontent**
> AskDx threads do sensationally well in google. Lol. Free food is always a plus as well 😁

In that case I will give Somerfields - the supermarket - a plug. They've got £10 off the price of a 70cl bottle of 12 year old Glenfiddich malt. I'm just checking that it's the real thing. (not coke). 🙂
_____
**I apologise to ADX members for my constant reminders that Lord Aga and Netpond are scammers**

Money Bookers - now with ATM withdrawals via MasterCard

Page 2 of 2  < 1 **2**

« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**
Trackbacks are **On**
Pingbacks are **On**
Refbacks are **On**

All times are GMT -7. The time now is 05:13 PM.

This site is protected by **Swiftwill**

**Home** | **Register** | **Calendar** | **Search** | **Control Panel** | **Contact** | **Memberlist**

EXHIBIT 8