AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT

<u>Northern</u>                               DISTRICT OF   <u>Illinois</u>

Remove Your Content, LLC                    **SUBPOENA IN A CIVIL CASE**

V.

John Does 1-20

Case Number:[1] 3:09-cv-393
in The Northern District
of Texas, Dallas Div.

TO: The Board of Trustees of the University of Illinois
    c/o Secretary
    414 Administrative Building
    1737 W. Polk Street
    Chicago, IL 60612-7328

☐ YOU ARE COMMANDED to appear at the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Exhibit attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Records may be sent to 2912 W. Story Rd., IRving, TX 75038 | 5:00 p.m. May 21, 2009 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)    DATE
[signature]   Attorney for Plaintiff   April 23, 2009

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Ellen Sacco, Hulse Stucki, PLLC, 2912 W. Story Rd., Irving, TX 75038   (214) 441-3000

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT 9