# UNIVERSITY OF ILLINOIS
Chicago • Springfield • Urbana-Champaign

Office of University Counsel (MC 225)
405 Administrative Office Building
1737 West Polk Street
Chicago, Illinois 60612-7228

RECEIVED

JUN 0 ? 20[..]

HULSE STUCKI

June 5, 2009

**Via First Class Mail**
Ellen Sacco, Esq.
Hulse Stucki PLLC
2912 West Story Road
Irving, Texas 75038

Re: *Remove Your Content, LLC v. John Does 1-20*
**Subpoena Issued by the US District Court for the Northern District of Illinois**

Dear Ms. Sacco,

Attached please find copies of documents responsive to the subpoena you issued to The Board of Trustees of the University of Illinois in the above-referenced matter. One of the documents has been redacted, in part, to remove information which is beyond the scope of the request, pertains to other users and may be privileged from production pursuant to the Family Educational Rights and Privacy Act (FERPA) or other privacy laws.

Sincerely,

Gwen Geraghty
Associate University Counsel

CC: Donna Williamson

EXHIBIT 11