

**Welcome to Remove Your Content**

Removeyourcontent offers adult content producers, webmasters and distributors a unique service to fight online media piracy. If you are frustrated with online content theft and file-sharing, please consider our service to help you take back your copyrights!



Removeyourcontent lawsuit nearing conclusion. More information is available here: Multiple Blogspot.com Defamation/Smear Campaign
If you have read any of these blogs (they are all the same), they were written with malice and contain no factual information. The individual responsible for all of this is Mark Bochra of Chicago, IL.



**BEWARE OF IMITATIONS.. WE'RE THE REAL DEAL IN ADULT!**
**10 Million links removed and counting...**

EXHIBIT 12