
## Contact Info

**Removeyourcontent** ®

**Operations Manager**
Tony
tony At removeyourcontent.com
Icq: 571599273

**Sales Dept.**
Eric
info At removeyourcontent.com
Icq: 390608617

**Accounting Dept.**
Dolores
accounting At removeyourcontent.com

**Copyright Agents:**
US and Euro: Cliff At removeyourcontent.com
US and Euro: Matt At removeyourcontent.com
Russian Zone: Zdenek At removeyourcontent.com

**Dmca Compliance**
dmca At removeyourcontent.com

**Interim Designation of Agent to Receive Notification of Claimed Infringement**

What we do

We fight illegal piracy at the source, the host, and rigorously pursue all hosted pirated media content. What is removed? We remove illegal copies of member videos, zip sets, archived picture sets, site zips and dvd rips. Content is removed through active online searches and vigilante search engine sweeps - via automated bot and human interface. We maintain a 99.9% successful removal rate once hosted pirated media is discovered, anywhere in the world.


**Coverage**
File-sharing forums, search engines, image hosts, google SERPS, newsgroup services, tube sites and torrent trackers


**Host Removal**
Internet free sites, blogs, forums, file-sharing hosts such as Rapidshare, Megaupload, Filefactory and paysite infringement.


**Anti-piracy Links**
US Dept. Of Justice IP Crime
ICE IP Rights Center
Interpol IP Crime
Internet Crime Center

  

**Criminal copyright infringement, including infringement without monetary gain, is investigated by the FBI and is punishable by up to 5 years in federal prison and a fine of $250,000.**

© 2009 by removeyourcontent.com   -   Terms of Service  -  Privacy Policy

EXHIBIT 13