## RE: Removeyourcontent LLC V. Mark Bochra; October 14, 2009 letter

**From: Ellen Sacco** (esacco@AttorneysForBusiness.com)
Sent:   Mon 1/04/10 11:55 AM
To:     'Mark Bochra' (mbochr2@live.com)

Mr. Bochra:

I disagree with your characterization of our conversations and your version of the facts.

Ellen

---

**From:** Mark Bochra [mailto:mbochr2@live.com]
**Sent:** Monday, January 04, 2010 1:52 PM
**To:** esacco@attorneysforbusiness.com
**Subject:** Re: Removeyourcontent LLC V. Mark Bochra; October 14, 2009 letter
**Importance:** High

Dear Ms. Sacco,

On October 14, 2009 you have send me a letter with a copy of a subpoena you issues to identify the creators of the following blogs.

removeyourcontentscam.blogspot.com
removeyourcontentsucks.blogspot.com
removeyourcontentfake.blogspot.com
removeyourcontentsuck.blogspot.com
removeyourcontenttruth.blogspot.com

The deadline for the subpoena you issues was 12/30/2009 5:00 am.

Thus far, I have not received a response from you regarding the result of the subpoena you issued. You've also offended me on the phone when you said "if AT&T replied with the same information, then we going to have problems" and I said "what do you mean", and you said "That will prove you are a liar".

Moreover, are you aware of your plaintiff's actions? First he verbally harass me on some pornography site and later now, on his own website, he is intentionally defaming me and intentionally inflicting emotional distress on me on purpose by putting my full name on his site for the sake of his own business? http://removeyourcontent.com/

**I am requesting that my name be deleted immediately from his website.**

You haven't prove your claims in a court yet and what your plaintiff is doing by posting my full name on his website is wrong and is counted as harassment as well.

You're plaintiff has done the following with his actions, thus far.

**Intentional Infliction of Emotional Distress**


EXHIBIT 14