**Publication of Private Information**

**Harassment**

**Defamation**

**False light**


Not to mention some other pending allegation.


A follow up letter will be mailed to you.



Sincerely,

Mark

---

Hotmail: Free, trusted and rich email service. Get it now.


**E-mail message checked by Spyware Doctor (6.0.0.386)**
**Database version: 5.14030**
http://www.pctools.com/spyware-doctor-antivirus/
No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.432 / Virus Database: 270.14.124/2599 - Release Date: 01/04/10 08:24:00



**E-mail message checked by Spyware Doctor (6.0.0.386)**
**Database version: 5.14030**
http://www.pctools.com/spyware-doctor-antivirus/



EXHIBIT
15