## RE: Removeyourcontent LLC V. Mark Bochra; October 14, 2009 letter

**From:** **Ellen Sacco** (esacco@AttorneysForBusiness.com)
**Sent:** Mon 1/04/10 12:28 PM
**To:** 'Mark Bochra' (mbochr2@live.com)

How have we misused the court procedure?  I don't know what you are talking about.

---

**From:** Mark Bochra [mailto:mbochr2@live.com]
**Sent:** Monday, January 04, 2010 2:20 PM
**To:** esacco@attorneysforbusiness.com
**Subject:** RE: Removeyourcontent LLC V. Mark Bochra; October 14, 2009 letter

Ms. Sacco,

You can disagreed with what you like, after all you're an attorney and it is your job to answer in a way that won't help you liable.  But if it is gods' well to uncover the truth, then it will happen no matter what you or your plaintiff do.

I would like you to update me of the response you received from the subpoena you issues and my name to be removed immediately, refusing that my name stays there will hold the plaintiff liable for the following claims.

**Intentional Infliction of Emotional Distress**

**Publication of Private Information**

**Harassment**

**Defamation**

**False light**

You're plaintiff have already misused the subpoena and purposely violated the court procedure once. This is the second time he does so for the sake of his own business popularity but now he does publicly on his own website, ignoring all the rules and procedures of the Court. You're lawsuit for defamation and yet you defamating an individual (me) who is innocent. Moreover you haven't prove such claims in a court yet.

This is my second time requesting: please delete my name from your plaintiff's website following with an apologize letter.

EXHIBIT
16