## RE: Removeyourcontent LLC V. Mark Bochra; October 14, 2009 letter

From: **Mark Bochra** (mbochr2@live.com)
Sent: Mon 1/04/10 1:03 PM
To: esacco@attorneysforbusiness.com

Ms. Sacco,

You have proceeded with a defamation lawsuit against whoever wrote those emails and blogs.
You have issued a subpoena to UIC and received a response from UIC counsel with my full name and address and other private information.

You're claims are still not proven and based on hearsay. I have showed you the awards I have received, and the community awards I also received, that by itself is enough prove identifying that I have no involvement in your allegation. Not to mention my good history in school, college, and the community.

Are you aware of your allegation thus far? What your alleged here does not by any mean meet with my characteristic other than put me in false light as well as defemating me.

You're legal claims were:
Assault; Defamation; Harassment; Tortious Interference; Trademark Infringement; Trade Libel

You are well aware of your plaintiff's business, his activities and wrongdoers, and the kind of individuals he interact with. However you do not want to to lose the case, so you are proceeding with the lawsuit, that is your right. But what you don't have the right to do is:

1) You don't have the right for your plaintiff to harass someone innocent (me). You haven't even prove such allegations in the Court yet.

2) You do not have the right to misuse the subpoena's information (My name and my address and other private information), such information only concerns the Court not your plaintiff or other random individuals, specially on a pornography website. The Court never gave your plaintiff the permission after receiving the subpoena response to go and post such information online. First on a pornography website, and later on your plaintiff's own website that is related to pornography business.

3) **Any individual is innocent until proven guilty** and you should be aware of the applicable laws that guides such statement.

What you're doing is wrong and you know it. You are well aware of my health situation and reputation and the damage you have caused me emotionally, as well as my future career by putting me in false light.

This is the 3rd time I am requesting, please delete my name from your plaintiff website immediately. Moreover, please update me of the AT&T response.

Before I file any other motion with the Judge, will you agreed on removing my name and any private information that concerns me, immediately from your plaintiff website? www.removeyourcontent.com.

Please tell me if you will agreed on removing my name immediately from your plaintiff's website www.removeyorucontent.com.

EXHIBIT 17