

**ryc1**
Possible Troll

Join Date: Oct 2009
Posts: 55

12-11-2009, 08:17 AM — #27

Quote:
> Originally Posted by **CrkMStanz**
> If I had actually launched my site - I'm sure I'd be right there with you.
>
> But I didn't - so I have nothing to sue for
>
> I fully support your initiative tho.

Ok... I'm going to say this. I have heard this same "Let's get them" for 8 years now. I made the mistake of supporting 4 previous "Let's get them" attempts/organizations (which all died) and sorry but I'm done. Good luck. - the Vigilante

---

**ryc1**
Possible Troll

Join Date: Oct 2009
Posts: 55

12-11-2009, 08:35 AM — #28

Btw.. It's not difficult to sue. We just filed a motion for summary judgment on a pending trademark infringement case and quite honestly, the defendant is very out of touch with reality. Frankly, I think people could make a good living doing this very thing. Wait.. someone did.... ie.. Jason Tucker.

---

**okny**
Chi Ching

Join Date: Oct 2009
Location: The Vault
Posts: 66

12-12-2009, 05:25 AM — #29

Quote:
> Originally Posted by **ryc1**
> Btw.. It's not difficult to sue. We just filed a motion for summary judgment on a pending trademark infringement case and quite honestly, the defendant is very out of touch with reality. Frankly, I think people could make a good living doing this very thing. Wait.. someone did.... ie.. Jason Tucker.

I'm not looking for a quick to get rich, but in fact if I gathered enough info and get them to take those videos down would be enough but then again more people are adapting to it and tube sites are all over the place i have nothing wrong with people running sites with the rights to the content but the majority of the big tubes are killing it with your content.

EXHIBIT 18