

Posts: 55

an issue with your content being indexed on this site, please use their email and they can assist. This is a VERY unique project.... brilliant and never done before in porn, as far as I have seen or know of. It's not what it seems... as they are indeed not hosting anything and unless you have a dozen different abbreviated IT certs, I can't possibly explain it. RYC clients... you be cool on here.

Quote

---

12-06-2009, 09:56 PM                                                              #4

**rhetorical**
Possible Troll

Join Date: Sep 2009
Location: Vancouver
Posts: 229

Quote:
Originally Posted by **ryc1**
*An agreement has been reached with the operators of this site. If you have an issue with your content being indexed on this site, please use their email and they can assist. This is a VERY unique project.... brilliant and never done before in porn, as far as I have seen or know of. It's not what it seems... as they are indeed not hosting anything and unless you have a dozen different abbreviated IT certs, I can't possibly explain it. RYC clients... you be cool on here.*

cryptic. hmmm
BTW, what are you so good at you don't need a sig?

When finally all of us get bored then what will you do with your picture sets and DVDs?

Quote

---

12-09-2009, 04:51 AM                                                              #5

**Corpus**
Cool Cat

Join Date: Oct 2009
Posts: 146

No one flagged this as spam?

Just asking.....

My Name Is Rick James BITCH!
Sig for hire, I'll take paypal or authentic polaroids of your moms 70's snatch!

Quote

---

12-12-2009, 08:57 PM                                                              #6

**ryc1**
Possible Troll

Join Date: Oct 2009
Posts: 55

Quote:
Originally Posted by **Corpus**
*No one flagged this as spam?*

*Just asking.....*

Haven't been on webmaster forums in awhile? Go to the other forums and see how many "spam" contests, sigs whores and "announcements" there are. I'm not selling anything here.

Quote

---

12-12-2009, 08:59 PM                                                              #7

EXHIBIT
20