

**ryc1**
Possible Troll

Join Date: Oct 2009
Posts: 55

> Quote:
> Originally Posted by **rhetorical**
> cryptic. hmmm
> BTW, what are you so good at you don't need a sig?
>
> Because word of mouth is the best advertising in the world if you are good at what you do. I've never spent a dime on advertising, marketing or PR.

12-12-2009, 11:33 PM    #8

**rhetorical**
Possible Troll

Join Date: Sep 2009
Location: Vancouver
Posts: 229

> Quote:
> Originally Posted by **ryc1**
> Because word of mouth is the best advertising in the world if you are good at what you do. I've never spent a dime on advertising, marketing or PR.
>
> so its a secret.
>
> When finally all of us get bored then what will you do with your picture sets and DVDs?

12-13-2009, 04:13 AM    #9

**uno**
Go GFY Hero

Join Date: Sep 2009
Posts: 15,565

> Quote:
> Originally Posted by **rhetorical**
> so its a secret.
>
> http://removeyourcontent.com/

Go Fuck GFY Webmaster Board > The Main Room
"Reformed" hacker now into piracy

« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Rules



EXHIBIT 21