

  

**AskDamageX.com Webmaster Forum** > General > The Public Shitlist & Cheaters
    tru-dymez.com / fucktubetv.com

User Name  User Name  ☐ Remember Me?
Password  [ Log in ]

FAQ     Members List     Calendar     Search     Register



LinkBack ▽     Thread Tools ▽

November 27th, 2008, 12:52 AM     #1 (permalink)

**removeyourcontent**
Serious Contributor

Join Date: Nov 2007
Posts: 539

**tru-dymez.com / fucktubetv.com**

Operates thieving tube site fucktubetv.com. Over 100 videos sent for removal today.

Jones, Quincy
RR 3 Box 3639
Townsend, Georgia 31331
United States
9128326775
_____

} PII

https://www.removeyourcontent.com/



[Quote]

November 27th, 2008, 10:20 PM     #2 (permalink)

**removeyourcontent**
Serious Contributor

Join Date: Nov 2007
Posts: 539

I love it when pirates threaten to sue. It's equatable to drug dealers threatening to sue the police for disrupting their operations. 200 calls my ass.
Also.. Quincy... your information is public.
http://whois.domaintools.com/fucktubetv.com

Now.. with this little stunt, we're now forwarding every infringing video we find, in the future, directly to our client's attorneys.. over 60 at last count.

Have a nice day. 

"Hi

EXHIBIT 22