I am Quincy Jones.
Owner of Fuctubetv.com.
I have complied with all your requests to remove all the copyright materials.
I am currently going to all the videos to delete copyright contents.

I do have an issue.
That issue is I received over 200 calls today.
Regarding a post that was found on a forum "AskdamageX.com"
The post was from your Handle Name in affiliate with your site.
Implying my address, phone number, and name.
http://www.askdamagex.com/f14/tru-dymez-com-fucktubetv-com-32424/
Being that after your request of removal of contents.
I find it very unprofessional to do such vindictive action on your part..
After the fact you contacted me very professionally.
To come down to releasing my personal info in this manner. In a public forum.

You and I know the law protects both ways.
The copyright way and human way.
I have contacted my lawyer .
He had informed me I fall under the DMCA Title II, the Online Copyright Infringement Liability Limitation Act Safe Harbour protection.
Also I have contacted local law enforcement to document the thread on the forum of unlawfully releasing my personal information.
The reason I had to go this route is to protect any jeapardization of my immediate family and damages that may or may not come upon in the future.

With respect to you and your business www.removeyourcontent.com
I have the faith you will deal with this matter promptly

Thanks Quincy Jones
http://www.askdamagex.com/showthread.php?t=32424"
_____
https://www.removeyourcontent.com/


November 27th, 2008, 10:21 PM

**removeyourcontent**
Serious Contributor

Join Date: Nov 2007
Posts: 539

 Quote

#3 (permalink)



double post.
_____
https://www.removeyourcontent.com/

*Last edited by removeyourcontent; November 27th, 2008 at 10:24 PM.*


November 28th, 2008, 02:30 AM

**Aussie Rebel**
Making Pirates Cry

 Quote

#4 (permalink)



Quote:


EXHIBIT 23