



November 28th, 2008, 12:13 PM                                                            #8 (permalink)

### removeyourcontent
Serious Contributor

Join Date: Nov 2007
Posts: 539



Quote:
> Originally Posted by **Pornonada**
> *Whois Information might be public information at the Whois Site, posting it on a public forum might be a bit different in my opinion ....*
>
> *I mean peoples names, adresses and phonenumbers are public information in phonebooks as well, but i doubt i can post them on porn forums or other places just like i wish.*

Criminals have no privacy privileges
_____

https://www.removeyourcontent.com/





November 28th, 2008, 02:14 PM                                                            #9 (permalink)

### Horny Joe
Pretty Boi



Join Date: Oct 2006
Location: Right there. Do you see it?
Posts: 2,318



Don't know what the law say, but I do know that it works two ways. That being said, I doubt that you will get in any heat for that!

**IFYGF.COM**
**WARNING: YOUR GIRFRIEND INSIDE**

|Hornyjoe.com | Trade with me Here | NEW TEEN/BABE SPONSOR: BOMBUCKS|





November 28th, 2008, 03:04 PM                                                            #10 (permalink)

### JACOBKELL
Jack-of-all-trades



Join Date: Dec 2006
Location: Croatia
Posts: 3,002

Quote:
> Originally Posted by **Pornonada**
> *Whois Information might be public information at the Whois Site, posting it on a public forum might be a bit different in my opinion ....*
>
> *I mean peoples names, adresses and phonenumbers are public information in phonebooks as well, but i doubt i can post them on porn forums or other places just like i wish.*

You can make both your tel number and domain private(unless someone have whois history viewer)

