**removeyourcontent**
Serious Contributor

Join Date: Nov 2007
Posts: 539

Quote:
> Originally Posted by **Pornonada** 
> *My comment was more principal and generally, so is this one. Let me say it that way, just because someone did a crime doesn't mean automaticly you can do him something illegal as well. As i said, just generally and about privacy as i think that things are not as easy as some may think they are....*

Bullshit.
_____
https://www.removeyourcontent.com/



December 6th, 2008, 03:49 PM                                        #14 (permalink)

**JD**
I'm on a boat bitch



Join Date: Jan 2006
Location: Funky Town
Posts: 8,411

Quote:
> Originally Posted by **Pornonada** 
> *Whois Information might be public information at the Whois Site, posting it on a public forum might be a bit different in my opinion ....*
>
> *I mean peoples names, adresses and phonenumbers are public information in phonebooks as well, but i doubt i can post them on porn forums or other places just like i wish.* 

It is public information that is freely available for anyone to look up. Your opinion is wrong.

As for phone books, it's freely available information that can be looked up by anyone with working eyes. Same concept as whois.



**Paysite Designs** - **TGP Designs** - **Blog Designs**
**Yellow Fiber 4 Life** - **Rule The SERPS** - **I'm On a Boat**
icq: 265808340 | aim: mrsicks

**Get Top 5 Google Rankings In Under 30 Days**

December 7th, 2008, 01:23 AM                                        #15 (permalink)

**Pornonada**
Serious Contributor

Quote:
> Originally Posted by **JD** 
> *It is public information that is freely available for anyone to look*

EXHIBIT 25