

**AskDamageX.com Webmaster Forum** (*http://www.askdamagex.com/*)
- **The Public Shitlist & Cheaters** (*http://www.askdamagex.com/f14/*)
- - **Poshalim.tv** (*http://www.askdamagex.com/f14/poshalim-tv-29419/*)

---

## removeyourcontent

August 14th, 2008 08:03 PM

**Poshalim.tv**

Stolen content galore but there's a catch... He's reselling it for profit.

**http://poshalim.tv**

Operating the following CJ sites:
http://dayana.in/ - Main Trade Site
http://bigporevo.com/
http://trampampam.com/
http://gdelegytporno.com
http://gdetutporno.com
http://tutestsex.com
http://dailyhomevids.com
http://sexyfatbooty.com
http://skladporno.com
http://fotosexa.com
http://poshalim.com

http://whois.domaintools.com/213.174.136.223

Administrative Contact:
Multimedia & Internet Exploitatie BV
Helg Gregorson (thexelg@gmail.com)    } PII
Walsoordensestraat 72
WALSOORDEN
null,4588KD
NL
Tel. +31.102821503

---

All times are GMT -7. The time now is 10:10 AM.

Powered by vBulletin® Version 3.7.2
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.
SEO by vBSEO 3.2.0

EXHIBIT 26