

**DOCUMENTS TO BE PRODUCED:**

1) All customer/subscriber identifying information (including name, address, etc.) identifying the customer using the following IP addresses: 99.141.13.0. For reference of dates, times, and time zones, please see document attached hereto.

PLAINTIFF'S SUBPOENA REQUIRING PRODUCTION
OF DOCUMENTS OR TANGIBLE EVIDENCE                                                                          1

EXHIBIT 29