```
req=POST /post-create.do HTTP/1.1, host=www.blogger.com, referer=http://www.blogger.com/post-create.g?
blogID=201154725576543938, clientIP=99.141.13.0, date=Sun Mar 15 07:07:57 PDT 2009


*************************

req=POST /post-create.do HTTP/1.1, host=www.blogger.com, referer=http://www.blogger.com/post-create.g?
blogID=4220701678583886017, clientIP=99.141.13.0, date=Sun Mar 15 07:10:34 PDT 2009

*********************

req=POST /post-create.do HTTP/1.1, host=www.blogger.com, referer=http://www.blogger.com/post-create.g?
blogID=8061092577433285629, clientIP=99.141.13.0, date=Sun Mar 15 07:11:56 PDT 2009


************************

req=POST /post-create.do HTTP/1.1, host=www.blogger.com, referer=http://www.blogger.com/post-create.g?
blogID=8988287963465798000, clientIP=99.141.13.0, date=Sun Mar 15 07:08:54 PDT 2009


**************************

req=POST /post-create.do HTTP/1.1, host=www.blogger.com, referer=http://www.blogger.com/post-create.g?
blogID=9053313085221404014, clientIP=99.141.13.0, date=Sun Mar 15 07:07:12 PDT 2009
```

Google Confidential and Proprietary

Google Confidential and Proprietary

EXHIBIT 30