## Student Information

Mark M. Bochra
Spring 2010 - Chicago
Jan 11, 2010 08:53 pm

 The following is the information from your general student record.

The Expected Graduation information is a projected date and/or term based on your entry term and length of the program in which you're enrolled.

**Note: Current Program:** The word "**NONE**" will appear under Current Program if you are in a General Curriculum/Foundations program, which requires you to select a major at a later time, or if you have a major but have not yet selected a required concentration.

 Note: Academic standing is reviewed by your college and is subject to change.

### Student Information effective from Spring 2008 - Chicago to The End of Time

| | |
|---|---|
| **Registered for Term:** | Yes |
| **First Term Attended:** | Fall 2005 - Chicago |
| **Last Term Attended:** | Fall 2009 - Chicago |
| **Status:** | Active |
| **Matric Term:** | Fall 2005 - Chicago |
| **Residence:** | Resident, In State Tuition |
| **Student Type:** | Continuing |
| **Rate:** | UIC 2005-06 UGTP Rate |
| **Class:** | Senior |
| **Expected Graduation Date:** | Aug 15, 2010 |
| **Expected Graduation Term:** | Summer 2010 - Chicago |
| **Expected Graduation Year:** | 2009-2010 |

### Curriculum Information
**Current Program**
Bachelor of Science

| | |
|---|---|
| **Level:** | Undergrad - Chicago |
| **Program:** | BS:Biological Sciences -UIC |
| **Admit Term:** | Fall 2005 - Chicago |
| **Admit Type:** | Regular Admission |
| **Catalog Term:** | Fall 2005 - Chicago |
| **College:** | Liberal Arts & Sciences |
| **Campus:** | Chicago |
| **Major and Department:** | Biological Sciences, Biological Sciences |

EXHIBIT 31