# Final Grades

Mark M. Bochra
Fall 2009 - Chicago
Jan 07, 2010 05:18 pm

 To **print your University of Illinois final grades**, follow the print instructions for your web browser as you would to print any web page. For example, with Internet Explorer, select the Print option from the File menu.

To view your complete academic history, click on the View Academic History link at the bottom of the page.

For information on grades and GPA calculations, see Help text.

**Note: Current Program:** The word "**NONE**" will appear under Current Program if you are in a General Curriculum/Foundations program, which requires you to select a major at a later time, or if you have a major but have not yet selected a required concentration.

 Note: Academic standing is reviewed by your college and is subject to change. **IMPORTANT NOTICE:**
The academic standing displayed on Dec 18, 2009, as a result of your Fall 2009 reported grades is provisional. Many UIC colleges are currently reviewing academic standing for all students. Reviews will be complete and results posted on the web for viewing Dec 23, 2009 at 5 pm.

If you have questions about your academic standing after that time, please contact your college office.

### Student Information
**Current Program**
Bachelor of Science
| | |
|---|---|
| **Level:** | Undergrad - Chicago |
| **Program:** | BS:Biological Sciences -UIC |
| **Admit Term:** | Fall 2005 - Chicago |
| **Admit Type:** | Regular Admission |
| **Catalog Term:** | Fall 2005 - Chicago |
| **College:** | Liberal Arts & Sciences |
| **Campus:** | Chicago |
| **Major and Department:** | Biological Sciences, Biological Sciences |
| **Academic Standing:** | Good Standing |

**Undergrad - Chicago Course work**

| CRN | Subject Course Section Course Title | Campus Final Grade | Attempted | Earned | GPA Hours | Quality Points |
|---|---|---|---|---|---|---|

EXHIBIT 32