| CRN | Subject | Course | Section | Title | Campus | Grade | Attempted | Earned | GPA Hours | Quality Points |
|---|---|---|---|---|---|---|---|---|---|---|
| 23773 | BIOS | 220 | BS1 | Mendelian and Molecular Genetics | Chicago | C | 3.000 | 3.000 | 3.000 | 6.00 |
| 11834 | BIOS | 221 | 0 | Genetics Laboratory | Chicago | B | 3.000 | 3.000 | 3.000 | 9.00 |
| 29065 | BIOS | 490 | 0 | Topics in Ecology & Evolution | Chicago | C | 3.000 | 3.000 | 3.000 | 6.00 |
| 11559 | CHEM | 234 | AQ4 | Organic Chemistry II | Chicago | I | 4.000 | 0.000 | 0.000 | 0.00 |
| 26927 | JST | 125 | 0 | Diaspora, Exile, Genocide: Aspects of the European Jewish Experience in Literature and Film. | Chicago | B | 3.000 | 3.000 | 3.000 | 9.00 |

### Incomplete Undergrad - Chicago Course work

| CRN | Subject | Course | Section | Extension Date | Default Final Grade |
|---|---|---|---|---|---|
| 11559 | CHEM | 234 | AQ4 | 2010-12-12 | F |

### Undergrad - Chicago Summary

|  | Attempted | Earned | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|
| Current Term: | 16.000 | 12.000 | 12.000 | 30.00 | 2.50 |
| Cumulative: | 146.000 | 115.000 | 120.000 | 341.00 | 2.84 |
| Transfer: | 14.000 | 14.000 | 14.000 | 51.00 | 3.64 |
| Overall: | 160.000 | 129.000 | 134.000 | 392.00 | 2.92 |

**RELEASE: 8.1**

EXHIBIT 33