# UNIVERSITY OF ILLINOIS AT CHICAGO

Counseling Center (MC 333)
1200 West Harrison Street, Suite 2010 SSB
Chicago, Illinois 60607-7164

November 10, 2009

Dear Professor:

Mark Bochra has provided me written consent to write this letter to you about his current situation. Mr Bochra was referred to the Counseling Center by Dean William Rodriguez and initially met with me 10/29/09. We met again last week and have been in contact by phone and email on several other occasions. He is currently experiencing difficult and uncomfortable psychological symptoms that are likely exacerbated by a very stressful personal situation. He is seeking appropriate treatment that we hope will make him feel better as soon as possible. In the meantime, his situation has made it difficult to attend to his studies and not surprisingly, he reports he has fallen behind in some of his work.

This information is shared in the hope that his psychological difficulties can be taken into consideration should he need to ask for accommodation such as additional time to complete his academic work. This term is supposed to be his final semester of college and he is anxious to do his best and to complete his education satisfactorily.

Should you have further concerns about Mr. Bochra, please do not hesitate to contact me.

Sincerely,

*Karen L. Maddi, PhD*

Karen L. Maddi, Ph.D.
Interim Associate Director for Clinical Services

**UIC**

Phone (312) 996-3490

EXHIBIT 34