




LEARN MORE — Start the Affiliate Program for the Big Players! — STARCASH TOP AFFILIATE PROGRAM

SUBSCRIBE TO THE #1 TECH SOURCE

⇗ **Home** > **Joe D** > Fighting Piracy

• Bookmark  • Register     Search 🔍  SEARCH OPTIONS

Saturday, Jan 09, 2010

**HOME**  USER TIPS ▸

**NEWS** ▾
Web / Tech
Video
Novelty
Retail
Gay / GLBT
Legal

**FEATURES** ▾
Business
Opinions
Educational
Profiles
Legal
Quick Bites

**BLOGS**

**DIRECTORY**

**BOARDS**

**VIDEO INDEX** ▾
Premiere Releases
Editors Choice
Studios

**EVENTS**

**SERVICES** ▾
PR Blaster
Newsletters
Mobile News
Desktop News
RSS / Syndication



**Popular RSS Feeds:**
📶 All News / Editorial
📶 Web & Tech News
📶 Video Business News
📶 Feature Articles
All Feeds »

⇗ **XBIZ NEWSWIRE**
News For The Media

**BLOG**



B2B WITH JOED
JoeD, WEBBILLING.COM

*A thought provoking crossover venue encouraging dialogue on all things e-commerce from a global perspective.*  📶 RSS

**Start Or Improve Your Online Business**
Make things happen for your e-commerce enterprise with professional billing, tutorials, marketing and introductions - plan for long-term success.



Feeling Exposed?

# Fighting Piracy

Mar.13.2008    Text size: ➕ ➖

**Content Piracy Sucks**

With all the coverage in print, online and in seminars and roundtables that is the understatement of the year. Are you tired of Having Your Content Stolen? There's a new sheriff on the 'Net and the time has come to start cleaning up stolen content. Whether your adult business is a giant or a single free site, adult entertainment is losing billions to content thieves. The whole industry is actively searching for ways to make tube sites work to their advantage or for innovative ways to fight online piracy. The problem has always been around but it has been getting worse and right now it's totally out of control.

The Global Anti-Piracy Agency puts it this way: "The adult production industry is facing a crisis. Millions of illegal downloads from file sharing networks, pirate servers, websites and hacked computers, as well as illegally duplicated DVDs sold through auction and other websites, cost adult industry producers, distributors, retailers, cable operators, and VOD and mobile providers an estimated $2 billion a year in revenue."

And even though some content pirates are big sophisticated organizations that would put Tony Soprano to shame, Internet users no longer have to be tech-savvy to steal your content. As the producers of Remove Your Content (RYC) point out: "A few clicks of the mouse and your entire DVD production or website members' area can be shared with millions of people for free."

If you produce, procure or distribute adult content, the bottom line is simply that your work is at risk every minute of every day. Content theft is no joke, and it's not only a growing problem, but one that is recognized by the law and enforced upon conviction with stiff penalties. Criminal copyright infringement, including infringement without monetary gain, is investigated by the FBI and is punishable by up to five years in federal prison and a fine of $250,000.

**Industry Reaction**

Building on a meeting last year at which a large gathering of content producers and others met to discuss ways to protect their content from thieves - the core members of the group have formed a piracy enforcement company called PAK Group, Inc., a Washington for-profit corporation. A website for the company has been launched by the principals at: www.pak-inc.com.

"This is a group that has come together to coordinate and direct its efforts on thwarting piracy," **FalconFoto's Jason Tucker** (one of the speakers at the Roundtable) said. "If you are a content producer, then you know that your hard work is being raped by people who don't have a right to display it. Remember, you can be part of this effort even if you are not a content producer. As a member of the community, you can help take a stand against those who cost all of us money."

**Remove Your Content**

You definitely need a solution which provides results that will work for you. Another recent solution that is achieving concrete results is Remove Your Content. RYC was the brainchild of Eric Green, owner of Destined Enterprises. Destined Enterprises has been operating a network of adult free sites, TGPs and Blogs since early 2004. RYC was established to help fight the

**FIND PRODUCTS & SERVICES**  ▶ More

**Affiliate Programs**
**Content Licensing**
**Creative Services**
**Industry Resources**
**Mobile Solutions**
**Novelty Products**
**Payment Processing**
**Professional Services**



SexDateCash.com
THE ULTIMATE ADULT NICHE DATING NETWORK
we payout every 2 weeks
$50 PER JOIN
Learn More Now »



XBIZ DIGITAL *VIEW ONLINE OR DOWNLOAD!*

EXHIBIT
35