

**Welcome to Remove Your Content**

Removeyourcontent offers adult content producers, webmasters and distributors a unique service to fight online media piracy. If you are frustrated with online content theft and file-sharing, please consider our service to help you take back your copyrights!



Jan. 10, Removeyourcontent branches into Asia with Asia Media Strategies, Inc. We welcome our new partners as Removeyourcontent begins coverage of Japanese producers.



**BEWARE OF IMITATIONS.. WE'RE THE REAL DEAL IN ADULT!**
**10 Million links removed and counting...**

EXHIBIT 37