Case 3:09-cv-00393-O     Document 16-39     Filed 01/20/10     Page 1 of 1     PageID 173





### Thank you for your interest in Removeyourcontent.com

Sorry but we are no longer accepting new clients at this time. Please check back at a later date. - Mgmt. December 7, 2009

## Contact Info

<

**Removeyourcontent** ®







**Criminal copyright infringement, including infringement without monetary gain, is investigated by the FBI and is punishable by up to 5 years in federal prison and a fine of $250,000.**

© 2007 - 2008 by removeyourcontent.com  -  Terms of Service  -  Designation of Copyright Agent



EXHIBIT
38