IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **REMOVE YOUR CONTENT, LLC** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:09-cv-393 |
| **MARK BOCHRA,** | § | |
| | § | |
| Defendant | § | |

### PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

NOW COMES THE PLAINTIFF, by and through its attorneys, and, pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, discloses the following information:

Pursuant to the Federal Rules of Civil Procedure and the Court's Scheduling Order, Plaintiff submits its expert witnesses.

Respectfully submitted,

Hulse ♦ Stucki, PLLC

By: _____
**Jay R. Stucki**
Texas Bar No. 00798531
Jstucki@AttorneysForBusiness.com
Ellen Cook Sacco
Texas Bar No. 24029491
Esacco@AttorneysForBusiness.com
2912 West Story Road
Irving, Texas 75038
Tel.   (214)441-3000
Fax.   (214)441-3001
**ATTORNEYS FOR PLAINTIFF**