## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served via CMRRR on Dec. 28, 2009, upon Defendant, pro se.

_____
Ellen Cook Sacco