(1)
Eric Green
Remove Your Content, LLC
Mr. Eric Green may be contacted through Plaintiff's attorneys of record.

Mr. Green will testify regarding the research he peformed related to the posting of the blogs, how IP addresses are associated with computers and ISP accounts and other technical aspects of the case related to posting of blogs, the internet, use of IP addresses and wireless connections, the harm and impact to Remove Your Content, LLC due to the posting of the blogs.

Mr. Green will base his opinions on his analysis of the documents produced in this case pursuant to various subpoenas to AT&T and other internet providers and Google, as well as his knowledge, background, and experience in the computer industry and as founder of Remove Your Content, LLC.

(2)
Jay R. Stucki
Ellen Cook Sacco
2912 West Story Road
Irving, Texas  75038
Telephone:     (214) 441-3000
Fax:             (214) 441-3001

The above will testify to the reasonable and necessary attorney's fees and related costs incurred by the Plaintiff.  The basis for the opinion regarding fees is the evaluation of the hours spent defending this case and work performed, experience, and knowledge of the usual and customary rates for similar matters in the area.  Attorney's fees and costs continue to accrue.

Documents relied upon will be billing statements, with all attorney-client privileged information redacted.    The  resumes  for  Mr.  Stucki  and  Ms.  Sacco  can  be  found  at www.AttorneysForBusiness.com.

**EXPERT DESIGNATION**                                                                                   3

EXHIBIT
41