Justia | Supreme Court Center | US Laws | Blawgs.FM | BlawgSearch.com

[ Search Justia ]

Justia > Federal District Court Filings > Texas > Texas Northern District Court > Intellectual Property > Trademark > Remove Your Content, LLC v. John Does #1-20

### Search Federal District Court filings

| | | |
|---|---|---|
| **Party Name** (optional): | Enter Party Name | Search |
| **Cases Filed In:** | - Texas Northern Federal District Court | |
| **Lawsuit Type:** | All Lawsuit Types | |
| **Show:** | ◉ All Case Filings | |
| | ○ Only Case Filings with Downloadable Opinions or Orders | |
| **Cases Filed:** | ◉ All Dates | |
| | ○ Between 1 Jan 2004 and 20 Jan 2010 | |

### Remove Your Content, LLC v. John Does #1-20

| | |
|---|---|
| **Plaintiff:** | Remove Your Content, LLC |
| **Defendant:** | John Does #1-20 |
| **Case Number:** | 3:2009cv00393 |
| **Filed:** | March 2, 2009 |
| **Court:** | Texas Northern District Court |
| **Office:** | Trademark Office [ Court Info ] |
| **County:** | Dallas |
| **Presiding Judge:** | Judge Reed C O'Connor |
| **Nature of Suit:** | Intellectual Property - Trademark |
| **Cause:** | Federal Question |
| **Jurisdiction:** | Federal Question |
| **Jury Demanded By:** | 28:1331 Fed. Question: Trademark |
| **Amount Demanded:** | $100,000,000.00 |

### Access additional case information on PACER

Use the links below to access additional information about this case on the US Court's PACER system. A subscription to PACER is required.

Access this case on the Texas Northern District Court's Electronic Court Filings (ECF) System

- Search for Party Aliases
- Associated Cases
- Attorneys
- Case File Location
- Case Summary
- Docket Report

EXHIBIT 42