IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REMOVE YOUR CONTENT, LLC, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:09-CV-0393-O |
| | § | |
| MARK BOCHRA, | § | |
| | § | |
|     Defendant. | § | |

**ORDER**

Pending before the Court are: (1) Joint Status Report (Doc. # 11); (2) Motion for Non-Jury Trial (Doc. # 14); (3) Motion for Legal Assistance (Doc. # 15); and (4) Motion for Injunction (Doc. # 16). The Court determines a hearing is needed to address these matters.

Accordingly, it is ORDERED that a hearing on these matters will take place **January 28, 2010** at **11:00 a.m.** The hearing will convene in United States District Judge's Courtroom 1505, 1100 Commerce Street, Dallas, Texas. Lead counsel for Plaintiff and Mark Bochra must appear and be prepared to discuss all issues related to this case.

Signed this 21st day of January, 2010.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**