IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



REMOVE YOUR CONTENT, LLC §
*Plaintiff,* §
§
v. §
§
MARK BOCHRA, §
*Defendant.* § CIVIL CASE NO. 3:09-CV-0393--O
§
§
§
§

### ORDER REFERRING MOTIONS AND HEARING

The Court set Doc. #14, Doc. #15, and Doc. #16 for a status hearing. The Court refers the status hearing on these motions to United States Magistrate Judge Stickney. *See* 28 U.S.C. § 636(b). The date, time and place of the hearing remains unchanged. Lead counsel for Plaintiff and Mark Bochra must appear and be prepared to discuss all issues related to this case.

**SO ORDERED** this **28th** day of **January, 2010.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE