IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REMOVE YOUR CONTENT, LLC | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:09-cv-393 |
| MARK BOCHRA, | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF MARK BOCHRA

1. My name is Mark Bochra, a defendant herein. I am a resident of Chicago, over 18 years of age, and qualities in all respects to make this Declaration. I make this declaration based solely upon my personal knowledge.

2. Mark is a resident of Chicago, not of Texas. I do not maintain a place of business, office or telephone number in Texas and has no employees, servants or agents within the state.

3. Mark does not own, lease or rent any real or personal property located in Texas. Mark does not maintain any type of bank or securities account in Texas. Mark does not pay taxes in Texas.

4. Mark has not physically performed any act in Texas purposefully directed toward Texas or Texas residents. Mark does not engage and has not engaged in business in Texas and has not committed any tort within the state of Texas or elsewhere.

5. Mark has never traveled to Texas to participate in any judicial proceeding or arbitration in the State of Texas.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: April 3, 2010.

Mark Bochra



EXHIBIT 1

DEF. APP. 001