

TO: Ellen_Cook_Sacco_Esq
Company:
Fax: 2144413001
Phone:

FROM: COMPTON, RHONDA K (ATTSI)
Fax:
Phone:

---

NOTES:

Reference ID 35355

Number of pages including cover: 05
Date and time of transmission: Wednesday, December 30, 2009 3:07:24 PM

DEF. APP. 002

© 2009 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.

EXHIBIT
2



AT&T Internet Services
Legal Compliance Dept.
1010 N. St. Mary's St.,
Suite 315-A2
San Antonio, TX 78215

T: 210.351.5129
F: 707.435.6409

# Fax

**To:** Ellen Cook Sacco, Esq. **Fax:** 214.441.3001 **From:** Rhonda Compton

**To:** **Fax:** **Date:** December 30, 2009

**Re:** Civil Subpoena Response **Pages:** 4

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

**·Comments:**

DEF. APP. 003

The information contained in this facsimile message may be confidential and/or legally privileged information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any copying, dissemination or distribution of confidential or privileged information is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and we will arrange for the return of the facsimile. Thank you.



Rhonda K. Compton
AT&T Internet Services
Legal Compliance Dept.
1010 N. St. Mary's St.,
Suite 315-A2
San Antonio, TX 78215

T: 210.351.5129
F: 707.435.6409

December 30, 2009

Ellen Cook Sacco, Esq.
HULSE STUCKI
2912 West Story Rd.
Irving, TX 75038

Re: Subpoena re: IP Address 99.141.13.0 /*Remove Your Content, LLC vs. Mark Bochra*/Issued by the U.S. District Court Northern District of Texas/Case No. 3:09-cv-393

*OUR REFERENCE ID #35355*

Dear Ms. Sacco:

This letter shall serve as the response of AT&T Internet Services (AT&T) to the above referenced subpoena dated November 30, 2009. In response to the above-referenced subpoena, below please find the basic subscriber information for this account.

***Regarding IP 99.141.13.0 on all dates/times/time zone as listed in the subpoena:***

**CUSTOMER NAME**: Alondra Dimas
**ADDRESS**: 10305 S. Nashville Ave., Chicago Ridge, IL 60415
**TELEPHONE NUMBER**: 708.499.5451

Also, enclosed is the IP assignment details for this session.

Further, due to increased demands on AT&T resources from third parties seeking its data, AT&T is forced to require compensation for costs in responding to these type of subpoenas – as allowed by rules of procedure and applicable case law. AT&T charges a flat rate of $60.00 ***per search***. Depending upon the nature of the request, this fee is charged ***per IP address search*** and/or ***per email address search***. The fee for this request will be $60.00. Please forward a check in the amount of $60.00 payable to "AT&T Internet Services" and mail to the address listed above.

Please contact me with questions or concerns.

Best regards,

[signature]

Rhonda Compton
AT&T Internet Services
Legal Compliance Dept.

DEF. APP. 004

*AT&T Internet Services*

# IP Assignment Details

| Date & Time (GMT) | Status | Username | Assigned IP |
|---|---|---|---|
| 09 MAR 2009 10:39:16 | Start | ramzie02@att.net | 99.141.13.0 |
| 18 MAR 2009 22:02:16 | Stop | ramzie02@att.net | 99.141.13.0 |

DEF. APP. 005

*AT&T Internet Services*

# Business Records Certification

**Rhonda Compton**, the undersigned, hereby declares:

1. I am a United States citizen and over eighteen years of age.

2. I am employed by AT&T as Internet Legal Compliance Manager. My job responsibilities include retrieving AT&T Internet Services records responsive to legal process for such records.

3. AT&T Internet Services was served with legal process for business records described there in. A copy of the legal process is attached.

4. The following are responsive:
   a) Attached hereto is a true copy of the available records described in the legal process.
   b) Attached hereto is a true copy of the results of our search, assembly, and production.

5. I affirm these records:
   a) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b) were kept in the course of the regularly conducted activity; and
   c) were made by the regularly conducted activity as a regular practice.

This declaration was made in the State of Texas and I affirm, under penalty of perjury, that the foregoing is true and correct.

Executed on this 30th day of December, 2009

**Rhonda Compton**
Manager, Internet Legal Compliance
AT&T Internet Services
1010 North St. Mary's St., Rm. 315-A2
San Antonio, TX 78215
210.351.5129