

Page 2 of 2 ≤ 12

<u>Show 20 post(s) from this thread on one page</u>

**AskDamageX.com Webmaster Forum** (*http://www.askdamagex.com/*)
- **Webmaster Business & Traffic Main Discussion** (*http://www.askdamagex.com/f2/*)
- - **incredibledollars.com sending DMCA notices to affiliates BEWARE!**
(*http://www.askdamagex.com/f2/incredibledollars-com-sending-dmca-notices-affiliates-beware-38589/*)

---

| arock | August 12th, 2009 07:08 PM |
|---|---|

burn

---

| toker | August 13th, 2009 01:32 AM |
|---|---|

Quote:

Originally Posted by **removeyourcontent** (Post 376589)
*Get your facts straight before you mouth off.*

Fact is as you and they both have now stated "they" had issues with talent that has nothing to do with affiliates and if this was the case "they" should have notified affiliates rather then abusing DMCA for this purpose.

You are nothing more then a grade a TWAT <u>who abuses copyright protection law</u> for the wrong purposes. Which this case in my consideration was about shaking down an affiliate for personal gain and neither you nor your client bring evidence to the table which proves otherwise. You can say whatever and make all the excuses you and your client would like but im anything but the tool many of us already know you to be. Just be lucky im not billing your sorry ass for making frivolous claims and wasting my time dealing with your bullshit.

*(handwritten: says)*

---

| The Hammer | August 13th, 2009 01:38 AM |
|---|---|

:popcorn:

---

| jdoughs | August 13th, 2009 02:50 AM |
|---|---|

Do I need to avoid programs using this removeyourcontent service?

I thought it was a decent service but if he's riding I$ cock and defending their actions, then he is definitely more harm then good. I'll be asking a few owners tomorrow about it, that answer was so fucking stupid it floors me.

Who knows, maybe they enjoy his lipservice better then my sales.

*(handwritten: DEF. APP. 007)*

**EXHIBIT**

**3**

## Head Boy

August 13th, 2009 03:09 AM

I thought there were other issues with I$ that encouraged affiliates to avoid them.

## toker

August 13th, 2009 05:00 AM

Quote:

Originally Posted by **Head Boy** (Post 376644)
*I thought there were other issues with I$ that encouraged affiliates to avoid them.*

Well this guy does not browse forums as i've stated elsewhere. Although he is watching since being clued in about the existence of forums like ADX. Also as surprising as it is he was pushing others including Score Cash but never was able to convert a sale. Where he says I$ in all fairness has actually made him sales month after month and always paid. To this day he said he still has banners up for Score and others but wont build anymore pages or try to send them more traffic because they have never converted for him.

## whitey

August 13th, 2009 10:21 AM

Quote:

Originally Posted by **removeyourcontent** (Post 376588)
*Incredible Dollars is having legal issues with the talent. If you received a notice, it's your own fault for having protected whois information and no contact information anywhere on your site.*

Wow, I cannot believe I just read the above statement. Either you are not well informed or you believe everyone in this industry to be a complete moron. I assure you it is not the later.

## Dodge

August 17th, 2009 07:34 PM

Shit I quit promoting them a long time ago due to their shady way of doing people. They are on just about everyones (Don't deal with) List. Fuck ICD

## PXN

August 18th, 2009 05:55 PM

Quote:

Originally Posted by **jdoughs** (Post 376593)

*His affiliate information and referral code would clue I$ into who he is, they wouldn't need a whois email if he was an affiliate.*

DEF. APP. 008

---

:tup:

---

## SCORE-Cash

August 19th, 2009 03:03 PM

Quote:

---

Originally Posted by **toker** (Post 376656)
*he was pushing others including Score Cash but never was able to convert a sale. Where he says I$ in all fairness has actually made him sales month after month and always paid. To this day he said he still has banners up for Score and others but wont build anymore pages or try to send them more traffic because they have never converted for him.*

---

Could you PM his website? I would like to take a look.

---

All times are GMT -7. The time now is 11:10 AM.

Page 2 of 2 ≤ 1 **2**

Show 20 post(s) from this thread on one page

Powered by vBulletin® Version 3.7.2
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.
SEO by vBSEO 3.2.0

DEF. APP. 009