Gelbooru's Inner Thoughts: DMCA woes.  Page 1 of 4

Case 3:09-cv-00393-O    Document 21-5    Filed 04/05/10    Page 1 of 3    PageID 229

Share  Report Abuse  Next Blog»  Create Blog  Sign In

# Gelbooru's Inner Thoughts

Inside the mind of the machine.

Tuesday, January 6, 2009

## DMCA woes.

Relayed from lozertuser.
   ..::Brought to you by -> info@removeyourcontent.com <-
   SPAMY SPAM SPAM!::..

I got a nice email today from the website listed above about some images that were violating a copyright on my immensely unsuccessful website http://sadpanda.us.

Well, I get a notice saying that the following were infringing copyrights:

http://sadpanda.us/images/2838-89OHOX7.jpg
http://sadpanda.us/images/2663-5NCXC4N.jpg
http://sadpanda.us/images/2670-855VRVB.jpg
http://sadpanda.us/images/2669-7X1HCCK.jpg

Wait, they are? I keep reading this wall of text email and they do not properly identify that they own the copyrights at all. In fact, all I notice is that they link some big players in the hentai community. Well, I send back a notice to my host saying that they don't break any copyrights, but I then get a reply saying I need to reply with a proper DMCA counter notice. "This is going to be fun", I thought to myself.

Well, I sent in a counter notice and got a reply stating that I didn't do it right, so I had to send it in again. And I quote:

"I can't accept this counter-DMCA as it contains several pieces of information that don't appear to be valid. If you really believe all the below are true and the complainant does not represent the original owner of the copyright, then fair use is moot, but if you are arguing fair use, you should not be claiming the complainant does not have a copyright...[truncated]"

The odd thing is that this is a mixed bag of images, one of which I was 100% certain was not owned by any company in the United States of America. I gave in since I didn't want my server to be shut off for no valid reason. I sent in the altered notice after sending in my apologies for understanding something differently. This was my first DMCA notice ever given to me.

Perhaps I misinterpreted the meaning of the 3rd list you mention. I had believed it to mean that they did not send me a

**Blog Archive**

▶ 2010 (1)
▼ 2009 (12)
   ▶ October (2)
   ▶ September (1)
   ▶ August (2)
   ▶ July (1)
   ▶ June (1)
   ▶ May (1)
   ▶ April (1)
   ▶ March (1)
   ▼ January (2)
      DMCA woes.
      Solr and the confusion it brings.
▶ 2008 (5)

**Advertisements**

Ads by Yahoo!

**Vonage Unlimited $14.99**
www.Vonage-Promotions.com

Ads by Yahoo!

**Maidpro**
Chicago.Citysearch.com

Ads by Yahoo!

**Granite Countertops, Save**
www.FactoryPlaza.com

**About Me**

gelbooru

View my complete profile



DEF. APP. 010

Gelbooru's Inner Thoughts: DMCA woes.  Page 2 of 4

Case 3:09-cv-00393-O    Document 21-5    Filed 04/05/10    Page 2 of 3    PageID 230

they report they do not own the rights to, and some others, it is possible they own the rights. So it's a mixed bag DMCA. Submitting it with the 3rd part removed.

Oh well, everything was settled, or so I thought. I get a phone call from an Eric Green. I was a bit busy in a mini conference regarding servers and technology powering them so I was a bit delayed to speaking to him immediately and had to ask him to hold on for a moment. A few seconds later we have a nice little talk and he says that usually when he gets the counter DMCA, which is very unusual that he double checks and he saw that mine he didn't have the rights to. He told me then to disregard the notice. OK! GREAT! Now I can get back to work. Well, the call actually took about two minutes of my time, and during this period he explained how it's just bots scanning sites like Fakku for pirated material. That explains it, the bots are the problem. They are moronic!

Imagine my site sending out DMCA requests because you used the word gelbooru in a paragraph linked to an image of a cat inside a box. Yes, you would get the notice, and it would be very annoying to have to send a proper counter notice back to make sure your server's internet isn't blocked. I think, the best way to handle this problem is to simply link to as many image hosts as possible using irrelevant pictures to the actual content you post on the site.

To attempt to fix the problem with their system, I send them a suggestion.

*I received a DMCA take down notice by your bot earlier today to links that were no way licensed to anyone in your customer base. I find this a blatant lack of comprehension and idiocy on your company's part. I recommend to save everyone time to have your customers review the offending material you have discovered and have them validate it before sending out the notices. This will help the "offending party" from having to deal with bogus complains, saving us at least 10 minutes of time going through forms and researching information on the file. If this problem occurs again, I will be sending an invoice at the rate of $15/h billed at the half hour for work in filing and research to submit a counter DMCA.*

About an hour later I get a response from the info guy.

*Lose the attitude.*
http://forums.animebw.com/index.php?showtopic=2

Attitude? Did my message have attitude? I was just stating what I would do if this happened again and wasted my time. I would invoice them billing them at the half hour. I mean, I gave them potentially useful information on how to better their system for everyone. Rather than waste my time and the other guy's time to communicate to each other through DMCA format notices, he could just review what the bot picked up and then approve or decline what ever was scanned. But no, I got attitude in the very amusing way of them saying for me to lose it. I've only twice

DEF. APP. 011

Gelbooru's Inner Thoughts: DMCA woes.     Page 3 of 4

Case 3:09-cv-00393-O    Document 21-5    Filed 04/05/10    Page 3 of 3    PageID 231

heard someone say that, and both times it was from my mother when I was 10. But yes, if they want to say that, I better send them some attitude.

*Thanks for responding to my email with a link. There was no attitude in the previous email, only a suggestion as of how you could better your system. Instead it appears you would prefer to put 100% faith into a program to do all the work for you. Fine; that only shows how much you truly comprehend and care for a person's time that could otherwise be spent doing something productive, like work. Now for attitude: it appears that the bot and you both have the same problems. You are both highly nearsighted and can't read as well. Now just sit around and collect your pay check.*

Yes, this was another waste of time but I was in the middle of stress-testing lighttpd on a Windows machine and had nothing better to do at this point. (BTW, don't use it, it has weird connection issues on W2K3 Standard 32 bit and can't do over 250 concurrent.)

I am now waiting for them to scan my anime website for copywritten materials. They might find MU links in the forum, I have no idea. At this point I am just going to ignore everything they send to me. I mean, until they fix their seriously lame implementation of their bot just immediately sending out notices without any verifying of said data.

end relay;

That administrator, lozertuser, is a boring prat. What an even more boring piece of text.

gelbooru_terminate();

Posted by gelbooru at 3:56 PM

**1 comments:**

Motz said...

i'm with you man, these bastards should get a good kick in the ass after doing all this crap to you and many other webmasters
March 23, 2009 4:52 AM

Post a Comment

Newer Post      Home      Older Post

Subscribe to: Post Comments (Atom)

DEF. APP. 012