CLOSE X
Loading Image...
Skip to content

**katmai – Unplugged, Unmatched, Unleashed**

FUBAR – Fucked Up Beyond Any Recognition

- forum
- Log in
- Register

Search

Categories:

- Admin Side
- Chestii care te scot din minti
- Cugetari
- Finante
- From my heart
- Fuck My Life
- Fun Stuff
- Funny videos
- Games / Trailers / Reviews
- Iran Crisis
- Jurnal
- Linux/Unix/BSD
- Media / News
- Microsoft windows training
- Movie Trailers
- poza zilei
- Retardo World
- seriale
    - Fara nume
    - Jurnalul unei roti de rezerva
- Tech News
- Tutorials – cPanel
- Uncategorized

# removeyourcontent.com – Destined enterprises – untrained monkeys

del.icio.us Tags: removeyourcontent.com,destined enterprises,rip off,monkeys,employees,webhosting,websites,fuck yourself

Ladies and gentlemen, i understand that you can't afford to pay full time your employees, but please


EXHIBIT 6

DEF. APP. 015

do train your stupid monkey employees.

I do webhosting, and i am hosting several adult websites, and image hosting projects. Everything is cool, but you know from time to time abuse happens. It seems that someone uploaded thumbnails with adult pics, on one of the imagehosting websites. What happens now? Well, we have the brave idiots from RemoveYourContent.com, who claim they fight piracy, so they keep sending abuse mails to my datacenter. I sent them around 6 mails, because the datacenter mails were being forwarded to my ISP, then to me, and it makes me really look bad. Anyways. as a good guy that i am, i decide to mail them back, and ask them to contact the domain owner.

Figure that out, that the monkeys at RemoveYourContent.com do read emails but their limited grey matter, makes them impossible to reply in a professional manner, to the mails sent. Why am i saying this? Because i got this reply dear gentlemen, today. This reply shows the real deal inside their so called joke company: Watch and learn



email screenshot is attached at the last page of this Document.

Whoa there ladies ! Go FUCK YOURSELF ? Are you kidding me ? What a joke of a company. And to think about it, someone actually PAYS THEM FOR THIS !

Hell, if anyone needs similar services, contact me for a quote please, and i will have my team to work to provide the same services at 75 % of the price they give you.

Anyway … this is very very sad. And to think about it … i could have just replied them now to ask them to send the abuse requests to me directly, but i think i will just have to add the addresses to the spam firewalls.

Guys … think well, think nice, and most of all … think carefully when you're paying some of these monkeys to do the work you expect, because they will simply rip you off.

Tags: Uncategorized

**Related posts**

- No related posts.

Posted in Uncategorized.

6 comments

By admin – September 11, 2008

DEF. APP. 016

# 6 Responses

Stay in touch with the conversation, subscribe to the RSS feed for comments on this post.

1.  *Tom Toy says*

   This Eric guy is a scam, an unprofessional person that would take your money and never do things the right way. He actually annoyed many of the owners that paid him and they end up leaving his shady site/service . Thus now he uses the old collected info from these companies that left him and claim he still own the copyrighted material to these sites and he proceed with dmca take down notice. If these company got annoyed enough from this loser, he will be sued for sending false claims

   Thanks for the info

   Reply – Quote
   February 14, 2009, 8:06 PM Reply

2.  *Adam says*

   Nice Info on this loser:
   http://ericgreensuck.blogspot.com/

   Reply – Quote
   February 15, 2009, 12:39 AM Reply

3.  *Mike says*

   Got lots of troubles from him also. VERY unprofessional behaviour! It took me too long to understand he is a scam though. At first glance everything was quite accurate and in order but later on…..

   QUOTE:

   Ok.. Here's the deal. I'm tired of policing your board for hosted copyrighted content. You can either make a do-not-post list and enforce it.. or ignore our request and we'll move forward with legal action. Copyright infringement is a very serious crime.. although many do not believe it. I can send you a list if clients who are not to be posted, or I can start sending all the hosted infringement over to their lawyers. Lemme know.

   Regards,
   Eric Green
   Removeyourcontent, LLC
   http://www.removeyourcontent.com

DEF. APP. 017

Reply – Quote
April 2, 2009, 11:34 PM Reply

4.  admin says

Mike , i suggest you ignore them, and let them drown themselves. They are retarded.

Reply – Quote
April 3, 2009, 5:01 PM Reply

5.  Alex says

I have caught them sending takedown notices of content they do not have the rights to and if that happens again i will sue their ass. As you already stated they are unprofessional and will get in trouble sooner or later.

Reply – Quote
July 24, 2009, 10:33 PM Reply

6.  admin says

@Alex – i keep wondering who hires them anyways. they suck so badly.

Reply – Quote
July 26, 2009, 6:12 PM Reply

Leave a Reply

Some HTML is OK

Name (required)

Email (required, but never shared)

Web

Post comment   or, reply to this post via trackback.

☑ CommentLuv Enabled

« Terminator – Sarah connor Chronicles – serie noua   Stire demna de marile publicatii – si vedetele au erectii »

DEF. APP. 018



DEF. APP. 019