Go Fuck GFY Webmaster Board - RemoveYourContent.com - Who uses them?  Page 1 of 24

Case 3:09-cv-00393-O    Document 21-8    Filed 04/05/10    Page 1 of 4    PageID 239



Page 1 of 2 **1** 2 >
Show 50 post(s) from this thread on one page

**Go Fuck GFY Webmaster Board** (*http://www.gofuckgfy.com/index.php*)
- **The Main Room** (*http://www.gofuckgfy.com/forumdisplay.php?f=13*)
- - **RemoveYourContent.com - Who uses them?** (*http://www.gofuckgfy.com/showthread.php?t=263*)

---

**DirtyWhiteBoy**                                                                 10-04-2009 03:32 PM

RemoveYourContent.com - Who uses them?

Can anyone give us true insight on this company and if they really help clean up your content?

Any experiences (good or bad) would be helpful. (thumbsup)

---

**XX_RydeR**                                                                      10-04-2009 03:39 PM

I can not say i have used them, though similar to you i am very curious as to how good they are at doing what they do..

If anyone can provide any insight, that would be great!

---

**sarettah**                                                                      10-04-2009 04:32 PM

I don't think you will get many replies. Not because they aren't being used but because it is in the company's best interest not to reveal that information.

RYC has many haters and some of them are not very nice.

---

**PUSSYSERVER**                                                                   10-04-2009 04:59 PM

Quote:

> Originally Posted by **DirtyWhiteBoy** (Post 2741)
> Can anyone give us true insight on this company and if they really help clean up your content?
>
> Any experiences (good or bad) would be helpful. (thumbsup)

Complete waste of money and the guy running it is a tool


EXHIBIT 7

DEF. APP. 020

http://www.gofuckgfy.com/printthread.php?t=263&pp=50                              11/30/2009

Better off pissing on money and burning it on a grill

### sarettah
10-04-2009 05:10 PM

Quote:

> Originally Posted by **PUSSYSERVER** (Post 2770)
> *Complete waste of money and the guy running it is a tool*
>
> *Better off pissing on money and burning it on a grill*

And this is based on ??

Just curious

### Fletch XXX
10-04-2009 05:28 PM

Robbie (claudia) uses them. He told me yesterday they were successful at getting his content off megaupload...

### PUSSYSERVER
10-04-2009 05:45 PM

Quote:

> Originally Posted by **sarettah** (Post 2771)
> And this is based on ??
>
> *Just curious*

Based on my past dealings with the fella and the fact that just about any client he has ... still has their content all over the place.

He send out DMCA's full of typos with fake phone numbers etc and pretty much gets laughed at. He attacked my company across multiple poards and even posted some crap in the DamageX shit list area

At least 5 people have asked me about him ( as a service provider ) in private converstaions and I have made sure they understood his iability to produce results ... just a waste of money imho (2 cents)

### Toby
10-04-2009 05:45 PM

I've talked with several site owners that have mentioned using RYC. They were all satisfied with

DEF. APP. 021

the results.

### SteveHardeman
10-04-2009 06:07 PM

Quote:

> Originally Posted by **sarettah** (Post 2765)
> I don't think you will get many replies. Not because they aren't being used but because it is in the company's best interest not to reveal that information.
>
> RYC has many haters and some of them are not very nice.

Well, based on the post above I'm not sure I should answer this but what the heck. :-)

I use them. I could not be happier. For the money, you can't beat the service. Eric is vigilant in his pursuit of his client's content. Does some slip thru? Sure does, but a lot doesn't. I do not have the time or staff to monitor the content myself so to me, his service is invaluable.

He's been nothing but professional and helpful with me. In addition, I've had some interactions with his accounting person and one other member of his company and they were both professional and helpful. In addition, as of the last time I spoke with him, <u>he wasn't even taking new clients.</u> That should tell you something. Oh how I wish I could have a big banner on my paysites that says "<u>Hey, we're not taking new members right now, we're all filled up. Can't handle anymore</u>" That would be a great day in my life.

### sarettah
10-04-2009 06:28 PM

Quote:

> Originally Posted by **PUSSYSERVER** (Post 2780)
> Based on my past dealings with the fella and the fact that just about any client he has ... still has their content all over the place.
>
> He send out DMCA's full of typos with fake phone numbers etc and pretty much gets laughed at. He attacked my company across multiple poards and even posted some crap in the DamageX shit list area
>
> At least 5 people have asked me about him ( as a service provider ) in private conversations and I have made sure they understood his iability to produce results ... just a waste of money imho (2 cents)

Proof ?

Client List ?

A link to the mistyped DMCAs ?

DEF. APP. 022

Anything besides your "oh so trusted" word ?

## PUSSYSERVER
10-04-2009 06:54 PM

Quote:

> Originally Posted by **sarettah** (Post 2795)
> Proof ?
>
> Client List ?
>
> A link to the mistyped DMCAs ?
>
> Anything besides your "oh so trusted" word ?

I dont have anything to prove

just stating the facts

If you dont want to hear them .. dont read them ... I assume hes a friend of your or something and this is your effort to take up for him .. and that great!! Thats what friends are for

However the guy is a loser .. he posted bullshit about me all over the place even on askdamagex before I ever had an account there

Anyone who would do something like that ... surely cant be a stand up guy you can count on that just my (2 cents)

## PUSSYSERVER
10-04-2009 07:00 PM

Quote:

> Originally Posted by **sarettah** (Post 2795)
> Proof ?
>
> Client List ?
>
> A link to the mistyped DMCAs ?
>
> Anything besides your "oh so trusted" word ?

by the way heres one of his idiotic DMCA's complete with fake phone numbers and address so my attorney was unable to reach anyone

the guy is a joke ... not to mention we contacted the actual copyright holder and they had no clue who the fuck he was ... just some tool trying to make a name for himself

DEF. APP. 023