Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043



t: 650.253.3425
Fax: 650.249.3429
www.google.com

April 9, 2009

*Via Facsimile and Express Courier*
(214)441-3001

Ellen Sacco
Hulse Stucki, PLLC
2912 W. Story Rd.
Irving, TX 75038

    Re: Subpoena dated 03-03-2009, *Remove Your Content, LLC v. John Does 1-20*, United States District Court, Northern District of Texas, Case Number 3:09-cv-393 (Internal Ref. No. 63115-50140)

Dear Ellen Sacco:

    As a follow-up to our conversation in regard to the production pursuant to the above-referenced subpoena, please find enclosed recent publish IP information for the Blog ID 6133270073796340678. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq. By this response, Google does not waive any objection to further proceedings in this matter.

    To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

                                  Very truly yours,

                                    *Kalynn Yastro*
                                  LIS

                                  Kalynn Yastro
                                  Legal Investigations Support

DEF. APP. 024



EXHIBIT 8

Google Confidential and Proprietary

Publish confirmation IPs: ericgreensuck.blogspot.com

req=GET /publish-confirmation.g?
blogID=6133270073796340678&postID=3793575319448195933&timestamp=1235263514615&javascriptEnabled=true HTTP/1.1, host=www.blogger.com,
referer=http://www.blogger.com/post-create.g?blogID=6133270073796340678,clientIP=75.34.26.219, date=Sat Feb 21 16:45:14 PST 2009

req=GET /publish-confirmation.g?
blogID=6133270073796340678&postID=8527031345518504943&timestamp=1235263460199&javascriptEnabled=true HTTP/1.1, host=www.blogger.com,
referer=http://www.blogger.com/post-edit.g?
blogID=6133270073796340678&postID=8527031345518504943,clientIP=75.34.26.219, date=Sat Feb 21 16:44:20 PST 2009

DEF.APP.025

Google Confidential and Proprietary