# UNIVERSITY OF ILLINOIS
## AT CHICAGO

Dean of Students (MC 318)
Office of the Associate Vice Chancellor for Student Affairs
1200 West Harrison Street
Chicago, Illinois 60607-7165

May 21, 2009

To:     Mark M. Bochra
        6151 N. Winthrop Avenue, Apt. #806, Chicago, IL 60660

From:   Linda Deanna, Ph.D.
        Associate Vice Chancellor for Student Affairs/Dean of Students, 3030, SSB, m/c 318

Re:     Remove Your Content, LLC –V– John Does 1-20

The University of Illinois at Chicago has received a subpoena/court order, commanding the university to produce certain educational records of yours, a copy of which is enclosed. The University is required by law, to comply with the terms of this subpoena/court order and intends to do so on or after May 31, 2009. You should direct your questions or concerns about this subpoena/court order to your attorney. See attachments.

Please be advised that this notice is being provided to you pursuant to the Family Educational Rights and Privacy Act of 1974 (FERPA).

Cc: Theresa Pittman, Office of University Counsel

**UIC**

Phone (312) 996-4857


EXHIBIT 12

DEF.APP.047            05/21/09  THU 16:39  [TX/RX NO 7063] ☒001