## Addresses & Phones

This page displays the current address information on file. Update an existing address or telephone by selecting the link next to the corresponding information. Insert a new address by choosing the address type from the pull-down list and selecting Submit.

Entering overlapping dates may change the effective dates on existing address records.

Please Note: Only International students are required to maintain a physical local address in this database. This address will *not* be used for university correspondence.

### Addresses and Phones

**Diploma Address**     **Phones**
Current: Jan 04, 2007 to (No end date)   Primary: None Provided
5757 N Sheridan Rd Apt 13B   Permanent Home Phone Number: ▓▓▓▓▓▓
Chicago, Illinois   60660-8770
Cook

**Mailing Address**    **Phones**
Current: Jul 19, 2007 to (No end date)   Primary: ▓▓▓▓▓▓
5757 N Sheridan Rd Apt 13B
Chicago, Illinois   60660-8770
Cook

**Permanent**    **Phones**
Current: Jan 04, 2007 to (No end date)   Primary: ▓▓▓▓▓▓
5757 N Sheridan Rd Apt 13B
Chicago, Illinois   60660-8770
Cook

**Type of Address to Insert:** Select

[ Submit ]

**RELEASE: 8.2**


EXHIBIT 13

DEF. APP. 048