## Student Schedule - Week at a Glance

Mark M. Bochra
Nov 30, 2009 12:55 pm

To **print your University of Illinois schedule**, follow the print instructions for your web browser as you would to print any web page. For example, with Internet Explorer, select the Print option from the File menu.

The following is your student schedule by day and time. Classes that do not have scheduled meeting times are listed at the bottom of the page. Click on hyperlinked courses for more detail.

Go to (MM/DD/YYYY): [   ] Submit

Previous Week          **Week of Feb 16, 2009** (183 of 245)                                    Next Week

| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| 8am | | | | | POLS 101-AD1 16177 Class 8:00 am-8:50 am 2BSB 311 | | |
| 9am | | | | | | | |
| 10am | POLS 101-AS1 16188 Class 10:00 am-10:50 am 2LCF F004 | | POLS 101-AS1 16188 Class 10:00 am-10:50 am 2LCF F004 | | | | |
| 11am | THTR 209-0 20475 Class 11:00 am-11:50 am 2EPASW L260 | | THTR 209-0 20475 Class 11:00 am-11:50 am 2EPASW L260 | | THTR 209-0 20475 Class 11:00 am-11:50 am 2EPASW L260 | | |
| 12pm | | | | | | | |
| 1pm | | | | | | | |
| 2pm | | BIOS 431-0 17162 Class 2:00 pm-3:15 pm 2LCF F003 | | BIOS 431-0 17162 Class 2:00 pm-3:15 pm 2LCF F003 | | | |
| 3pm | BIOS 230-0 27598 Class 3:00 pm-3:50 pm 2LCC C003 | JST 225-0 25705 Class 3:30 pm-4:45 pm 2LCA A006 | BIOS 230-0 27598 Class 3:00 pm-3:50 pm 2LCC C003 | JST 225-0 25705 Class 3:30 pm-4:45 pm 2LCA A006 | BIOS 230-0 27598 Class 3:00 pm-3:50 pm 2LCC C003 | | |
| 4pm | | | | | | | |

**RELEASE: 8.0**

DEF. APP. 049

EXHIBIT 14

## Student Schedule - Detail

Mark M. Bochra
Spring 2009 - Chicago
Mar 31, 2010 03:35 pm

To **print your University of Illinois schedule**, follow the print instructions for your web browser as you would to print any web page. For example, with Internet Explorer, select the Print option from the File menu.

Total Credit Hours: 15.000

*Modern Theatre - THTR 209 - 0*

| | |
|---|---|
| Associated Term: | Spring 2009 - Chicago |
| CRN: | 20475 |
| Status: | **Web Registered** on Nov 11, 2008 |
| Assigned Instructor: | Jacob Juntunen |
| Grade Mode: | Standard Letter |
| Credits: | 3.000 |
| Level: | Undergrad - Chicago |
| Campus: | Chicago |

*Scheduled Meeting Times*

| Type | Time | Days | Where | Date Range | Schedule Type | Instructors |
|---|---|---|---|---|---|---|
| Class | 11:00 am - 11:50 am | MWF | Ed, Perform Arts & Social Work L260 | Jan 12, 2009 - May 01, 2009 | Lecture-Discussion | Jacob Juntunen (P)  |

Return to Previous
**RELEASE: 8.0**

DEF. APP. 050