Current Folder: **INBOX**    » SAN problem affecting some MAILSERV users [updated]    **Sign Out**

Compose   Addresses   Folders   Options   Search   Help     UIC WebMail FAQ

Search Results | Delete     Forward | Forward as Attachment | Reply | Reply All

**Subject:** Test Date: 2/16: thtr209s09
**From:** "Jacob Juntunen" <juntunen@uic.edu>
**Date:** Fri, February 6, 2009 2:18 pm
**To:** thtr209s09:;
**Priority:** Normal
**Options:** Report As Spam | View Full Header | View Printable Version | Download this as a file | View Message details | Add to Address Book | View as HTML

```
Hi All,

Besides falling off the table, I also mis-spoke today. The test is on Monday 2/16,
NOT Friday 2/13. Alas. I'd love to give a test on Friday the 13th.

yours,
Jacob
```

**Attachments:**

untitled-[2]     0.1 k     [ text/html ]     Download | View



DEF. APP. 051