Jacob Juntunen
UIC Dept of Performing Arts
1040 W Harrison
Chicago, IL 60607

11/11/09

To Whom It May Concern:

Mark Bochra took a test in my course from 11-11:50am on Monday, February 16, 2009.

Yours,

*[signature]*

Jacob Juntunen, PhD

juntunen@uic.edu

DEF. APP. 052

EXHIBIT 16