



New Thread     Post Reply

| Register | FAQ | Calendar | | Today's Posts | | Search |

Go Fuck GFY Webmaster Board > The Main Room
   "Reformed" hacker now into piracy

User Name [User Name]     ☐ Remember Me?
Password [            ]     [ Log in ]

Thread Tools ▽

---

12-05-2009, 07:18 PM                                                                #1

**ryc1**
Possible Troll

Join Date: Oct 2009
Posts: 91

**"Reformed" hacker now into piracy**

Check this out... I found this the other day:
http://media.foxwhisper.co.uk/

So if you're looking for your stuff - it could end in here:
http://cdn03.foxwhisper.co.uk/Porn/
http://media.foxwhisper.co.uk/Porn%20DVDs/

I've already exchanged emails with the guy who operates the site. Here's
his twitter account:
http://twitter.com/sleepycal

You can google him "Cal Leeming" to learn more. He told me to fuck off...
so he's essentially telling a lot of you to fuck off too. If it's the same guy,
he has already been arrested for id theft in the UK. He's doing it cliphunter
style, redirects, third-party hosting, etc.. the common contributory
infringer deal. However.. he has slipped up in a few places and I'll keep
those handy. Since he insists on playing with Stickam vids, a notorious
haven for underage nude cam girls and pedos, I wonder how long Scotland
Yard will tolerate that. I also wonder if the UK press know about his new
venture.

Quote

---

12-05-2009, 11:11 PM                                                                #2

rhetorical
Possible Troll

Join Date: Sep 2009
Location: Vancouver
Posts: 310
❀

you can down load something called toddlercon and lolicom. Does that
qualify?



Quote

---

12-06-2009, 06:29 PM                                                                #3

EXHIBIT
17

DEF. APP. 053