This is Google's cache of http://www.gofuckyourself.com/showthread.php?t=686276. It is a snapshot of the page as it appeared on Jan 20, 2010 02:01:03 GMT. The current page could have changed in the meantime. Learn more

These search terms are highlighted: er cl ve removeyourcontent

Text-only version



**GFY Rules**    **Calendar**    **Mark Forums Read**

GFY Webmaster Board > Fucking Around & Program Discussion

Latest model shot - 19yo Alex

User Name [User Name]    ☐ Remember Me?
Password [      ]    [Log in]

**Thread Tools**

📄 12-12-2006, 10:38 PM

**ER!C L!VE**
Registered User

Join Date: Feb 2005
Location: WORLDW!DE
Posts: 722

**Latest model shot - 19yo Alex**

I'm really excited about this girl. Alex's mom saw my ad and told her to email me for some extra money. Her mom thought I was doing 'mainstream' model shoots. The shoot was amazing. She swallows and gets anal for the first time.. unreal.. I'm still in lala land.... 😊

Cheers!

Eric

www.**RemoveYourContent**.com
www.BackroomCastingCouch.com
www.ExploitedCollegeGirls.com

📄 12-12-2006, 10:40 PM

**Spunky**

I need a beer

She's kinda cute..exotic looking

Get $150 For Every    In January Start Off The

**EXHIBIT 18**

DEF. APP. 054

**View Single Post**                                    **Thread**: My Game Sucks With Young Women

02-21-2009, 09:31 PM                                                                #7

**ER!C L!VE**
Master Don Juan

Join Date: Jul 2004
Location: WORLDW!DE
Age: 36
Posts: 906

> Quote:
> I am really struggling with younger women.
> I've identified 3 problems so far:
>
> 1. I don't relate with them at all. They don't know why the economy is in trouble and I don't know who in the hell this super awesome new band is she is talking about..

Why are you talking with them about the economy???

> Quote:
> 3. I don't know what they value in me?

You're an experience to her. A notch in her belt. Something new and shiney. That's about it. Accept it, bang her and move on. Sure, she might like to keep you around for a while, but bail once the sex stops. Don't be the guy she texts every 30 min and/or talks with on the phone every day for 30 min.

Usually these girls have a dad who wasn't around enough, raised by their moms, divorced families, hate their dads.. etc.

I started alot of threads when I was first dating younger girls back in 04 and 05. Use the search and read up.

_____
Are you experienced?



Close this window

DEF. APP. 055