*Defendant Mark Bochra, Pro Se*
Case NO. 3:09-cv-393-O

## Factual Miracle

April 3, 2010

**To The Honorable Court:**

I am writing this letter to introduce a factual miracle that happened in this suit at the hands of a great saint, *St. Mina the wonder-worker*. I do not know from where to start addressing this matter, since I could not state it directly in my filed motion. However, the first thing that I will point out is that plaintiff's counsel, Ms. Sacco has offended me multiple times on the phone; she has hang up the phone in my face; told me all my accolades and awards prove nothing. When I told her that UIC cannot disclose my information to you without my permission, she said, "it is not like we made these evidences." She further told me that she does not have time for stories. She also said if AT&T reply with the same information about the blogs, then "we are going to have problems" and the evidence provided proved her wrong.

I told Ms. Sacco through e-mails "if it is god's well to uncover the truth than it will happen no matter what she or the plaintiff do", but she disregarded my e-mail. I told her about my past incident during senior high school but she disregarded it:

> During senior high school (5 years ago) a Juvenal teen punched me in my left eye when I was walking in the school hall way, for no reason, his reason was jealousy, my glasses broke but the injuries wasn't great. The police caught this teen and was ready to file a police report and I refuse to file the police report because his mom called me on the phone and said 'If I write her son, he will go to Juvenal jail because he already has a case in court.' I did not file a police report because Jesus tough me "to love those who hate you because where is the reward when you love those who already loves you back."

Jesus Christ said, "for truly I tell you, if you have faith the size of a mustard seed, you will say to this mountain, 'Move from here to there,' and it will move."

Ms. Sacco denied that she offended me, and said, "I disagree with your characterization of our conversations and your version of the facts." But today, she can see that god made the truth to be spoken by her own hands in the *Join Status Report,* despite her expertise. Ms. Sacco didn't just reviewed her Joint Status Report once, but four <u>4</u> time. (1) The first time when she e-mailed me plaintiff's contention version. (2) The second time, when I e-mailed her my contention and she incorporated into her original file; additionally, she added more explanation to plaintiff's contention, and still she had the truth stated in there, never she change it. (3) The third time, when I did not agreed for mediation and she said, "please add it in then and send it back with your signature" and I told her "can you please added." (4) The fourth time, is before she file it with the ECF system, she suppose to review the file in adobe reader before submitting it; per

**Factual Miracle**



1

ECF rules: submitted documents are subject to no change. If the Court wants my e-mail password to verify these conversations, I will mail it directly to the Judge's chamber.

I knew that god will never leave me, he never did since I was a child. Every time I had a course exam to study for, it would be around the same time where I have to respond to the court, it was unbearable. I wanted to give a well written motion the court would appreciate, despite my health state, exams, or even if I am just a college student. During my winter and spring break, I started reading about internet laws, computer, general laws, the federal rules procedure, how to properly cite cases, I read about different lawsuits that were litigated in Texas about defamation, copyright infringement; I almost never slept.

I decided to write my motion to dismiss during my spring break because I realized that pursuant to the *scheduling order*, the deadline for dispositive motions is April 5, 2010. I tried to settle this suit with Ms. Sacco multiple times but it did not work.

Dr. Maddi from the university counseling center advice me that I need a great amount of rest and mind stress free and focus on my incomplete course to graduate or I will have a greater emotional breakdown because I am being obsessed with the lawsuit.

I know if this situation occurred to other families or individual with the same condition, probably he or she would not bare it and could have lost everything they worked hard for. It was not just unfair, it was brutal.

I don't know whether it is appropriate to write this letter or not but I realize at the end of any motion or any filed complaint, we say under "Prayers", "we pray for", so I know that god is present even in the court of law.

Respectfully,

*\s\ Mark M. Bochra*      .
Mark M. Bochra

5757 North. Sheridan Road. Unit 13B
Chicago, Illinois 60660

*Defendant, Pro Se*

**Factual Miracle**                                                                 2