IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REMOVE YOUR CONTENT, LLC, | § | |
| | § | |
|     Plaintiff, | § | |
| v. | § | |
| | § | CASE NO. 3:09-cv-393 |
| MARK BOCHRA, | § | |
| | § | |
|     Defendant | § | |

**PLAINTIFF'S MOTION TO COMPEL MEDIATION AND BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff files this Motion to Require the Defendant to Attend Mediation and Brief in Support and would show the Court the following in support:

### I.    Relevant Dates and Background

1.1    The parties were ordered to attend mediation by March 19, 2010.[1]

1.2    Plaintiff's counsel has contacted the Defendant regarding scheduling the mediation. The Defendant has refused to respond whether or not the Defendant will agree to mediation or not. The Plaintiff believes that the Defendant is under the impression that if the parties did not mediate by March 19, 2010, he did not have to mediate at all.

### II.    Request That Plaintiff Participate in Mediation and Authority.

2.1    The Court has the power to order the parties to mediation upon motion of a party or on its own motion. The Court may also require other settlement procedures in addition to ADR.[2] Plaintiff believes that mediation and/or participation in a judicial

---

[1] See Document 13, Scheduling Order
[2] See Alternative Dispute Resolution Booklet at http://www.txnd.uscourts.gov/publications/altdisp.html

settlement conference prior to trial would be beneficial, if a representative of the Defendant with authority to settle is present.

2.2 For the foregoing reasons, the Plaintiff requests that the Court order the parties to attend a mediation with a Court ordered mediator or attend a judicial settlement conference.

## Prayer

For these reasons, the Plaintiff respectfully request that the Court set a hearing on this matter and that the Court order the Defendant to appear for a mediation or settlement conference.

Respectfully submitted,

**Hulse ♦ Stucki, PLLC**

By: /s/ Ellen Cook Sacco
**Jay R. Stucki**
Texas Bar No. 00798531
**JStucki@AttorneysForBusiness.com**
**Ellen Cook Sacco**
Texas Bar No. 24029491
**ESacco@AttorneysForBusiness.com**
2912 West Story Road
Irving, Texas  75038
Tel.   (214)441-3000
Fax.   (214)441-3001
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have attempted to resolve this Motion with Mr. Bochra. Mr. Bochra has not agreed to attend mediation. Therefore, this Motion is presented to the Court.

/s/ Ellen Cook Sacco
Ellen Cook Sacco

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on April 6, 2010, on Defendant via email and CMRRR.

/s/ Ellen Cook Sacco
Ellen Cook Sacco