UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REMOVE YOUR CONTENT, LLC | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:09-CV-0393-O |
| | § | |
| | § | |
| MARK M. BOCHRA | § | |
| Defendant. | § | |

**ORDER OF REFERENCE FOR PRETRIAL MANAGEMENT**

This case is hereby referred to Magistrate Judge Stickney for pretrial management. All

non-dispositive motions are referred to the magistrate judge for determination. All case

dispositive motions are referred to the magistrate judge for recommendation. All other pretrial

matters, including scheduling and alternative dispute resolution are referred to the magistrate

judge for appropriate action consistent with applicable law.

**SO ORDERED** on this **6th** day of **April, 2010.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**