**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| REMOVE YOUR CONTENT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:09-cv-393 |
| | § | |
| MARK M. BOCHRA, | § | |
| | § | |
| Defendant. | § | |

**APPENDIX TO PLAINTIFF'S BRIEF IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S RULE 12(b)(2) and 12(b)(6) MOTIONS TO DISMISS**

**TO THE HONORABLE COURT:**

COMES NOW, REMOVE YOUR CONTENT, LLC, Plaintiff, and files this Appendix to

Plaintiff's Response to Defendant's Rule 12(b)(2) and 12(b)(6) Motions to Dismiss and Brief,

and would show the Court as follows:

**EXHIBIT**                                                                 **APPENDIX**

1. Declaration of Eric Green, President of Remove Your Content, LLC        1-4
   A. Email dated December 12, 2008 from "Dope Nuck"
      dopenuke@gmail.com                                                    5
   B. Emails dated December 5, 2008 from "Dope Lord"
      dopenull@gmail.com                                                    6
   C. Copy of http://ericgreensuck.blogspot.com as of February 20, 2009    7-12
   D. Copy of http://removeyourcontentscam.blogspot.com as of
      April 23, 2010                                                       13-18
2. Affidavit of Alondra Dimas Aguillon                                     19-21
3. Response from Google, Inc. dated March 30, 2009                         22-25
4. Response from Google, Inc. dated April 9, 2009 (Def. App. 24 and 25)    26-27
5. Response from AT&T dated April 30, 2009                                  28-29
6. Response from AT&T dated June 8, 2009                                    30-31
7. Response from the University of Illinois at Chicago dated June 5, 2009   32-35
8. Response from Google, Inc. dated November 24, 2009 and Response
   from AT&T dated December 30, 2009                                       36-40

Respectfully submitted,


**Hulse ♦ Stucki, PLLC**


/s/ Ellen Cook Sacco

**Jay R. Stucki**
JStucki@AttorneysForBusiness.com
Texas State Bar No:  00798531
**Ellen Cook Sacco**
ESacco@AttorneysForBusiness.com
Texas State Bar No: 24029491
**Donald M. Kaiser Jr.**
DKaiser@AttorneysForBusiness.com
Texas State Bar No: 24025466
2912 Story Road
Irving, TX  75038
Telephone:    (214) 441-3000
Fax:            (214) 441-3001
**ATTORNEYS FOR PLAINTIFF**


### CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2010, I electronically filed this document with the Clerk of the Court using the CM/ECF and have sent via U.S. First Class Mail a copy to Defendant pro-se, Mark Bochra.

/s/ Ellen Cook Sacco

Ellen Cook Sacco

APPENDIX                                                                 2