# DECLARATION OF ERIC GREEN

1. My name is Eric Green. I am competent in all respects to make this Declaration and have personal knowledge of each of the statements and facts set forth herein or they are known to me through my duties and responsibilities as President of the Plaintiff, Remove Your Content, LLC ("Remove Your Content" or "Plaintiff").

2. I have been the President of Remove Your Content since _2008_. Remove Your Content was formed to help combat copyright infringement and piracy on the internet. We provide various services to its clients, such as searching for illegally uploaded content, sending Digital Millennium Copyright Act notices, and working with websites to remove the stolen content. We specialize in working with adult entertainment industry clients and protecting its clients' copyrighted adult content, but also work with other clients.

3. I received the attached email from "Dope Nuck" (dopenuke@gmail.com) on or about December 12, 2008. A true and correct copy is attached hereto as Exhibit A) on or about December 12, 2008. The email contains threats against me, as the webmaster of Remove Your Content.

4. I received the attached emails from "Dope Lord" (dopenull@gmail.com) on or about December 5, 2008. True and correct copies of the emails are attached hereto as Exhibit B. The emails threaten me, as the webmaster of Remove Your Content. I have purchased personal self-defense deterrents, installed an alarm monitoring service, and limited my public interaction due to these threats.

5. Because of our specialization and success in getting copyright infringing material removed, the business and I have attracted attention from individuals who

**Declaration of Eric Green**                                                                              1





EXHIBIT 1

PltfApp 000001

target and consistently distribute illegal and pirated content on the internet. I have become the target of "hate blogs" on the internet, as well as threats.

6. Around the same time that I received the threatening emails, I noticed the first blog online at http://ericgreensuck.blogspot.com. A true and correct copy of the blog I saw is attached hereto as Exhibit C. Although the blog was later removed, I printed a copy on or about February 20, 2009.

7. The blog at http://ericgreensuck.blogspot.com contains false information about Remove Your Content and me. Specifically, the blogs contain many false statements. The blog falsely states that I (or the company) run a site/company that is illegal. The blog falsely states that Remove Your Content sends false DMCA notices. The blog falsely states that most of the company's DMCA notices are not legitimate. The blog falsely states that I am not "legid" (sic) with the DMCA notices. The blog falsely states that I report content that is unlicensed or somehow that the company is not authorized by the content owners to send DMCA notices. The blog also urges that I be jailed for my actions in sending allegedly false DMCA notices. The blog falsely states that the company is in a shady business, "scam," "fake," and "not legit." The blog falsely states that the business was opened so that I can grow my own porn sites to distribute porn, which I do not have the copyrighted. The blog falsely states that I am a porn webmaster who steals porn.

8. The blog http://ericgreensuck.blogspot.com was removed after the lawsuit was filed. However, other blogs have been posted with the same content. These include: http://removeyourcontentsuck.blogspot.com

http://removeyourcontentfake.blogspot.com

**Declaration of Eric Green**                                                                     2



Pltf App 000002

http://removeyourcontentscam.blogspot.com

http://removeyourcontentsucks.blogspot.com

http://removeyourcontenttruth.blogspot.com. These blogs are still viewable on the internet. I have requested that they be removed by Google, but they have not done so. I have attached hereto as Exhibit D a true and correct copy of one of the current blogs, http://removeyourcontentscam.blogspot.com, as it appeared on April 23, 2010.

9.      These blogs also use Remove Your Content's own trademarked content, including the Remove Your Content name and web page images, which include my registered trademark.

10.     These blogs have caused damage to Remove Your Content. The blogs have disrupted our sales operations by perpetuating misleading and untruthful information regarding how we operate as a business. Google is often used as a research tool before a purchase decision is made and the blogs have negatively affected our ability to gain market share. If you do a Google search for "Remove Your Content," the defamatory blogs are generally on the first or second page of the results.

11.     The defamatory blogs have influenced prospective clients into questioning our status as a legitimate business. Therefore, we have lost sales due to the blogs.

