IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REMOVE YOUR CONTENT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CASE NO. 3:09-cv-393 |
| MARK BOCHRA, | § | |
| | § | |
| Defendant | § | |

## AFFIDAVIT OF ALONDRA AGUILLON

I, Alondra Aguillon, do hereby declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements are true and correct, and further that this affidavit is made on my personal knowledge and that I am competent to testify as to the matters stated herein:

1. My name is Alondra Aguillon. My former name is Alondra Dimas. I have never been convicted of a felony or crime of moral turpitude. I am over the age of 21, and I am of sound mind and capable of making this Affidavit.

2. My home address is 10305 Nashville Avenue, Chicago Ridge, IL 60415. My home telephone number is (708) 845-0106. My email is ramzie02@yahoo.com.

3. I am making this Affidavit in response to a letter I received from AT&T regarding my internet services and a subpoena.

4. It is my understanding that AT&T has identified my account as having the IP address 99.141.13.0. It is my understanding that the IP address 99.141.13.0 is connected with the creation of various blogs, including:

    Removeyourcontentscam.blogspot.com

    Removeyourcontentsucks.blogspot.com

    Removeyourcontentfake.blogspot.com

    Removeyourcontentsuck.blogspot.com

    Removeyourcontenttruth.blogspot.com

AFFIDAVIT OF ALONDRA AGUILLON  1

Pltf App 000019

5. I did not create or authorize the creation of any of the blogs:

    Removeyourcontentscam.blogspot.com

    Removeyourcontentsucks.blogspot.com

    Removeyourcontentfake.blogspot.com

    Removeyourcontentsuck.blogspot.com

    Removeyourcontenttruth.blogspot.com

6. I do not know who created any of the blogs:

    Removeyourcontentscam.blogspot.com

    Removeyourcontentsucks.blogspot.com

    Removeyourcontentfake.blogspot.com

    Removeyourcontentsuck.blogspot.com

    Removeyourcontenttruth.blogspot.com

7. I am the only adult in my household. I have a 6 year old daughter and an infant who are the only other people who live with me. I do not allow others to use my computer or internet account.

8. At the time that there were logins from my account to the blogs in question in March of 2009, I had a young infant.

9. I am following up with AT&T to make sure that there will not be any unauthorized wireless or other use of my AT&T internet services.

10. I am requesting that the following blogs which AT&T shows were created using my IP 99.141.13.0 and account be removed by Google and/or blogger, because I did not authorize their creation or use of my AT&T internet account to create such blogs:

    Removeyourcontentscam.blogspot.com

    Removeyourcontentsucks.blogspot.com

Removeyourcontentfake.blogspot.com

Removeyourcontentsuck.blogspot.com

Removeyourcontenttruth.blogspot.com

_____
Alondra Aguillon

SWORN TO AND SUBSCRIBED before me on the 26 day of Jan, 20 10

[Notary Seal: OFFICIAL SEAL DEBRA J. ROULICEK NOTARY PUBLIC - STATE OF ILLINOIS MY COMMISSION EXPIRES 08/21/2010]

**AFFIDAVIT OF ALONDRA AGUILLON**  3