RECEIVED

APR 0 1 2009

HULSE STUCKI

Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043



Tel: 650.253.3425
Fax: 650.249.3429
www.google.com

March 30, 2009

*Via Facsimile and Express Courier*
(214)441-3001

Ellen Sacco
Hulse Stucki, PLLC
2912 W. Story Rd.
Irving, TX 75038

   Re: Subpoena dated 03-03-2009, *Remove Your Content, LLC v. John Does 1-20.*
   United States District Court, Northern District of Texas, Case Number 3:09-cv-
   393 (Internal Ref. No. 63115-50140)

Dear Ellen Sacco:

   Pursuant to the Subpoena issued in the above-referenced matter, we have conducted a
diligent search for documents and information accessible on Google's systems that are responsive
to your request. Our response is made in accordance with state and federal law, including the
Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq. By this response, Google
does not waive any objection to further proceedings in this matter.

   We understand that you have requested customer information regarding the user accounts
specified in the Subpoena, which includes the following information: (1) Subscriber and recent
login information for the Gmail accounts DOPENULL and DOPENUKE; and (2) Subscriber information
for the Blogger account ERICGREENSUCK.

   To the extent any document provided herein contains information exceeding the scope of
your request, protected from disclosure or otherwise not subject to production, if at all, we have
redacted such information or removed such data fields.

   Finally, Google requests reimbursement in the amount of $125 for reasonable costs
incurred in processing your request. Please forward your payment to Google Custodian of
Records, at the address above and please write the Internal Reference Number (63115-50140) on
your check. The federal tax ID number for Google is 77-0493581.

                    Very truly yours,

                    Kalynn Yastro
                    LIS

                    Kalynn Yastro
                    Legal Investigations Support



EXHIBIT
3

Pltf App 000022

Google Confidential and Proprietary

**Blog Owner**
User Key: 186878740941
Username: ericgreensucks@gmail.com
First name:
Last name:
Email: ericgreensucks@gmail.com
AdSense PubID:
Date created: 2009-02-14T18:28:38.992Z

User's Blogs

| Blog ID | Name | URL | M |
|---|---|---|---|
| 4436928103182074080 | Removeyourcontent.com Scam | http://removeyourcontent.blogspot.com/ | A |
| 6133270073796340678 | Eric Green Sucks | http://ericgreensuck.blogspot.com/ | A |

User's Trashed Blogs

| Blog ID | Name | URL | Membership |
|---|---|---|---|
| 6890671907506441325 | Eric Green Sucks | | ADMIN |
| 4851673335238187465 | Removeyourcontent.com Sucks | | ADMIN |

User's Mobile Aliases
Alias Associated Blog

**Blog Information**

Google Confidential and Proprietary

Google Confidential and Proprietary

**Subscriber Information**

| | |
|---|---|
| Email | dopenull@gmail.com |
| Status | Enabled |
| Services | Talk, Search History, Gmail |
| Name | Dope Lord |
| Secondary email | |
| Created on | 06-Dec-2008 01:58:40am GMT |
| Lang | en |
| IP | 99.145.81.251 on 06-Dec-2008 01:58:40am GMT |

**Logs**
All times are displayed in UTC/GMT.
dopenull@gmail.com

| Date/Time | Event | IP |
|---|---|---|
| 16-Feb-2009 06:51:48 pm GMT | Logout | 131.193.3.65 |
| 16-Feb-2009 06:51:40 pm GMT | LOGIN_ATTEMPT_AND_SUCCESS | 131.193.3.65 |
| 16-Feb-2009 07:30:28 am GMT | Logout | 75.34.30.96 |
| 16-Feb-2009 07:26:30 am GMT | LOGIN_ATTEMPT_AND_SUCCESS | 75.34.30.96 |
| 16-Feb-2009 12:34:05 am GMT | Logout | 99.145.86.85 |
| 16-Feb-2009 12:33:09 am GMT | LOGIN_ATTEMPT_AND_SUCCESS | 99.145.86.85 |
| 16-Feb-2009 12:31:11 am GMT | Logout | 99.145.86.85 |
| 16-Feb-2009 12:27:17 am GMT | LOGIN_ATTEMPT_AND_SUCCESS | 99.145.86.85 |

Google Confidential and Proprietary

Google Confidential and Proprietary

**Subscriber Information**
| | |
|---|---|
| Email | dopenuke@gmail.com |
| Status | Enabled |
| Services | Talk, Search History, Gmail |
| Name | Dope Nuck |
| Secondary email | |
| Created on | 12-Dec-2008 11:14:07am GMT |
| Lang | en |
| IP | 75.34.22.86 on 12-Dec-2008 11:14:07am GMT |

**Logs**
All times are displayed in UTC/GMT.
dopenuke@gmail.com
No log data is available.

Pltf App 000025