**at&t**

Rhonda K. Compton
AT&T Internet Services
Legal Compliance Dept.
1010 N. St. Mary's St.,
Suite 315-A2
San Antonio, TX 78215

T: 210.351.5129
F: 707.435.6409

April 30, 2009

Ellen Cook Sacco, Esq.
HULSE STUCKI, PLLC
2912 West Story Rd.
Irving, TX 75038

Re:  Civil Subpoena re: IPs 75.34.30.96, 99.145.86.85/Remove Your Content, LLC vs John Does 1-20/Issued by the U.S. District Court Western District of TX/Case No. 3:09-cv-393

<u>Our Reference ID# 19179</u>

Dear Ms. Sacco:

This letter shall serve as the response of AT&T Internet Services (AT&T) to the above referenced subpoenas issued April 2, 2009.

In response to the above-referenced subpoena, below please find the basic subscriber information for this account.

Regarding IPs 75.34.30.96 and 99.145.86.85 on all dates/times/zones as listed in the subpoena:

**CUSTOMER NAME:** Maged Soliman
**BILLING & SERVICE ADDRESS:** 5757 N. Sheridan Rd., Apt 13B, Chicago, IL 60660
**BILLING & WORKING (DSL) TELEPHONE NUMBER:** 773.989.5943

Please contact me with questions or concerns.

Best regards,

Rhonda Compton
Associate Director – Asset Protection
AT&T Internet Services – Legal Compliance Dept.

EXHIBIT 5
Blumberg No. 5208

Pltf App 000028



TO: Ellen_Cook_Sacco_Esq
Company:
Fax: 2144413001
Phone:

FROM: COMPTON, RHONDA K (ATTSI)
Fax:
Phone:

NOTES:

Civil Subpoena Response

Number of pages including cover: 03
Date and time of transmission: Monday, June 08, 2009 4:31:30 PM

© 2009 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.

Pltf App 000029