AT&T TX93 -01        6/8/2009 4:31:40 PM   PAGE   3/003    Fax Server



Rhonda K. Compton         T: 210.351.5129
AT&T Internet Services    F: 707.435.6409
Legal Compliance Dept.
1010 N. St. Mary's St.,
Suite 315-A2
San Antonio, TX 78215

June 8, 2009

Ellen Cook Sacco, Esq.
HULSE STUCKI, PLLC
2912 West Story Rd.
Irving, TX 75038

Re:  Civil Subpoena re: IP 75.34.26.219/*Remove Your Content, LLC vs John Does 1-20*/Issued by the U.S. District Court Western District of TX/Case No. 3:09-cv-393

*Our Reference ID# 20636*

Dear Ms. Sacco:

This letter shall serve as the response of AT&T Internet Services (AT&T) to the above referenced subpoenas issued May 1, 2009.

In response to the above-referenced subpoena, below please find the basic subscriber information for this account.

*Regarding IPs 75.34.30.96 and 99.145.86.85 on all dates/times/zones as listed in the subpoena:*

**CUSTOMER NAME:** Maged Soliman
**BILLING & SERVICE ADDRESS:** 5757 N. Sheridan Rd., Apt 13B, Chicago, IL 60660
**BILLING & WORKING (DSL) TELEPHONE NUMBER:** 773.989.5943

Please contact me with questions or concerns.

Best regards,

Rhonda Compton
AT&T Internet Services
Legal Compliance Dept.





EXHIBIT 6

Pltf App 000030



AT&T Internet Services    T: 210.351.5129
Legal Compliance Dept.    F: 707.435.6409
1010 N. St. Mary's St.,
Suite 315-A2
San Antonio, TX 78215

# Fax

| | | | |
|---|---|---|---|
| **To:** Ellen Cook Sacco, Esq. | **Fax:** 214.441.3001 | **From:** | Rhonda Compton |
| **To:** | **Fax:** | **Date:** | June 8, 2009 |
| **Re:** Civil Subpoena Response | | **Pages:** | 2 |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

•Comments:

The information contained in this facsimile message may be confidential and/or legally privileged information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any copying, dissemination or distribution of confidential or privileged information is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and we will arrange for the return of the facsimile. Thank you.

Pltf App 000031