Case 3:09-cv-00393-O  Document 25-7  Filed 04/26/10  Page 1 of 4  PageID 382

# UNIVERSITY OF ILLINOIS
Chicago • Springfield • Urbana-Champaign

RECEIVED
JUN 0 9 2009
HULSE STUCKI

Office of University Counsel (MC 225)
405 Administrative Office Building
1737 West Polk Street
Chicago, Illinois 60612-7228

June 5, 2009

*Via First Class Mail*
Ellen Sacco, Esq.
Hulse Stucki PLLC
2912 West Story Road
Irving, Texas 75038

Re: *Remove Your Content, LLC v. John Does 1-20*
    Subpoena Issued by the US District Court for the Northern District of Illinois

Dear Ms. Sacco,

Attached please find copies of documents responsive to the subpoena you issued to The Board of Trustees of the University of Illinois in the above-referenced matter. One of the documents has been redacted, in part, to remove information which is beyond the scope of the request, pertains to other users and may be privileged from production pursuant to the Family Educational Rights and Privacy Act (FERPA) or other privacy laws.

Sincerely,

Gwen Geraghty
Associate University Counsel

CC: Donna Williamson



EXHIBIT 7

Chicago • Phone (312) 996-7762 • Fax (312) 996-6455
Urbana • 258 Henry Administration Building • 506 South Wright Street • Urbana, IL 61801 • Phone (217) 333-0563
Springfield • Public Affairs Center, Room 580, MS-563 • One University Plaza • Springfield, IL 62794 • Phone (217) 206-6634

Pltf App 000032

Untitled

```
# nslookup 131.193.3.65
Server:         192.168.100.118
Address:        192.168.100.118#53

65.3.193.131.in-addr.arpa       name = p401055.ccc401.uic.edu.
```

Pltf App 000033

# SCE401 Logging

Time Range: [February ▼] [16 ▼] [2009 ▼] to [February ▼] [16 ▼] [2009 ▼]

Machine Filtering: ☑Enable [P401055 ▼]

User Filtering: ☐Enable [--------- ▼]

Event Filtering: ☑User logons  ☑User logoffs  ☑Started responding  ☑Stopped responding

Monday, February 16, 2009

&lt;11:33:22&gt; AD\mbochr2 logged on to machine P401055
&lt;12:54:49&gt; AD\mbochr2 logged off from machine P401055

[remaining log entries redacted]

All times in CST

Pltf App 000034

tps://blackdeath.cc.uic.edu/LabMon/LogViewer.aspx?LabName=SCE401        5/15/2009 9:08:49 AM

```
tigger - SecureCRT
File  Edit  View  Options  Transfer  Script  Tools  Help

                                                         CSO Main Menu (v 0.0)

 NAME: Bochra, Mark M. (mbochr2)   [ not expired ]
 AFFILS: [K valid] Liberal Arts and Sciences --- Student

UIN:           PID:
658076623      1215499

ACCOUNTS: ad blackboard campus ldappw mailserv remote
    UIDS:  28120
  NETIDS: mbochr2


->    1) Select another Person for CURRENT display
      2) Misc (add new people, bulk changes, ...
      3) Stack of previously selected people
      4) Netids and mail          of CURRENT Person
      5) Accounts, UIDs and Sus   of CURRENT Person
      6) Affils and (Un)Expiring  of CURRENT Person
      7) View/Edit PB Details     of CURRENT Person
```

Pltf App 000035