Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043



Tel: 650.253.3425
Fax: 650.249.3429
www.google.com

RECEIVED

NOV 30 2009

HULSE STUCKI

November 24, 2009

*Via Facsimile and Express Courier*
(214)441-3001

Ellen Sacco
Hulse Stucki, PLLC
2912 W. Story Rd.
Irving, TX 75038
(214)441-3000

      **Re: Subpoena dated 10-16-2009, *Remove Your Content, LLC v. Mark Bochra*, United States District Court, Northern District of Texas, Case Number 3:09-cv-393 (Internal Ref. No. 63115-75063)**

Dear Ellen Sacco:

      Pursuant to the Subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq. By this response, Google does not waive any objection to further proceedings in this matter.

      We understand that you have requested customer information regarding the user account specified in the Subpoena, which includes the following information: (1) Subscriber and recent IP information for multiple Blogger accounts.

      To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

      Finally, Google requests reimbursement in the amount of $125 for reasonable costs incurred in processing your request. Please forward your payment to Google Custodian of Records, at the address above and please write the Internal Reference Number (63115-75063) on your check. The federal tax ID number for Google is 77-0493581.

                                       Very truly yours,

                                       Kalynn Yastro
                                       LIS
                                       Kalynn Yastro
                                       Legal Investigations Support

EXHIBIT 8

Google Confidential and Proprietary

**Blog Owner**
User Key: 825933571344
Username: nwdnewa@gmail.com
First name:
Last name:
Email: nwdnewa@gmail.com
AdSense PubID:
Date created: 2009-03-15T14:03:21.425Z

**User's Blogs**

| Blog ID | Name | URL | Membership |
|---|---|---|---|
| 8988287963465798000 | Removeyourcontent.com Gold Digger | http://removeyourcontentscam.blogspot.com/ | ADMIN |
| 2011547255765439380 | Removeyourcontent.com Scam | http://removeyourcontentsucks.blogspot.com/ | ADMIN |
| 8061092577433285629 | Removeyourcontent.com Sueing Megaporn.com | http://removeyourcontentfake.blogspot.com/ | ADMIN |
| 9053313085221404014 | Removeyourcontent.com Scam | http://removeyourcontentsuck.blogspot.com/ | ADMIN |
| 4220701678583886017 | Removeyourcontent.com Sues Megaupload | http://removeyourcontenttruth.blogspot.com/ | ADMIN |

**User's Trashed Blogs**

| Blog ID | Name | URL | Membership |
|---|---|---|---|
| 1985184546057311549 | Eric Green Sucks | http://ericgreensux.blogspot.com/ | ADMIN |
| 5015344622447964763 | Removeyourcontent.com Gold Diggers | http://ericgreenscam.blogspot.com/ | ADMIN |

**User's Mobile Aliases**
Alias Associated Blog

**Blog Information**

Google Confidential and Proprietary

Pltf App 000037

req=POST /post-create.do HTTP/1.1, host=www.blogger.com, referer=http://www.blogger.com/post-create.g? blogID=2011547255576543938, clientIP=99.141.13.0, date=Sun Mar 15 07:07:57 PDT 2009   *Google Confidential and Proprietary*

********************************

req=POST /post-create.do HTTP/1.1, host=www.blogger.com, referer=http://www.blogger.com/post-create.g? blogID=4220701678583886017, clientIP=99.141.13.0, date=Sun Mar 15 07:10:34 PDT 2009

********************************

req=POST /post-create.do HTTP/1.1, host=www.blogger.com, referer=http://www.blogger.com/post-create.g? blogID=8061092577433285629, clientIP=99.141.13.0, date=Sun Mar 15 07:11:56 PDT 2009

********************************

req=POST /post-create.do HTTP/1.1, host=www.blogger.com, referer=http://www.blogger.com/post-create.g? blogID=8988287963465798000, clientIP=99.141.13.0, date=Sun Mar 15 07:08:54 PDT 2009

********************************

req=POST /post-create.do HTTP/1.1, host=www.blogger.com, referer=http://www.blogger.com/post-create.g? blogID=9053313085221404014, clientIP=99.141.13.0, date=Sun Mar 15 07:07:12 PDT 2009

Google Confidential and Proprietary

Pltf App 000038

AT&T TX92-02        12/30/2009 3:07:41 PM    PAGE    3/005    Fax Server

 at&t

Rhonda K. Compton
AT&T Internet Services
Legal Compliance Dept.
1010 N. St. Mary's St.,
Suite 315-A2
San Antonio, TX 78215

T: 210.351.5120
F: 737.435.6409

December 30, 2009

Ellen Cook Sacco, Esq.
HULSE STUCKI
2912 West Story Rd.
Irving, TX 75038

Re:  Subpoena re: IP Address 99.141.13.0 /Remove Your Content, LLC vs. Mark Bochra/Issued by the U.S. District Court Northern District of Texas/Case No. 3:09-cv-393

OUR REFERENCE ID #35355

Dear Ms. Sacco:

This letter shall serve as the response of AT&T Internet Services (AT&T) to the above referenced subpoena dated November 30, 2009. In response to the above-referenced subpoena, below please find the basic subscriber information for this account.

Regarding IP 99.141.13.0 on all dates/times/time zone as listed in the subpoena:

CUSTOMER NAME: Alondra Dimas
ADDRESS: 10305 S. Nashville Ave., Chicago Ridge, IL 60415
TELEPHONE NUMBER: 708.499.5451

Also, enclosed is the IP assignment details for this session.

Further, due to increased demands on AT&T resources from third parties seeking its data, AT&T is forced to require compensation for costs in responding to these type of subpoenas – as allowed by rules of procedure and applicable case law. AT&T charges a flat rate of $60.00 *per search*. Depending upon the nature of the request, this fee is charged *per IP address search* and/or *per email address search*. The fee for this request will be $60.00. Please forward a check in the amount of $60.00 payable to "AT&T Internet Services" and mail to the address listed above.

Please contact me with questions or concerns.

Best regards,

Rhonda Compton
AT&T Internet Services
Legal Compliance Dept.

AT&T TX92-02          12/30/2009 3:07:41 PM   PAGE   4/005   Fax Server

*AT&T Internet Services*

## IP Assignment Details

| Date & Time (GMT) | Status | Username | Assigned IP |
|---|---|---|---|
| 09 MAR 2009 10:39:16 | Start | ramzie02@att.net | 99.141.13.0 |
| 16 MAR 2009 22:02:16 | Stop | ramzie02@att.net | 99.141.13.0 |

Pltf App 000040