# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **REMOVE YOUR CONTENT, LLC,** | § § § | |
| Plaintiff, | § | |
| v. | § § | **CIVIL ACTION NO. 3:09-cv-393** |
| **MARK M. BOCHRA,** | § § § | |
| Defendant. | § | |

## PLAINTIFF'S EXHIBIT LIST

TO THE HONORABLE DISTRICT COURT:

NOW COMES THE Plaintiff, Remove Your Content, LLC, by and through its attorneys, and, pursuant to the Federal Rules of Civil Procedure and this Court's Scheduling Order, files this Exhibit List:

| **Description** | **Offered** | **Admitted** |
|---|---|---|
| 1. Email dated December 12, 2008 from dopenuke@gmail.com | | |
| 2. Emails dated December 5, 2008 from dopenull@gmail.com | | |
| 3. Copy of http://ericgreensuck.blogspot.com as of February 20, 2009 | | |
| 4. Copy of http://removeyourcontentscam.blogspot.com | | |
| 5. Affidavit of Alondra Dimas Aguillon | | |
| 6. Subpoena responses from Google, Inc. dated March 30, 2009 | | |
| 7. Subpoena responses from Google, Inc. | | |

**PLAINTIFF'S EXHIBIT LIST**      1

|  |  |  |
|---|---|---|
| dated April 9, 2009 |  |  |
| 8. Subpoena responses from AT&T dated April 30, 2009 |  |  |
| 9. Subpoena responses from AT&T dated June 8, 2009 |  |  |
| 10. Subpoena response from the University of Illinois at Chicago dated June 5, 2009 |  |  |
| 11. Subpoena response from Google, Inc. dated November 24, 2009 |  |  |
| 12. Subpoena response from AT&T dated December 30, 2009 |  |  |

Defendant has stated to Plaintiff's counsel that he is opposed to all exhibits on Plaintiff's list, because they are not related to him, "even proved pursuant rule 26 (a) disclosure, among other legal definition."

s/   Ellen C. Sacco

Jay R. Stucki
Texas State Bar No. 00798531
JStucki@AttorneysForBusiness.com
Ellen Cook Sacco
Texas State Bar No. 24029491
ESacco@AttorneysForBusiness.com
Hulse ♦ Stucki, PLLC
2912 West Story Road
Irving, Texas 75038
Phone: 214.441.3000
Facsimile: 214.441.3001

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on June 21, 2010, via certified mail, return receipt requested upon Defendant pro se.

/s/ Ellen Cook Sacco
Ellen Cook Sacco