IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **REMOVE YOUR CONTENT, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | |
| | § | **CIVIL ACTION NO. 3:09-cv-393** |
| **MARK M. BOCHRA,** | § | |
| | § | |
| **Defendant** | § | |

### MOTION FOR ENTRY OF STIPULATED PERMANENT INJUNCTION

TO: THE HONORABLE JUDGE.

  COME NOW, REMOVE YOUR CONTENT, LLC, Plaintiff, and Defendant, Mark M. Bochra, to file this Motion for Entry.

  1. Plaintiff and Defendant have settled this matter and agreed upon and executed a Stipulated Judgment of Permanent Injunction, attached hereto as Exhibit 1.

  WHEREFORE, the Plaintiff requests that this Court enter the proposed Stipulated Judgment of Permanent Injunction, attached hereto as Exhibit 1.

Respectfully Submitted,

**Hulse ♦ Stucki, PLLC**

**/s/ Ellen Cook Sacco**

Jay R. Stucki
Texas State Bar No: 00798531
JStucki@AttorneysForBusiness.com
Ellen Cook Sacco
Texas State Bar No: 24029491
ESacco@AttorneysForBusiness.com
2912 Story Road
Irving, TX 75038
Telephone:  (214) 441-3000
Fax:  (214) 441-3001
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

  I hereby certify that the Defendant is in agreement with this Motion, as evidenced by the Defendant's signature on the attached exhibit.

            /s/ Ellen Cook Sacco
            Ellen Cook Sacco

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served on this 22nd day of June, 2010, upon Defendant pro se via the Court's ECF system.

            /s/ Ellen Cook Sacco
            Ellen Cook Sacco