IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REMOVE YOUR CONTENT. LLC | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:09-cv-393 |
| MARK BOCHRA, | § | |
| | § | |
| Defendant | § | |
| | § | |

## STIPULATED JUDGMENT OF PERMANENT INJUNCTION

### TO THE HONORABLE COURT:

COMES NOW, REMOVE YOUR CONTENT. LLC, Plaintiff, and MARK BOCHRA,

Defendant, who are jointly filing an Agreed Motion for Entry of Stipulated Judgment of

Permanent Injunction.

Plaintiff, Remove Your Content, LLC ("Remove Your Content"), has filed a complaint

for permanent injunction against the Defendant, Mark Bochra ("Bochra"). Bochra has filed a

motion for preliminary injunction against Remove Your Content.

Bochra and Remove Your Content waive the entry of findings of fact and conclusions of

law under the Federal Rules of Civil Procedure.

Remove Your Content and Bochra agree and consent to entry of this Judgment of

Permanent Injunction without further notice and agree that this Court will retain jurisdiction over

them for the purposes of implementing and enforcing this Judgment of Permanent Injunction.

This Judgment of Permanent Injunction is based upon the agreement of the parties.

The court hereby ORDERS, ADJUDGES, and DECREES that:

1. The court has jurisdiction over this action pursuant to 28 U.S.C. 1332(a).

STIPULATED JUDGMENT OF PERMANENT INJUNCTION                                                    1

EXHIBIT
1
Blumberg No. 5208

2. The court finds that Bochra and Remove your Content have consented to the entry of this Judgment of Permanent Injunction.

3. The court orders that the costs of this litigation shall be borne by the respective parties, as incurred, including attorneys' fees and expenses.

4. The court orders that no bond is necessary in this matter.

5. The court finds that Remove Your Content, LLC and its representatives, agents, employees, and those in active concert or participation with it, are permanent enjoined from directly or indirectly:

a. Contacting Mark Bochra or his family, directly or indirectly, in any manner;

b. Making any false or defamatory statements online or otherwise regarding Mark Bochra; and

c. Writing or causing to be written any online postings relating to Mark Bochra.

6. The court finds that Bochra, individually and those in active concert or participation with him, are permanently enjoined from directly or indirectly:

a. Contacting Remove Your Content's place of business or any of Remove Your Content's employees, directly or indirectly, in any manner:

b. Making defamatory statements about Remove Your Content or Remove Your Content's employees; and

c. Writing or causing to be written any online postings or any internet blogs related to Remove Your Content or Remove Your Content's employees.

There being no just reason for delay, the clerk is directed to enter this Judgment of Permanent Injunction and dismisses the case between Remove Your Content and Mark Bochra.

STIPULATED JUDGMENT OF PERMANENT INJUNCTION                                    2

Signed this ____ day of _____, 2010.

_____
United States District Judge


Consented and Agreed to:

*Ellen Ck Sacco*
/s/ Ellen Cook Sacco   w/p amb
Jay R. Stucki
JStucki@AttorneysForBusiness.com
Texas State Bar No: 00798531
Ellen Cook Sacco
ESacco@AttorneysForBusiness.com
Texas State Bar No: 24029491
2912 Story Road
Irving, TX 75038
Telephone: (214) 441-3000
Fax: (214) 441-3001

ATTORNEYS FOR PLAINTIFF


*MARK Bochra*
_____
Mark Bochra
5757 N. Sheridan Road
Apt. 13B
Chicago, IL 60660
Mbochr2@live.com

DEFENDANT, PRO SE


STIPULATED JUDGMENT OF PERMANENT INJUNCTION                    3