IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| REMOVE YOUR CONTENT, LLC, § § | |
| Plaintiff, § | |
| v. § § | CIVIL ACTION NO. 3:09-cv-393 |
| MARK BOCHRA, § § | |
| Defendant § § | |

**STIPULATED JUDGMENT OF PERMANENT INJUNCTION**

Plaintiff, Remove Your Content, LLC ("Remove Your Content"), has filed a complaint for permanent injunction against the Defendant, Mark Bochra ("Bochra"). Bochra has filed a motion for preliminary injunction against Remove Your Content.

Bochra and Remove Your Content waive the entry of findings of fact and conclusions of law under the Federal Rules of Civil Procedure.

Remove Your Content and Bochra agree and consent to entry of this Judgment of Permanent Injunction without further notice and agree that this Court will retain jurisdiction over them for the purposes of implementing and enforcing this Judgment of Permanent Injunction. This Judgment of Permanent Injunction is based upon the agreement of the parties.

The court hereby ORDERS, ADJUDGES, and DECREES that:

1. The court has jurisdiction over this action pursuant to 28 U.S.C. 1332(a).

2. The court finds that Bochra and Remove your Content have consented to the entry of this Judgment of Permanent Injunction.

3. The court orders that the costs of this litigation shall be borne by the respective parties, as incurred, including attorneys' fees and expenses.

4. The court orders that no bond is necessary in this matter.

5. The court finds that Remove Your Content, LLC and its representatives, agents, employees, and those in active concert or participation with it, are permanent enjoined from directly or indirectly:

    a. Contacting Mark Bochra or his family, directly or indirectly, in any manner;

    b. Making any false or defamatory statements online or otherwise regarding Mark Bochra; and

    c. Writing or causing to be written any online postings relating to Mark Bochra.

6. The court finds that Bochra, individually and those in active concert or participation with him, are permanently enjoined from directly or indirectly:

    a. Contacting Remove Your Content's place of business or any of Remove Your Content's employees, directly or indirectly, in any manner;

    b. Making defamatory statements about Remove Your Content or Remove Your Content's employees; and

    c. Writing or causing to be written any online postings or any internet blogs related to Remove Your Content or Remove Your Content's employees.

There being no just reason for delay, the clerk is directed to enter this Judgment of Permanent Injunction and dismisses the case between Remove Your Content and Mark Bochra.

Signed this 24th day of June, 2010.

                              _____
                              Reed O'Connor
                              UNITED STATES DISTRICT JUDGE