12.     We have no marketing budget and maintain no active sales force, thus, all business is online, repeat, referral and word of mouth. Due to our niche-targeted industry and limited prospect market appeal, several large companies have made financial decisions not to work with us based on what they have read online, specifically the blogs. I believe there was a reasonable probability that these companies would have worked with us, but the blogs have misled their decisions.

13. The blogs have negatively influenced organizations' decisions to do business with us, based on the false statements including referring to Remove your Content as "pirates", "hackers," and "scammers." On several occasions, the blogs have been used, in reference, by other industry entities. These entities include hosting companies and internet transit providers with whom we have lost credibility due to these defamatory posts. Our sound industry reputation has been falsely compromised and good faith ambushed by the blogs. Additionally, the blogs have incited hatred among the general internet viewing public and who now falsely view Remove Your Content as a rogue company.

14. The blogs induce mayhem against our ability to function as a normal e-commerce entity. Remove Your Content has had to purchase traffic hosting mitigation services and enhanced internet hosting protection to defend itself from the blogs' fallout and associated pirate attacks.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Eric Green, President, Remove Your Content, LLC

**Declaration of Eric Green**                                                     4

Pltf App 000004

Date:    Fri Dec 12 05:19:44 CST 2008
Sender: "Dope Nuck"<dopenuke@gmail.com>
To:      <webmaster@removeyourcontent.com>
CC:
Subject: Hello Pussyman
Attach:

Dope is here man. I could see through your games dude.
We've decided to send you this email regarding your Christmas present, what's it gona be?

Internet is a serious business. Either quite bothering all these sites and blogs or will take the bet and nuke you with an early Christmas present.
If you need a little chat, you know where to find me pussy man. We have chicks with HIV too if that is your taste.

Dope Null



Pltf App 000005

That shit will hit you in the face soon nigga.
Watch the chroniccentral news bitch.

See you on a live video soon.

Dope Null
www.chroniccentral.net

On Fri, Dec 5, 2008 at 7:55 PM, Removeyourcontent, LLC <webmaster@removeyourcontent.com> wrote:
You're in deep shit

> On Fri Dec 05 21:53:33 CST 2008, Dope Lord <dopenull@gmail.com>
> wrote:
>
> Nigga stop acting like a pussy.
> We're the dope gangs, we live in the hood and prison.
>
> "I am filling a police report on Monday"
> Such a pussyman
>
> Dope
>
> On Fri, Dec 5, 2008 at 7:29 PM, Removeyourcontent, LLC <
> webmaster@removeyourcontent.com> wrote:
>
>> I sick of your threats. Filing a police report on this Monday.
>>
>> Regards,
>> Eric Green
>> Removeyourcontent, LLC
>> http://www.removeyourcontent.com
>>
>> On Fri Dec 05 20:07:56 CST 2008, Dope Lord <dopenull@gmail.com>
>> wrote:
>>
>> > Dope is here,
>> >
>> > I have received many bull shit games about u nigga.
>> > It seems that you're not a good listener. u'r messing with the
>> > fucking big
>> > boys nigga.
>> > So hear me out. This game is over.
>> >
>> > Enjoy
>> >
>> > Dope Null
>> >
>> >
>> > http://www.chroniccentral.net
>> >
>>
>



EXHIBIT
1B

Pltf App 000006

Eric Green Sucks                                                                                 http://ericgreensuck.blogspot.com/

# eric green sucks

**saturday, february 14, 2009**

## Eric Green Sucks [Scare tactics]



As many of you know about Eric Green Take Down Notice. I am writing this to join the growing chorus of bloggers and sites who have received take down notice in the recent year from Eric Green.

## Who is Eric Green?

Eric Green started his business since 2004 I believe. He created a site called removeyourcontent.com to recieve money through it. He gets paid by other sites owners to take down pirated content. However he does it in a totally illegal matter. The pirated content he reported could be "Unlincensed material or contents that he doesn't own its copyright" However, he ignores all these facts and goes to sites and bloggers [specifically Porn and Hentai sites] to send them DMCA take down notice.

Eric Green, Owner
Destined Enterprises
391 E. Las Colinas Blvd
Ste 130-609
Irving, TX 75039-6225
(214) 272-6?4?
www.removeyourcontent.com

**about me**

Eric Green
View my complete profile

**links**

Google News
Edit-Me
Edit-Me

**previous posts**

Eric Green Sucks [Scare tactics]

**archives**

February 2009



Subscribe to
Posts [Atom]



1 of 6                                                                                           Pltf App 000007
                                                                                                 2/20/2009 8:53 AM

webmaster@removeyourcontent.com
msn: it_mrktg1@hotmail.com

### The Eric Green Ways
#### How does Eric Green starts this process of reporting media:

1- If you own a site, then he will send DMCA take down notice to your server. If you own a blog, then google will delete that blog. Most of his DMCA are not legid because he would reported unlincesed material or matrial he doesn't even own its copyright.

2- Persay say if your site is hosted on a server in netherland where laws are different, a company like ecatel.net is the best place to host your content without worrying about any DMCA since they ignore these type of dmca take down notice.

3- If Eric finds that he can't send any more dmca take down notice. He will start sending you emails that would scare you. Make sure when u buy a domain to purchase the whois domain protection, that will hide your contact info from people like eric.

**Eric ways:** He will send u scare emails saying "He will sue you in court, you will pay fine, you will be put in jail" ela ela..

Do not fall for his cheap tricks. All he does is trying to scare you. He doesn't own the enough money $ to go in a court case with your site, that requires thousands of dollars to spend to get all your info and go into a court case with you. He is not even legid at all with his DMCA take down notice.

He knows he would be sued as well if any webmaster reported that Eric Green is always reporting contents that are unlicensed or he doesn't own its copyrigh.

4- If all these tactics failed, Eric would use his shaddy scrips that would crawl your links and images and he would mass report them to sites like (megaupload, rapidshare, imagevenue etc..) for deletion. He is totally not legide at all and he should be sued for all the damage he creates for other sites.

**Moreover, He should be sued and Jailed for relying on bots to scan random sites which then causes of sending false dmca as eric claims.**

> Oh well, everything was settled, or so I thought. I get a phone call from an Eric Green. I was a bit busy in a mini conference regarding servers and technology powering them so I was a bit delayed to speaking to him immediately and had to ask him to hold on for a moment. A few seconds later we have a nice little talk and he says that usually when he gets the counter DMCA, which is very unusual that he double checks and he saw that mine he didn't have the rights to. He told me then to disregard the notice. OK! GREAT! Now I can get back to work. Well, the call actually took about two minutes of my time, and during this period he explained how it's just bots scanning sites like Fakku for pirated material. That explains it, the bots are the problem. They are moronic!
>
> Imagine my site sending out DMCA requests because you used the word gelbooru in a paragraph linked to an image of a cat inside a box. Yes, you would get the notice, and it would be very annoying to have to send a proper counter notice back to make sure your server's internet isn't blocked. I think, the best way to handle this problem is to simply link to as many image hosts as possible using irrelevant pictures to the actual content you post on the site.

- http://gelbooru.blogspot.com/2009/01/dmca-woes.html

**Moreover! Eric would violating this code if your links/pages he is reporting were only access by your members not by guests. If you want to go by the rules, simply don't make your links be accessed for guests rather accessed by your members.**

If you are affiliated with any government, police, anti-piracy group or other related group or working for Adidas, Manolo Blahnik, Converse, Louis Vuitton, Chanel, Burberry, Hermes, Prada, Air Jordan, Nike, Timberland, Gucci, Cartier, Oakley either directly or indirectly, or any other related group, or were formally a worker, you CANNOT enter these web pages, links, nor access any of its files and you cannot view any of the HTML files. If in fact you are affiliated or were affiliated with the above said companies, by entering this site you are not agreeing to these terms and you are violating code 431.322.12 of the Internet Privacy Act signed by Bill Clinton in 1995 and that means that you CANNOT threaten our ISP(s) or any person(s) or company storing these files, and cannot prosecute any person(s) affiliated with this website.

# How to totally prevent Eric Green Abusive reports?

1- When registerting a domain, make sure to buy the whois protection plan, that would hide your info from people like eric green. It is usually as low as 10 usd for a year!

2- If you can affort a server, I recommend to host your site with ecatel.net where dmca are totally ignored!

3- Do not lisent to Eric Green scary emails. He is trying to scare you. A legid person would not send mass emails to you one after the other with the same exact topics. Simply block eric green email and don't read his emails if you easily get scared from people like

Pltf App 000009

him.

**Some Sites that was abused by Eric Green:**

- http://daiphyer.com/forum/index.php?showtopic=95574
- http://gelbooru.blogspot.com/2009/01/dmca-woes.html
- http://forum.lu.scio.us/showthread.php?p=34757
- http://www.512kbps.com/2008/09/11/removeyourcontentcom-destined-enterprises-untrained-monkeys/
- http://beatdiaspora.blogspot.com/2008/11/turkey-day-takedown.html

I believe it is time for this person to leave this shady business, since he is fake and not legit. He does all this to gain money from other sites, legit business owners, do not send 100's of abusive emails, do not create scrips to mass report links, do not curse and send inappropriate emails.

I think we now have a pretty good background about this Eric Green.

## Why does Eric Green proceed with these fake DMCA?

Well if you send a counter dmca to prove that Eric is wrong, and that he doesn't own the content copyright. In your counter dmca, u would need to send your real contact info but who would want to do that now days? Who would want to give someone like eric their real contact info? He could abuse it in many ways, thus most webmaster that file a counter dmca but don't fully put the contact info, most likely their server shut their site because they didn't follow the correct rules in sending a counter dmca but regardless to this cheap trick, That is eric green's intention out of this whole dmca take down notice. Money, Abuse, real info that he would love to get his hands on.

Host your server with site like ecatel.net, then u won't have to worry about eirc dmca!

Pltf App 000010

Eric Green Sucks                                                                  http://ericgreensuck.blogspot.com/



Such person should totally be sued and Jailed for causing so many damage for other sites. He is a scam that works lurks porn forums and sites for money. He is such a hypocrite, the reason he opened this business is to grow his porno site which he asks members to pay to watch porn he doesn't own its copyright.

Does he sound like a professional-legit person ? I mean look at his attitude, it is even worst then this screen shot i took? Who would want to make business with such person, that would bring a bad reputation to your company. He is just another porn webmaster that steals porn and can't find a way to gain enough money through it. I call that competition, and he hates competition!



Find out more about Eric attitudes: [Search his threads/posts]

- http://www.askdamagex.com/members/removeyourcontent/

**Mini example:**

- http://www.askdamagex.com/f2/attn-removeyourcontent-34339/
- http://www.askdamagex.com/337698-post10.html



==Eric does not own any copyrights of any content on the inter web, he steals them!== The reason he went on creating removeyourcontent.com is to make money from it. He creates a couple of scrips that would scan your whole site links and later ==he fake send dmca saying that he owns the copyrights of these contents, or he would use legit sites that actually owns these contents and pretent he is still working for them.==

I mean there plenty of facts out there. He is trying to grow his little removeyourcontent.com site to get as many customers as he can so he would have the right to do these dmca and regardless to this, the owner of the contents needs to send the dmca himself not someone like Eric.

He is slandering your company if you pay him to do these dmca job for you and link deletion. You want to know how?

With an attitude like that ^ and from a person that originally found stealing contents, not only share them for free but actually selling them! Moreover, the scrips he uses, he reports unlincensed contents to be deleted? You're company would be in danger and legal action would be brough on you as well for allowing such person to do this mess.

All the angry webmasters that were effacted but this scam Eric Green are forming an affiliating organization to bring legal action against Eric little site and the scrips he uses.

Labels: eric green, removeyourcontent, sucks

posted by eric green at 10:32 am | 4 comments links to this post

Share   Report Abuse   Next Blog»                                    Create Blog   Sign In

# Removeyourcontent.com Gold Digger

**Sunday, March 15, 2009**

**Removeyourcontent.com [Eric Green]**

**Removeyourcontent.com Scam**



I am writing this to join the growing chorus of bloggers using Blogger who have received takedown notifications in recent weeks. Blogger has deleted posts with links that allegedly have content in violation of the Digital Millennium Copyright Act (DMCA). Not only Blogs but sites as well that were taken down by who so called "Eric Green" Question is, are all these being done Legitly?

**Everyone was wondering what happen to the previous post/blog that showed the truth about Eric Green?**

Well, so not only **Eric Green** is a Scam and steals content and much more. **He is a Hacker as well, he brute force my email and deleted the 2 blogs that showed the truth about him.** I have emailed blogspot and they said "we did not delete any blogs, if a blog is flagged, you would have received an email stating the reason." Is this the type of person you want to do business with ? A Hacker? A Scam ? Read below to find the Nobel truth behind removeyourcontent.com

Seems that we are dealing with a real desperate person in here:

Eric Green, Owner
Destined Enterprises
391 E. Las Colinas Blvd
Ste 130-609
Irving, TX 75039-6225
(214) 272-8256
www.removeyourcontent.com
webmaster@removeyourcontent.com
-------------------------

This time, I have found more info about Eric Green and his illegal

**Followers**

**Follow**
with Google Friend Connect

There are no followers yet.
Be the first!

Already a member? Sign in

**Blog Archive**

▼ 2009 (1)
  ▼ March (1)
    Removeyourcontent.com [Eric Green]

**About Me**

Eric Green
View my complete profile



http://removeyourcontentscam.blogspot.com/

Pltf App 000013

4/23/2010

ways.

Previous Review about Eric Green the owner of
Removeyourcontent.com in Detail:

### Who is Eric Green ?

Eric Green is the owner of removeyourcontent.com. The site was created in 2004 I believe, he claimed that he created removeyourcontent.com to fight pirated contents. However, if you did a little more search here and there, you would find that Eric Green's intention behind such idea is to gain more money and secretly support his free adult site!

### Eric Green in a Summary:

- He can't gain enough traffic to help grow his Free Adult sites, so he pursues with the idea of removeyourcontent.com to legitly be able to send DMCA Take Down Notice in order to delete the contents of his rivals ---> webmasters with high traffic such as "megarotic.com,tube8.com,megavideo.com,youporn.com, and many more"

-He is an unprofessional and uses inappropriate languages when sending emails to many webmasters. He abuses emails and sends 100's of emails to annoy many webmasters. Who would want to do business with such person? Do you want your company to receive a bad reputation b/c you're working with Eric Green?

-He uses bots to scan any sites links and images in the effort to send false DMCA calming he owns their copyrights. Later he reports these links to where they are uploaded (megaupload.com, rapisdshare.com, and many mores..) He would be reporting unlicensed material and contents he doesn't own its copyrights, this by itself could put him in jail for sending false DMCA or pay up to 100 thousand dollars fine.

### Moreover, he violated this code multiple times if your links were not access by guests:

**If you are affiliated with any government, police, anti-piracy group or other related group or working for Adidas, Manolo Blahnik, Converse, Louis Vuitton, Chanel, Burberry, Hermes, Prada, Air Jordan, Nike, Timberland, Gucci, Cartier, Oakley either directly or indirectly, or any other related group, or were formally a worker, you CANNOT enter these web pages, links, nor access any of its files and you cannot view any of the HTML files. If in fact you are affiliated or were affiliated with the above said companies, by entering this site you are not agreeing to these terms and you are violating code 431.322.12 of the Internet Privacy Act signed by Bill Clinton in 1995 and that means that you CANNOT threaten our ISP(s) or any person(s) or company storing these files, and cannot prosecute any person(s) affiliated with this website.**

-----------------------------
Now that we quickly summarized Eric Green, lets show all these points ^ with proves.

Pltf App 000014

**The Real Eric Green's Ways [Gold Digger, Money Hunger, supporter of Pirated contents]**



This Screen Shot was taken from one of the sites Eric Green post in it. I've highlighted the truth.
Eric Green owns and operate 7 Free Site and Blog. It is very clear that the reason he opened **removeyourcontent.com** is to make enough money to support his Free Adult Sites.

-----------------------------



http://www.512kbps.com/2008/09/11/removeyourcontentcom-destined-enterprises-untrained-monkeys/

**\*\* ^Eric Green Abusing Email: Such unprofessional way**
-----------------------------



http://gelbooru.blogspot.com/

**\*\* ^Eric Green Relay on Bots to send false DMCA [Bad Reputation]**
-----------------------------

http://forum.lu.scio.us/showthread.php?p=34757

**\*\* ^Eric Green Intentions to steal other Domains + the use of Inappropriate languages. Is this really a professional company you want to work with?**
-----------------------------

Pltf App 000015

http://removeyourcontentscam.blogspot.com/                                    4/23/2010



http://www.askdamagex.com/337698-post10.html
http://www.askdamagex.com/f2/attn-removeyourcontent-34339/

**\*\* ^Eric Green Manners.**



**\*\* ^Eric Green First started looking for more affiliations to support his idea removeyourcontent.com.**

**More Affiliations = more Power. However, once his site was a little bit popular, he started to charge clients money in order to do these take down contents. Why? In order to gain more money to support his free Adult sites as proven before ^**

**Some Sites that were effacted by Eric Green False DMCA**

> http://beatdiaspora.blogspot.com/2008/11/turkey-day-takedown.html
> http://thenudeboard.com/showpost.php?s=5fa571f45a04e4bf3fcee4c2eb0d6160&p=270087&postcount=47
> http://forum.lu.scio.us/showthread.php?p=34757
> http://daiphyer.com/forum/index.php?showtopic=95574
> http://gelbooru.blogspot.com/2009/01/dmca-woes.html

**If Eric Green sending false DMCA take down, then why do servers listen to his claim, can't we file a counter DMCA?**

You Certainly can file a counter DMCA, however most likely your server will shut down your site. Why? Well when sending a counter DMCA, the rules says " You need to send your real info, address, telephone number, etc.. " Who would really want to give their real information to someone like Eric Green? If you prove that Eric Green's dmca are false, however you didn't not send your real contact information along with your counter DMCA, then by law you still violate some rules and thus your server company will shut your site down. You may even not have a chance to get your site back up!

**Do Not Fall for Eric Green, Scare Tactics**

### How does it all start?

**A--** When Eric Green Finds a site that he would like to abuse, the first thing he would do is send DMCA take down notice to your server. How to prevent Eric's DMCA ? if you can afford some money, host your site with **ecatel.net** " They ignore DMCA since laws in Netherlands are different then USA laws!" Their prices are really good with really good bandwidth as well! Better then USA servers.

**B--** If Eric DMCA fails, he would start sending you emails. First make sure when you buy any domain, to purchase the **whois protection** it is only 9 USD per year! that way, Eric Green would not be able to find your real info and email and thus you would prevent being abused by his email.

**C--** If he ever managed to get your email, do not listen to his scare tactics. He would email you saying " **You would be jailed, you would be paying fines, we have contacted the Interpol, we have gotten a court order against you.. ela ela**" He does not own the enough money to go in a court case with you and in the end it would be dismissed case!

### Why Eric Green would never go in a court case:
1- He doesn't own 1000s of dollars to spend on someone to go in a course case with.
2- He knows very clearly that he could be jailed for sending false DMCa, using bots and illegal ways to track you down and violating many rules as well.

I suggest you block his email and never read them.

**D--** Last thing Eric would rely on, are his bots, he would use them to crawl all your links and later mass report them. He would report even unlicensed contents which he has no right to do so! As proven before he violates many laws and privacy when he relay on bots.

### Do you really want to do business with such person?

For those who are working with Eric and paying him to do these jobs, do you really want to support:

**A Scam.**
**An Unprofessional person.**
**A person who runs pirated Adult free sites.**
**A person who abuses privacy.**

You do not want your company to get in trouble for supporting

Pltf App 000017

Eric Green, because if you support a person that abuses email, sends false dmca, rely on bots and many more, then by law you would take the same responsibility as Eric Green.

Many webmasters that were effected by Eric Green False claims, are already forming a group to sue Eric Green for sending false DMCA and for violating many privacy rules.

Posted by Eric Green at 7:08 AM 0 comments

Home

Subscribe to: Posts (Atom)

Pltf App 000018

http://removeyourcontentscam.blogspot.com/                                                       4/23/2010